FEB 13 2026 PM4:11
FILED - USDC - FLMD - TPA

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Tampa Division

|  |  |
|---|---|
| STEPHANIE AUDRA ALBURY | Case No. 8:26-cv-379-JLB-TGW |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| **–v–** |  |
| FRONTIER AIRLINES INC FRONTIER GROUP HOLDINGS INC |  |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | STEPHANIE AUDRA ALBURY |
| Street Address | 2005 EAST 26TH AVE UNIT 32B |
| City and County | TAMPA HILLSBOROUGH COUNTY |
| State and Zip Code | FLORIDA 33605 |
| Telephone Number | 813-458-7317 |
| E-mail Address | Stephinealbury@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

I.F.P.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 2
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*    STEPHANIE AUDRA ALBURY    , is a citizen of the State of *(name)*    FLORIDA    .

2.    If the plaintiff is a corporation

The plaintiff, *(name)*    , is incorporated

under the laws of the State of *(name)*

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)*    , is a citizen of the State of *(name)*    . Or is a citizen of *(foreign nation)*

2.    If the defendant is a corporation

The defendant, *(name)*    Frontier Airlines Inc/Frontier Group Holdings    , is incorporated under the laws of the State of *(name)*    COLORADO    , and has its principal place of business in the State of *(name)*    COLORADO

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*    COLORADO/MULTIPLE STATES

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)*   02/14/2024   , at *(place)*   On board Frontier Airlines

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

This action arises from the negligent conduct of Frontier Airlines and its agents, which resulted in severe and permanent bodily injuries to the Plaintiff. On or about 2/14/24, while I was a lawful passenger aboard a Frontier Airlines flight traveling from Cleveland to Tampa, a flight attendant/agent affirmatively advised me that it was safe to use the aircraft lavatory. Relying on that representation, I proceeded to the restroom. While inside the lavatory, the aircraft encountered sudden and violent movement, including turbulence, without adequate warning. As a result, I was forcefully thrown against the walls and fixtures of the restroom compartment. I struck my head, arms, spine, and other parts of my body. The violent impact caused serious bodily injuries to my arm,head and spine. The violent impact caused serious bodily injuries, including significant trauma to my arm and spine.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

I have undergone surgery to my arm, hand, and stomach and have sustained additional injuries requiring medical treatment and me having to use a walker for mobility along with permanent injuries to my body that is not limited to teeth, head, spin, and body.  I continue to experience pain, suffering, physical limitations, emotional distress, and financial hardship as a result of these injuries. As a result, I have incurred substantial medical expenses, lost wages, and ongoing damages, and I seek full compensation as permitted by law. (Additional pages attached)

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Actual medical damages (bills) as of 01/01/26 80k plus
Requesting exemplary/punitive damages in the amount of 10M I have been effected by lost of life enjoyment of life. Surgery completed on left hand, arm and elbow have retricted mobility and inability of full usage. Ulnar nerves damaged, had teeth replacement, now using a walker for mobility usage.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      *febuary 13, 2026*

Signature of Plaintiff      *Stephanie Audra Albury*

Printed Name of Plaintiff      *Stephanie Audra Albury*

### B.    For Attorneys

Date of signing:      _____

Signature of Attorney      _____
Printed Name of Attorney      _____
Bar Number      _____
Name of Law Firm      _____
Street Address      _____
State and Zip Code      _____
Telephone Number      _____
E-mail Address      _____

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Petitioner Stephanie Albury
2005 E 26th Ave, Unit B
Tampa, FL 33605


Respondent: Frontier Airlines
Frontier Group Holdings Inc.
4545 Airport Way
Denver, CO 80239


Claimant: Stephanie Albury
Date of Incident: 02/14/2024
Departing Cleveland to Tampa Florida


To Whom It May Concern:

I have previously submitted all pertinent medical records, bills, treatment history, and supporting documentation matters related to this claim.
OACP COMPLAINT #: 2026011403449
CAS-11067-W5T4N6
CRM:0332273 - DFS, CONSUMER SERVICE


On February 14th of 2024 I Stephanie Albury aboard Flight 1491 headed to Tampa Florida while aboard i was in the restroom when the turbulence occurred pilot came over the intercom to say that if we needed to use the bathroom or stretch our legs now was the time for us to do so as i entered the bathroom then pulled down my pants i was then plunged into the bathroom door face head first then tossed about very violently and uncontrollably i began to scream urinate on myself and clothing and repeatedly hit a white bar that was to the right off me then jolting and plunging into it again hitting my teeth and upper right lip all while trying to pull my pants up now I keep screaming yelling for help saying this was not happening and saying lady I guess thinking the lady by the door would help or guide i was hurt in shock and embarrassed I cried throwed my jacket over my head in excruciating pain as soon as we got off I told the lady behind the desk that i was hurt an needed to file a complaint she told me I couldn't talk to anyone but handed me a piece of paper and told me i had to file my complaint via their website provided me then information on paper and turned away.
The aftermath of this incident has been profoundly distressing, both physically and emotionally. As a direct result, I sustained severe injuries including a large contusion, a concussion, a chipped tooth, and a permanent scar on the upper right side of my lip. I also suffered a head laceration, an increase in seizure activity, and ongoing migraines. Furthermore, I continue to experience extraordinary pain in my lumbar and cervical spine, neck/back injuries upper characterized by intolerable jolting sensations extending through my lower extremities, along with various abrasions and bruising.

Due to the severity of these injuries, I underwent surgery on my left hand, upper arm, and elbow to address tissue damage, bone spurs, and severe nerve damage, which has resulted in permanent scarring. I am currently continuing treatment and therapy. I have been recommended for further treatment and am seeking a second opinion regarding a potential cervical spine procedure.

The pain and suffering associated with this incident have severely impacted my daily activities and overall quality of life. My physical limitations and chronic pain have affected my ability to sleep and my personal relationships. My medical providers have documented all aspects of the physical and emotional distress caused by this incident.

I have enclosed documents for verification of Medical treatment and bills and all other related matters etc.

Based on the severity of my injuries, the required surgical interventions, and the long-term impact on my health, I am seeking a resolution that reflects the full extent of my damages.

Sincerely,

Stephanie Albury

Petitioner Stephanie Albury
2005 E 26th Ave, Unit B
Tampa, FL 33605


Respondent: Frontier Airlines
Frontier Group Holdings Inc.
4545 Airport Way
Denver, CO 80239

Claimant: Stephanie Albury
Date of Incident: 02/14/2024
Departing Cleveland to Tampa Florida


To Whom It May Concern:

I have previously submitted all pertinent medical records, bills, treatment history, and
supporting documentation matters related to this claim.
OACP COMPLAINT #: 2026011403449
CAS-11067-W5T4N6
CRM:0332273 - DFS, CONSUMER SERVICE

On February 14th of 2024 I Stephanie Albury aboard Flight 1491 headed to Tampa
Florida while aboard i was in the restroom when the turbulence occurred pilot came
over the intercom to say that if we needed to use the bathroom or stretch our legs now
was the time for us to do so as i entered the bathroom then pulled down my pants i was
then plunged into the bathroom door face head first then tossed about very violently
and uncontrollably i began to scream urinate on myself and clothing and repeatedly hit a
white bar that was to the right off me then jolting and plunging into it again hitting my
teeth and upper right lip all while trying to pull my pants up now I keep screaming
yelling for help saying this was not happening and saying lady I guess thinking the lady
by the door would help or guide i was hurt in shock and embarrassed I cried throwed my
jacket over my head in excruciating pain as soon as we got off I told the lady behind the
desk that i was hurt an needed to file a complaint she told me I couldn't talk to anyone
but handed me a piece of paper and told me i had to file my complaint via their website
provided me then information on paper and turned away.
The aftermath of this incident has been profoundly distressing, both physically and
emotionally. As a direct result, I sustained severe injuries including a large contusion, a
concussion, a chipped tooth, and a permanent scar on the upper right side of my lip. I
also suffered a head laceration, an increase in seizure activity, and ongoing migraines.
Furthermore, I continue to experience extraordinary pain in my lumbar and cervical
spine, neck/back injuries upper characterized by intolerable jolting sensations extending
through my lower extremities, along with various abrasions and bruising.

Petitioner Stephanie Albury
2005 E 26th Ave, Unit B
Tampa, FL 33605


Respondent: Frontier Airlines
Frontier Group Holdings Inc.
4545 Airport Way
Denver, CO 80239

Claimant: Stephanie Albury
Date of Incident: 02/14/2024
Departing Cleveland to Tampa Florida


To Whom It May Concern:

I have previously submitted all pertinent medical records, bills, treatment history, and supporting documentation matters related to this claim.
OACP COMPLAINT #: 2026011403449
CAS-11067-W5T4N6
CRM:0332273 - DFS, CONSUMER SERVICE


On February 14th of 2024 I Stephanie Albury aboard Flight 1491 headed to Tampa Florida while aboard i was in the restroom when the turbulence occurred pilot came over the intercom to say that if we needed to use the bathroom or stretch our legs now was the time for us to do so as i entered the bathroom then pulled down my pants i was then plunged into the bathroom door face head first then tossed about very violently and uncontrollably i began to scream urinate on myself and clothing and repeatedly hit a white bar that was to the right off me then jolting and plunging into it again hitting my teeth and upper right lip all while trying to pull my pants up now I keep screaming yelling for help saying this was not happening and saying lady I guess thinking the lady by the door would help or guide i was hurt in shock and embarrassed I cried throwed my jacket over my head in excruciating pain as soon as we got off I told the lady behind the desk that i was hurt an needed to file a complaint she told me I couldn't talk to anyone but handed me a piece of paper and told me i had to file my complaint via their website provided me then information on paper and turned away.
The aftermath of this incident has been profoundly distressing, both physically and emotionally. As a direct result, I sustained severe injuries including a large contusion, a concussion, a chipped tooth, and a permanent scar on the upper right side of my lip. I also suffered a head laceration, an increase in seizure activity, and ongoing migraines. Furthermore, I continue to experience extraordinary pain in my lumbar and cervical spine, neck/back injuries upper characterized by intolerable jolting sensations extending through my lower extremities, along with various abrasions and bruising.

Petitioner Stephanie Albury
2005 E 26th Ave, Unit B
Tampa, FL 33605

Respondent: Frontier Airlines
Frontier Group Holdings Inc.
4545 Airport Way
Denver, CO 80239

Claimant: Stephanie Albury
Date of Incident: 02/14/2024
Departing Cleveland to Tampa Florida

To Whom It May Concern:

I have previously submitted all pertinent medical records, bills, treatment history, and
supporting documentation matters related to this claim.
OACP COMPLAINT #: 2026011403449
CAS-11067-W5T4N6
CRM:0332273 - DFS, CONSUMER SERVICE

On February 14th of 2024 I Stephanie Albury aboard Flight 1491 headed to Tampa
Florida while aboard i was in the restroom when the turbulence occurred pilot came
over the intercom to say that if we needed to use the bathroom or stretch our legs now
was the time for us to do so as i entered the bathroom then pulled down my pants i was
then plunged into the bathroom door face head first then tossed about very violently
and uncontrollably i began to scream urinate on myself and clothing and repeatedly hit a
white bar that was to the right off me then jolting and plunging into it again hitting my
teeth and upper right lip all while trying to pull my pants up now I keep screaming
yelling for help saying this was not happening and saying lady I guess thinking the lady
by the door would help or guide i was hurt in shock and embarrassed I cried throwed my
jacket over my head in excruciating pain as soon as we got off I told the lady behind the
desk that i was hurt an needed to file a complaint she told me I couldn't talk to anyone
but handed me a piece of paper and told me i had to file my complaint via their website
provided me then information on paper and turned away.
The aftermath of this incident has been profoundly distressing, both physically and
emotionally. As a direct result, I sustained severe injuries including a large contusion, a
concussion, a chipped tooth, and a permanent scar on the upper right side of my lip. I
also suffered a head laceration, an increase in seizure activity, and ongoing migraines.
Furthermore, I continue to experience extraordinary pain in my lumbar and cervical
spine, neck/back injuries upper characterized by intolerable jolting sensations extending
through my lower extremities, along with various abrasions and bruising.

Due to the severity of these injuries, I underwent surgery on my left hand, upper arm, and elbow to address tissue damage, bone spurs, and severe nerve damage, which has resulted in permanent scarring. I am currently continuing treatment and therapy. I have been recommended for further treatment and am seeking a second opinion regarding a potential cervical spine procedure.

The pain and suffering associated with this incident have severely impacted my daily activities and overall quality of life. My physical limitations and chronic pain have affected my ability to sleep and my personal relationships. My medical providers have documented all aspects of the physical and emotional distress caused by this incident.

I have enclosed documents for verification of Medical treatment and bills and all other related matters etc.

Based on the severity of my injuries, the required surgical interventions, and the long-term impact on my health, I am seeking a resolution that reflects the full extent of my damages.

Sincerely,

Stephanie Albury

Due to the severity of these injuries, I underwent surgery on my left hand, upper arm, and elbow to address tissue damage, bone spurs, and severe nerve damage, which has resulted in permanent scarring. I am currently continuing treatment and therapy. I have been recommended for further treatment and am seeking a second opinion regarding a potential cervical spine procedure.

The pain and suffering associated with this incident have severely impacted my daily activities and overall quality of life. My physical limitations and chronic pain have affected my ability to sleep and my personal relationships. My medical providers have documented all aspects of the physical and emotional distress caused by this incident.

I have enclosed documents for verification of Medical treatment and bills and all other related matters etc.

Based on the severity of my injuries, the required surgical interventions, and the long-term impact on my health, I am seeking a resolution that reflects the full extent of my damages.

Sincerely,

Stephanie Albury

Due to the severity of these injuries, I underwent surgery on my left hand, upper arm, and elbow to address tissue damage, bone spurs, and severe nerve damage, which has resulted in permanent scarring. I am currently continuing treatment and therapy. I have been recommended for further treatment and am seeking a second opinion regarding a potential cervical spine procedure.

The pain and suffering associated with this incident have severely impacted my daily activities and overall quality of life. My physical limitations and chronic pain have affected my ability to sleep and my personal relationships. My medical providers have documented all aspects of the physical and emotional distress caused by this incident.

I have enclosed documents for verification of Medical treatment and bills and all other related matters etc.

Based on the severity of my injuries, the required surgical interventions, and the long-term impact on my health, I am seeking a resolution that reflects the full extent of my damages.

Sincerely,

Stephanie Albury



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.floridabar.org

January 15, 2026

Ms. Stephanie Audra Albury
2005 East 26th Avenue
Unit B
Tampa, FL 33605

Re:    Nadine S. Diaz; The Florida Bar File No. 2026-10,499(13F)

Dear Ms. Albury:

Enclosed is a copy of our letter to Ms. Diaz which requires a response to your complaint.

Once you receive Ms. Diaz's response, you have 10 days to file a rebuttal if you so desire.  **If you decide to file a rebuttal, you must send a copy to Ms. Diaz.**  Rebuttals should not exceed 25 pages and may refer to any additional documents or exhibits that are available on request.  Please address any and all correspondence to me.  You may respond by US Mail or email to acapintake@floridabar.org.

Please be advised that as an arm of the Supreme Court of Florida, The Florida Bar can investigate allegations of misconduct against attorneys, and where appropriate, request that the attorney be disciplined.  The Florida Bar cannot render legal advice nor can The Florida Bar represent individuals or intervene on their behalf in any civil or criminal matter.

Please review the enclosed Notice on mailing instructions for information on submitting your rebuttal.

Sincerely,

Allie F. Huston, Bar Counsel
Attorney Consumer Assistance Program
ACAP Hotline 866-352-0707

Enclosures

cc:    Ms. Nadine S. Diaz

MUSCULOSKELETAL INSTITUTE CHARTERED DBA FLORIDA
ORTHOPAEDIC INSTITUTE

ZACKARY KARR, PT • Gabriel Clark, PT • CAITLIN WEIGAND, APRN

Patient: **Stephanie Albury**
ID# 4932673A18802
Phone: 813-458-7317

Statement Date: **12/13/25**

**Payment Past Due**

# Hi Stephanie, your balance of $275.00 is past due.

This is your third statement, and 3 of your bills are now over 105 days past due.
Your account is in collections status; please contact the office immediately.

### Note From Your Practice

Thank you for your Prompt Payment! For questions about your bill our Financial Counselors are available between 8 AM and 5 PM M-F at 813-978-9700 (option 4) and ext. 6052, or email financialcounselors@floridaortho.com . It is our policy to charge patients a fee if they miss a scheduled appointment without providing proper notice. Please refer to our policy here www.floridaortho.com/patient-resources/online-bill-pa

### Summary

You have been billed for 11 services. This balance is your responsibility.

Original Cost:     $275.00
Amount due:        $275.00

*Details start on back >*

 **Questions?** Call us at 813-287-9370
Reference your ID: **4932673A18802**

**Pay Online**

Go to **payment.athenahealth.com**
Enter your code: **D8RG-CB4D-GMH-1PWR**
View bill breakdown, see past payments, and print itemized receipts.

In partnership with **athenahealth**

 **or** **Scan this code for quick access**
Don't want to type your code? No problem. Scan this code with your phone to access your bills.

---

**Prefer to pay by check?** Detach the slip below and include your payment. **No cash, stapled checks, or other paper.** Thank you!

MUSCULOSKELETAL INSTITUTE CHARTERED DBA FLORIDA

PO BOX 14099
BELFAST, ME 04915

**Make checks payable to: FLORIDA ORTHOPAEDIC INSTITUTE**
1. Fill out the amount enclosed below.
2. Place in provided envelope and mail.

| Patient Account # | Amount Enclosed |
|---|---|
| 4932673A18802 | |

AB 01 090986 87986 H 249 A

STEPHANIE ALBURY
2005 EAST 26TH AVENUE
32B
TAMPA FL 33605-1271

 FLORIDA ORTHOPAEDIC INSTITUTE
ATTN # 9194J
PO BOX 14000
BELFAST ME 04915-4033

# Here are your bill details (continued)

Patient: **Stephanie Albury**
ID# 4932673A18802
Phone: 813-458-7317

Statement Date: **12/13/25**

Bill for your visit with Gabriel Clark, PT at THERAPY - SOUTH TAMPA on 11/22/24

| Service Name and Code | Initial Cost | Insurance Adjustment | Insurance Paid | You Paid | You Owe |
|---|---|---|---|---|---|
| **NO SHOW - THERAPY** MISCNSPT | $25.00 | - | - | - | $25.00 |

Bill for your visit with Gabriel Clark, PT at THERAPY - SOUTH TAMPA on 02/14/25

| Service Name and Code | Initial Cost | Insurance Adjustment | Insurance Paid | You Paid | You Owe |
|---|---|---|---|---|---|
| **NO SHOW - THERAPY** MISCNSPT | $25.00 | - | - | - | $25.00 |

Bill for your visit with Gabriel Clark, PT at THERAPY - SOUTH TAMPA on 02/24/25

| Service Name and Code | Initial Cost | Insurance Adjustment | Insurance Paid | You Paid | You Owe |
|---|---|---|---|---|---|
| **NO SHOW - THERAPY** MISCNSPT | $25.00 | - | - | - | $25.00 |

Bill for your visit with Gabriel Clark, PT at THERAPY - SOUTH TAMPA on 03/07/25

| Service Name and Code | Initial Cost | Insurance Adjustment | Insurance Paid | You Paid | You Owe |
|---|---|---|---|---|---|
| **NO SHOW - THERAPY** MISCNSPT | $25.00 | - | - | - | $25.00 |

Bill for your visit with Alfred Hess, MD at SOUTH TAMPA CLINIC on 09/11/25

| Service Name and Code | Initial Cost | Insurance Adjustment | Insurance Paid | You Paid | You Owe |
|---|---|---|---|---|---|
| **NO SHOW - CLINIC** MISCNS | $25.00 | - | - | - | $25.00 |

Total Balance Due:  **$275.00**

*[Handwritten: I pay for these / Stephanie Albury]*

*[Handwritten: Set up thru Chrmeacct with Kim Broc]*

Gmail - Fwd: Your Flight Confirmation Code QKBPJE

## LOOKING FOR TRAVEL INSURANCE?
Protect your trip with Travel Guard™ travel insurance

Be Prepared!
Pack a travel insurance plan.



GET A QUOTE

## PASSENGER OPTIONS & EXTRAS DETAIL

**Carol Lewis**
Outbound Checked Bag 1                                    $53.00

## TAXES AND CARRIER IMPOSED FEES

| | |
|---|---|
| US Transportation Tax | $12.21 |
| US Domestic Flight Segment Tax LAS-CLE | $15.00 |
| US Passenger Security Fee | $16.80 |
| Passenger Facility Charge LAS-CLE | $13.50 |
| US Domestic Flight Segment Tax CLE-TPA | $15.00 |
| Passenger Facility Charge CLE-TPA | $13.50 |

## PURCHASE TOTAL

| | |
|---|---|
| Airfare | $162.93 |
| Options | $53.00 |
| Taxes and Carrier-Imposed Fees | $86.01 |
| **Grand Total** | **$301.94** |

## PAYMENT: VISA

**Total**                                                 $248.94

| | |
|---|---|
| Payment Date | 01-30-2024 |
| Payment Type | VISA |
| ***Approved*** | XXXXXXXXXXXX8125 |

## PAYMENT: VISA

**Total**                                                 $53.00

Payment Date                                              02-13-2024



**HCA Florida**
South Tampa Hospital

HCA FL SOUTH TAMPA HOSP
PO BOX 292409
NASHVILLE TN 37229-2409



# Itemization of Hospital Services

SSC08947 6272693 855809480
STEPHANIE ALBURY
2005 E 26th Ave Unit B
Tampa, FL 33605-1273

**Creation Date: 1/29/2026**

**Patient Name**
STEPHANIE ALBURY

**Account Number**
72004095321

**Date of Service**
11/13/2024

**Hospital Number**
26537

**Medical Record Number**
000000342375

**Patient Type**
EMERGENCY SERVICES

Per your request, attached is the itemization of hospital services for care you received at HCA FL SOUTH TAMPA HOSP on 11/13/2024.

Please note that **this is not a bill and does not show the amount you owe.** If there is a balance due it will be sent separately on a statement from the hospital once payments from your insurance company or other adjustments are applied to the total shown here.

This is an itemization of your hospital services only. Other professional services provided by physicians and other healthcare providers who do not work for the hospital are not part of the hospital bill. These other providers may bill separately for their services. More information is available at https://memorialhospitaltampa.com/.

**If you have any questions related to your account, or to dispute charges that appear on your itemized statement or bill, please call (844) 974-3800.**



**HCA Florida**
South Tampa Hospital

HCA FL SOUTH TAMPA HOSP
PO BOX 292409
NASHVILLE TN 37229-2409



# Itemization of Hospital Services

SSC08947 6272693 855809480

STEPHANIE ALBURY
2005 E 26th Ave Unit B
Tampa, FL 33605-1273

**Creation Date: 1/29/2026**

**Patient Name**
STEPHANIE ALBURY

**Account Number**
72004095321

**Date of Service**
11/13/2024

**Hospital Number**
26537

**Medical Record Number**
000000342375

**Patient Type**
EMERGENCY SERVICES

## Itemization of Hospital Services

| REV CODE | DATE | HCPS | UNITS | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| **0259 - DRGS/OTHER** | | | | | |
| | 11/13/24 | 00000 | 1 | FLUORESCEIN OP 9MG STRIP | $ 76.9 |
| | | | | Subtotal: | $ 76.9 |
| **0450 - EMERG ROOM** | | | | | |
| | 11/13/24 | 099283 | 1 | LVL 3 FREE STD EMER DEPT | $ 5,203.9 |
| | | | | Subtotal: | $ 5,203.9 |
| | | | | Itemization Total for Hospital Services: | $ 5,280.8 |

> **You are not being asked to pay the itemized amounts listed above. The amount you owe after all insurance payments and adjustments will be on your hospital bill.**

A FOR PROFIT, TAX PAYING HOSPITAL LICENSED BY

PAGE

 **Tampa General Hospital**

Tampa General Hospital
1 Tampa General Circle
Tampa, FL 33606
(813) 844-7291

Stephanie Audra Albury
2005 EAST 26TH AVE
APT B
TAMPA, FL 33605

**This is not a bill. This is an itemization of your hospital services. If you have any questions about your itemized bill or would like to file a grievance for some or all charges listed on your itemized bill, please send an email to mybill@tgh.org to initiate the process.**

Patient:  Albury, Stephanie Audra                    Hospital Account:  124432143

Admission Date: 10/02/24                              Discharge Date: 10/02/24

Visit Coverages:  Aetna Medicare Adv - Aetna Medicare

Charges

| Date | Rev Code | Description | Qty | Amount |
|------|----------|-------------|-----|--------|
| 10/02/24 | 0250 | EPHEDRINE 50MG/10ML 5 MG/ML SOLN | 1 | 102.00 |
| 10/02/24 | 0250 | GLYCOPYRROLATE 0.2 MG/ML SOLN | 4 | 179.00 |
| 10/02/24 | 0259 | ELECTROLYTE-S (PH 7.4) SOLP | 1 | 221.00 |
| 10/02/24 | 0259 | ELECTROLYTE-S (PH 7.4) SOLP | 1 | 221.00 |
| 10/02/24 | 0301 | HB HCG POC | 1 | 288.00 |
| 10/02/24 | 0307 | HB PREG TEST BETA URINE | 1 | 231.00 |
| 10/02/24 | 0360 | HB OR SPECIALTY LEVEL 1 ADDL MIN | 75 | 26,625.00 |
| 10/02/24 | 0360 | HB OR SPECIALTY LEVEL 1 FIRST MIN | 1 | 3,240.00 |
| 10/02/24 | 0361 | HB INTERSCALENE BLOCK | 1 | 1,898.00 |
| 10/02/24 | 0370 | HB ANESTHESIA GENERAL 1MIN | 76 | 16,872.00 |
| 10/02/24 | 0636 | CEFAZOLIN 500 MG INJ | 4 | 177.00 |
| 10/02/24 | 0636 | DEXAMETHASONE 1 MG INJ | 4 | 104.00 |
| 10/02/24 | 0636 | LIDOCAINE 10 MG IV | 10 | 15.00 |
| 10/02/24 | 0636 | MIDAZOLAM (PF) 1 MG INJ | 4 | 103.00 |
| 10/02/24 | 0636 | ONDANSETRON HCL (PF) 1 MG INJ | 4 | 361.00 |
| 10/02/24 | 0636 | PHENYLEPHRINE 10 MG INJ | 500 | 58.00 |
| 10/02/24 | 0636 | PROPOFOL 10 MG IV | 20 | 131.00 |
| 10/02/24 | 0636 | SUCCINYLCHOLINE 20 MG INJ | 10 | 799.00 |
| 10/02/24 | 0710 | HB RECOVERY ROOM 2 MIN | 15 | 2,205.00 |
|  |  | **Total Charges** |  | **53,830.00** |

Payments and Adjustments

Printed On:  01/21/26
1

| Date | Description | Amount |
|---|---|---|
| 10/24/24 | Aetna Medicare Adv Payments | -1,759.25 |
| 10/25/24 | Aetna Medicare Adv Adjustments | -52,070.75 |
| | Total Insurance Payments and Adjustments | -53,830.00 |

Current Hospital Account Balance:    0.00

MUSCULOSKELETAL INSTITUTE CHARTERED

*printed 01/21/2026 10:22 AM*

Billing Address

PO BOX 9194
BELFAST, ME 04915-9194
*billing phone: (813) 978-9700*

Group TIN: 592929608

GUARANTOR NAME AND ADDRESS

STEPHANIE ALBURY
2005 E 26TH AVE, 32B
TAMPA, FL 33605-1271

PATIENT #          PATIENT NAME

4932673             STEPHANIE ALBURY

DOB          HOME TELEPHONE

12/01/1973  (813) 330-4377

## Billing Summary

▸ Expand all claim details

| Claim ID | Procedure | Diagnosis | Date of Service | Post Date | Type | Reason | Plan | Supervising Provider | Ins. 1 | Ins. 2 | Patient |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim ID 4003099** | | | | | | | | | | | |
| ▸ 4003099 | 72040 | M542 | 03/12/2024 | 03/14/2024 | CHARGE | 72040 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - PPO) | REZA ALAVI | $200.00 | | |
| 4003099 | 72040 | M542 | 03/12/2024 | 03/21/2024 | PAYMENT | ACH ************0438 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - PPO) | REZA ALAVI | $-34.83 | | |
| 4003099 | 72040 | M542 | 03/12/2024 | 03/21/2024 | ADJUSTMENT | CONTRACTUAL (34635) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - PPO) | REZA ALAVI | $-165.17 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| ▸ 4003099 | 99204 | M47812, M62838, M542, S134XXA | 03/12/2024 | 03/14/2024 | CHARGE | 99204 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - PPO) | REZA ALAVI | $850.00 | | |
| 4003099 | 99204 | M47812, M62838, M542, S134XXA | 03/12/2024 | 03/21/2024 | PAYMENT | ACH ************0438 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - PPO) | REZA ALAVI | $-152.46 | | |
| 4003099 | 99204 | M47812, M62838, M542, S134XXA | 03/12/2024 | 03/21/2024 | ADJUSTMENT | CONTRACTUAL (177058) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - PPO) | REZA ALAVI | $-697.54 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| **Claim ID 4012245** | | | | | | | | | | | |
| ▸ 4012245 | 72100 | M5459 | 03/14/2024 | 03/15/2024 | CHARGE | 72100 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - PPO) | MARC WEINSTEIN | $200.00 | | |
| 4012245 | 72100 | M5459 | 03/14/2024 | 03/22/2024 | PAYMENT | ACH ************0423 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - PPO) | MARC WEINSTEIN | $-35.10 | | |
| 4012245 | 72100 | M5459 | 03/14/2024 | 03/22/2024 | ADJUSTMENT | CONTRACTUAL (177058) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - PPO) | MARC WEINSTEIN | $-164.90 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| ▸ 4012245 | 99203 | S39012A, M5416, M5459 | 03/14/2024 | 03/15/2024 | CHARGE | 99203 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - PPO) | MARC WEINSTEIN | $570.00 | | |
| 4012245 | 99203 | S39012A, M5416, M5459 | 03/14/2024 | 03/22/2024 | PAYMENT | ACH ************0423 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - PPO) | MARC WEINSTEIN | $-101.50 | | |
| 4012245 | 99203 | S39012A, M5416, M5459 | 03/14/2024 | 03/22/2024 | ADJUSTMENT | CONTRACTUAL (34635) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - PPO) | MARC WEINSTEIN | $-468.50 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| **Claim ID 4042113** | | | | | | | | | | | |
| ▸ 4042113 | 72141 | M542 | 03/23/2024 | 03/23/2024 | CHARGE | 72141 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - PPO) | REZA ALAVI | $930.00 | | |
| 4042113 | 72141 | M542 | 03/23/2024 | 03/29/2024 | PAYMENT | ACH ************0347 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - PPO) | REZA ALAVI | $-172.81 | | |
| 4042113 | 72141 | M542 | 03/23/2024 | 03/29/2024 | ADJUSTMENT | CONTRACTUAL (177058) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - PPO) | REZA ALAVI | $-757.19 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| **Claim ID 4247945** | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4247945 | 99213 | M47812, M62838, M542, S134XXA | 05/07/2024 | 05/09/2024 | CHARGE | 99213 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | REZA ALAVI | $460.00 | | |
| 4247945 | 99213 | M47812, M62838, M542, S134XXA | 05/07/2024 | 05/16/2024 | PAYMENT | ACH ************0313 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | REZA ALAVI | $-83.57 | | |
| 4247945 | 99213 | M47812, M62838, M542, S134XXA | 05/07/2024 | 05/16/2024 | ADJUSTMENT | CONTRACTUAL (178728) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | REZA ALAVI | $-376.43 | | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 4307519** | | | | | | | | | | | |
| 4307519 | 97110,GP | M542, M5416 | 05/24/2024 | 05/24/2024 | CHARGE | 97110,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $160.00 | | |
| 4307519 | 97110,GP | M542, M5416 | 05/24/2024 | 05/31/2024 | PAYMENT | ACH ************0292 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-20.28 | | |
| 4307519 | 97110,GP | M542, M5416 | 05/24/2024 | 05/31/2024 | ADJUSTMENT | CONTRACTUAL (18298) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-139.72 | | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 4307519 | 97112,GP | M542, M5416 | 05/24/2024 | 05/24/2024 | CHARGE | 97112,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $180.00 | | |
| 4307519 | 97112,GP | M542, M5416 | 05/24/2024 | 05/31/2024 | PAYMENT | ACH ************0292 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-22.96 | | |
| 4307519 | 97112,GP | M542, M5416 | 05/24/2024 | 05/31/2024 | ADJUSTMENT | CONTRACTUAL (18298) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-157.04 | | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 4307519 | 97162,GP | M542, M5416 | 05/24/2024 | 05/24/2024 | CHARGE | 97162,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $510.00 | | |
| 4307519 | 97162,GP | M542, M5416 | 05/24/2024 | 05/31/2024 | PAYMENT | ACH ************0292 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-91.20 | | |
| 4307519 | 97162,GP | M542, M5416 | 05/24/2024 | 05/31/2024 | ADJUSTMENT | CONTRACTUAL (178728) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-418.80 | | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 4385521** | | | | | | | | | | | |
| 4385521 | 99213 | M5459, S39012A, M5416 | 06/11/2024 | 06/13/2024 | CHARGE | 99213 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | CAITLIN WEIGAND | $460.00 | | |
| 4385521 | 99213 | M5459, S39012A, M5416 | 06/11/2024 | 06/21/2024 | PAYMENT | ACH ************0266 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | CAITLIN WEIGAND | $-71.04 | | |
| 4385521 | 99213 | M5459, S39012A, M5416 | 06/11/2024 | 06/21/2024 | ADJUSTMENT | CONTRACTUAL (34635) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | CAITLIN WEIGAND | $-388.96 | | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 4391636** | | | | | | | | | | | |
| 4391636 | 97110,CQ,GP | M542, M5416 | 06/14/2024 | 06/14/2024 | CHARGE | 97110,CQ,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $160.00 | | |
| 4391636 | 97110,CQ,GP | M542, M5416 | 06/14/2024 | 06/24/2024 | PAYMENT | ACH ************0193 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-17.24 | | |
| 4391636 | 97110,CQ,GP | M542, M5416 | 06/14/2024 | 06/24/2024 | ADJUSTMENT | CONTRACTUAL (178728) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-142.76 | | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 4391636 | 97112,CQ,GP | M542, M5416 | 06/14/2024 | 06/14/2024 | CHARGE | 97112,CQ,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $180.00 | | |
| 4391636 | 97112,CQ,GP | M542, M5416 | 06/14/2024 | 06/24/2024 | PAYMENT | ACH ************0193 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-25.94 | | |
| 4391636 | 97112,CQ,GP | M542, M5416 | 06/14/2024 | 06/24/2024 | ADJUSTMENT | CONTRACTUAL (177058) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-154.06 | | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 4404859** | | | | | | | | | | | |
| 4404859 | MISCNSPT | Z0000 | 06/17/2024 | 12/15/2025 | CHARGE | MISCNSPT | PATIENT | ZACKARY KARR | | | $25.00 |
| 4404859 | MISCNSPT | Z0000 | 06/17/2024 | 12/15/2025 | ADJUSTMENT | COLLECT (PHASE ONE) | PATIENT | ZACKARY KARR | | | $-25.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | OUTSTANDING | | | $0.00 | $0.00 | $0.00 |
| | | | | | OUTSTANDING COLLECTIONS | | | | | $25.00 |

**Claim ID 4425085**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 4425085 | 72148 | M47896 | 06/22/2024 | 06/22/2024 | CHARGE | 72148 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | MARC WEINSTEIN | $940.00 | |
| 4425085 | 72148 | M47896 | 06/22/2024 | 07/01/2024 | PAYMENT | ACH ************2731 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | MARC WEINSTEIN | $-176.25 | |
| 4425085 | 72148 | M47896 | 06/22/2024 | 07/01/2024 | ADJUSTMENT | CONTRACTUAL (177058) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | MARC WEINSTEIN | $-763.75 | |
| | | | | | OUTSTANDING | | | $0.00 | $0.00 | $0.00 |

**Claim ID 4441064**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 4441064 | 97110,CQ,GP | M542, M5416 | 06/26/2024 | 06/26/2024 | CHARGE | 97110,CQ,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $320.00 | |
| 4441064 | 97110,CQ,GP | M542, M5416 | 06/26/2024 | 07/03/2024 | PAYMENT | ACH ************0243 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-34.48 | |
| 4441064 | 97110,CQ,GP | M542, M5416 | 06/26/2024 | 07/03/2024 | ADJUSTMENT | CONTRACTUAL (177058) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-285.52 | |
| | | | | | OUTSTANDING | | | $0.00 | $0.00 | $0.00 |
| ▶ 4441064 | 97112,CQ,GP | M542, M5416 | 06/26/2024 | 06/26/2024 | CHARGE | 97112,CQ,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $360.00 | |
| 4441064 | 97112,CQ,GP | M542, M5416 | 06/26/2024 | 07/03/2024 | PAYMENT | ACH ************0243 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-45.46 | |
| 4441064 | 97112,CQ,GP | M542, M5416 | 06/26/2024 | 07/03/2024 | ADJUSTMENT | CONTRACTUAL (178728) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-314.54 | |
| | | | | | OUTSTANDING | | | $0.00 | $0.00 | $0.00 |

**Claim ID 4521556**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 4521556 | 73030,LT | M25512 | 07/11/2024 | 07/16/2024 | CHARGE | 73030,LT | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $180.00 | |
| 4521556 | 73030,LT | M25512 | 07/11/2024 | 07/24/2024 | PAYMENT | ACH ************0277 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $-31.25 | |
| 4521556 | 73030,LT | M25512 | 07/11/2024 | 07/24/2024 | ADJUSTMENT | CONTRACTUAL (34635) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $-148.75 | |
| | | | | | OUTSTANDING | | | $0.00 | $0.00 | $0.00 |
| ▶ 4521556 | 99204 | M25512 | 07/11/2024 | 07/16/2024 | CHARGE | 99204 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $850.00 | |
| 4521556 | 99204 | M25512 | 07/11/2024 | 07/24/2024 | PAYMENT | ACH ************0277 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $-118.01 | |
| 4521556 | 99204 | M25512 | 07/11/2024 | 07/24/2024 | ADJUSTMENT | CONTRACTUAL (177058) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $-731.99 | |
| | | | | | OUTSTANDING | | | $0.00 | $0.00 | $0.00 |

**Claim ID 4546054**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 4546054 | 95886 | R200, M25522, G5622, G5602 | 07/18/2024 | 07/22/2024 | CHARGE | 95886 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SYED ZAFFER | $510.00 | |
| 4546054 | 95886 | R200, M25522, G5622, G5602 | 07/18/2024 | 07/30/2024 | PAYMENT | ACH ************0257 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SYED ZAFFER | $-85.99 | |
| 4546054 | 95886 | R200, M25522, G5622, G5602 | 07/18/2024 | 07/30/2024 | ADJUSTMENT | CONTRACTUAL (178728) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SYED ZAFFER | $-424.01 | |
| | | | | | OUTSTANDING | | | $0.00 | $0.00 | $0.00 |
| ▶ 4546054 | 95911 | R200, M25522, G5622, G5602 | 07/18/2024 | 07/22/2024 | CHARGE | 95911 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SYED ZAFFER | $1,010.00 | |
| 4546054 | 95911 | R200, M25522, G5622, G5602 | 07/18/2024 | 07/30/2024 | PAYMENT | ACH ************0257 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SYED ZAFFER | $-190.85 | |
| 4546054 | 95911 | R200, M25522, G5622, G5602 | 07/18/2024 | 07/30/2024 | ADJUSTMENT | CONTRACTUAL (178728) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SYED ZAFFER | $-819.15 | |

| | | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim ID 4542525**

| Claim ID | | | | | Type | Description | Payer | Provider | Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 4542525 | MISCNSPT | Z0000 | 07/19/2024 | 07/22/2024 | CHARGE | MISCNSPT | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $25.00 | | | |
| 4542525 | MISCNSPT | Z0000 | 07/19/2024 | 07/22/2024 | TRANSFERIN | MISCCHARGE | PATIENT | GABRIEL CLARK | $-25.00 | | $25.00 | |
| 4542525 | MISCNSPT | Z0000 | 07/19/2024 | 12/15/2025 | ADJUSTMENT | COLLECT (PHASE ONE) | PATIENT | GABRIEL CLARK | | | $-25.00 | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 | |
| | | | | | | | | OUTSTANDING COLLECTIONS | | | $25.00 | |

**Claim ID 4566429**

| Claim ID | | | | | Type | Description | Payer | Provider | Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 4566429 | MISCNS | Z0000 | 07/25/2024 | 07/25/2024 | CHARGE | MISCNS | PATIENT | MARC WEINSTEIN | | | $25.00 | |
| 4566429 | MISCNS | Z0000 | 07/25/2024 | 12/15/2025 | ADJUSTMENT | COLLECT (PHASE ONE) | PATIENT | MARC WEINSTEIN | | | $-25.00 | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 | |
| | | | | | | | | OUTSTANDING COLLECTIONS | | | $25.00 | |

**Claim ID 4714631**

| Claim ID | | | | | Type | Description | Payer | Provider | Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 4714631 | 99214 | G5622, G5602 | 08/29/2024 | 08/29/2024 | CHARGE | 99214 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SYED ZAFFER | $640.00 | | | |
| 4714631 | 99214 | G5622, G5602 | 08/29/2024 | 09/05/2024 | PAYMENT | ACH ***********0337 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SYED ZAFFER | $-118.01 | | | |
| 4714631 | 99214 | G5622, G5602 | 08/29/2024 | 09/05/2024 | ADJUSTMENT | CONTRACTUAL (34635) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | SYED ZAFFER | $-521.99 | | | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 | |

**Claim ID 4760055**

| Claim ID | | | | | Type | Description | Payer | Provider | Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 4760055 | MISCNSPT | Z0000 | 09/09/2024 | 09/10/2024 | CHARGE | MISCNSPT | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $25.00 | | | |
| 4760055 | MISCNSPT | Z0000 | 09/09/2024 | 09/10/2024 | TRANSFERIN | MISCCHARGE | PATIENT | GABRIEL CLARK | $-25.00 | | $25.00 | |
| 4760055 | MISCNSPT | Z0000 | 09/09/2024 | 12/15/2025 | ADJUSTMENT | COLLECT (PHASE ONE) | PATIENT | GABRIEL CLARK | | | $-25.00 | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 | |
| | | | | | | | | OUTSTANDING COLLECTIONS | | | $25.00 | |

**Claim ID 4913747**

| Claim ID | | | | | Type | Description | Payer | Provider | Amount | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 4913747 | 25280,LT | G5622 | 10/02/2024 | 11/07/2024 | CHARGE | 25280,LT | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $2,970.00 | | | |
| 4913747 | 25280,LT | G5622 | 10/02/2024 | 11/07/2024 | PAYMENT | ACH ***********0412 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $-277.70 | | | |
| 4913747 | 25280,LT | G5622 | 10/02/2024 | 11/18/2024 | PAYMENT | ACH ***********3299 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $277.70 | | | |
| 4913747 | 25280,LT | G5622 | 10/02/2024 | 11/18/2024 | PAYMENT | ACH ***********3299 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $-277.70 | | | |
| 4913747 | 25280,LT | G5622 | 10/02/2024 | 11/18/2024 | ADJUSTMENT | CONTRACTUAL (178728) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $-2,692.30 | | | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 | |
| ▶ 4913747 | 64718,LT | G5622 | 10/02/2024 | 11/07/2024 | CHARGE | 64718,LT | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $3,120.00 | | | |
| 4913747 | 64718,LT | G5622 | 10/02/2024 | 11/07/2024 | PAYMENT | ACH ***********0412 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $-589.09 | | | |
| 4913747 | 64718,LT | G5622 | 10/02/2024 | 11/18/2024 | PAYMENT | ACH ***********3299 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $589.09 | | | |
| 4913747 | 64718,LT | G5622 | 10/02/2024 | 11/18/2024 | PAYMENT | ACH ***********3299 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $-589.09 | | | |
| 4913747 | 64718,LT | G5622 | 10/02/2024 | 11/18/2024 | ADJUSTMENT | CONTRACTUAL (37231) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $-2,530.91 | | | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 | |
| ▶ 4913747 | 64719,LT | G5602 | 10/02/2024 | 11/07/2024 | CHARGE | 64719,LT | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $2,110.00 | | | |
| 4913747 | 64719,LT | G5602 | 10/02/2024 | 11/18/2024 | ADJUSTMENT | GLOBAL (180404) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $-2,110.00 | | | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 4913747 | 64721,59,LT | G5622 | 10/02/2024 | 11/07/2024 | CHARGE | 64721,59,LT | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $2,250.00 | | |
| 4913747 | 64721,59,LT | G5622 | 10/02/2024 | 11/18/2024 | PAYMENT | ACH ************3299 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $-106.54 | | |
| 4913747 | 64721,59,LT | G5622 | 10/02/2024 | 11/18/2024 | ADJUSTMENT | CONTRACTUAL (120466) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $-2,143.46 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.0 |

**Claim ID 4919609**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 4919609 | 25280,80,LT | G5622 | 10/02/2024 | 10/22/2024 | CHARGE | 25280,80,LT | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | RONALD MITCHELL | $737.50 | | |
| 4919609 | 25280,80,LT | G5622 | 10/02/2024 | 11/06/2024 | PAYMENT | ACH ************0235 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | RONALD MITCHELL | $-44.43 | | |
| 4919609 | 25280,80,LT | G5622 | 10/02/2024 | 11/06/2024 | ADJUSTMENT | CONTRACTUAL | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | RONALD MITCHELL | $-693.07 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.0 |
| ▶ 4919609 | 64718,80,LT | G5622 | 10/02/2024 | 10/22/2024 | CHARGE | 64718,80,LT | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | RONALD MITCHELL | $777.50 | | |
| 4919609 | 64718,80,LT | G5622 | 10/02/2024 | 11/06/2024 | PAYMENT | ACH ************0235 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | RONALD MITCHELL | $-94.26 | | |
| 4919609 | 64718,80,LT | G5622 | 10/02/2024 | 11/06/2024 | ADJUSTMENT | CONTRACTUAL | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | RONALD MITCHELL | $-683.24 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.0 |
| ▶ 4919609 | 64719,80,LT | G5622, G5602 | 10/02/2024 | 10/22/2024 | CHARGE | 64719,80,LT | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | RONALD MITCHELL | $527.50 | | |
| 4919609 | 64719,80,LT | G5622, G5602 | 10/02/2024 | 11/12/2024 | ADJUSTMENT | OTHER (ASSTSX) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | RONALD MITCHELL | $-527.50 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.0 |
| ▶ 4919609 | 64721,80,LT | G5622 | 10/02/2024 | 10/22/2024 | CHARGE | 64721,80,LT | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | RONALD MITCHELL | $562.50 | | |
| 4919609 | 64721,80,LT | G5622 | 10/02/2024 | 11/12/2024 | ADJUSTMENT | OTHER (ASSTSX) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | RONALD MITCHELL | $-562.50 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.0 |

**Claim ID 4907860**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 4907860 | 99024 | G5622, G5602 | 10/17/2024 | 10/18/2024 | CHARGE | 99024 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ANTHONY HUDSON | $0.00 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.0 |

**Claim ID 4924414**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 4924414 | 97110,GP | M542, M5416 | 10/22/2024 | 10/22/2024 | CHARGE | 97110,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $160.00 | | |
| 4924414 | 97110,GP | M542, M5416 | 10/22/2024 | 10/30/2024 | PAYMENT | ACH ************0407 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-20.81 | | |
| 4924414 | 97110,GP | M542, M5416 | 10/22/2024 | 10/30/2024 | ADJUSTMENT | CONTRACTUAL (178728) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-139.19 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.0 |
| ▶ 4924414 | 97162,GP | M542, M5416 | 10/22/2024 | 10/22/2024 | CHARGE | 97162,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $510.00 | | |
| 4924414 | 97162,GP | M542, M5416 | 10/22/2024 | 10/30/2024 | PAYMENT | ACH ************0407 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-93.60 | | |
| 4924414 | 97162,GP | M542, M5416 | 10/22/2024 | 10/30/2024 | ADJUSTMENT | CONTRACTUAL (178728) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-416.40 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |

**Claim ID 4945219**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 4945219 | 97110,CQ,GP | M542, M5416 | 10/28/2024 | 10/28/2024 | CHARGE | 97110,CQ,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $320.00 | | |
| 4945219 | 97110,CQ,GP | M542, M5416 | 10/28/2024 | 11/05/2024 | PAYMENT | ACH ************0421 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-35.38 | | |
| 4945219 | 97110,CQ,GP | M542, M5416 | 10/28/2024 | 11/05/2024 | ADJUSTMENT | CONTRACTUAL (177058) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-284.62 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| ▶ 4945219 | 97112,CQ,GP | M542, M5416 | 10/28/2024 | 10/28/2024 | CHARGE | 97112,CQ,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $360.00 | |
| 4945219 | 97112,CQ,GP | M542, M5416 | 10/28/2024 | 11/05/2024 | PAYMENT | ACH ************0421 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-46.66 | |
| 4945219 | 97112,CQ,GP | M542, M5416 | 10/28/2024 | 11/05/2024 | ADJUSTMENT | CONTRACTUAL (177058) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-313.34 | |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |

**Claim ID 4991212**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 4991212 | 97110,GP | M542, M5416 | 11/06/2024 | 11/06/2024 | CHARGE | 97110,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $320.00 | |
| 4991212 | 97110,GP | M542, M5416 | 11/06/2024 | 11/14/2024 | PAYMENT | ACH ************0357 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-41.62 | |
| 4991212 | 97110,GP | M542, M5416 | 11/06/2024 | 11/14/2024 | ADJUSTMENT | CONTRACTUAL (178728) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-278.38 | |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| ▶ 4991212 | 97112,GP | M542, M5416 | 11/06/2024 | 11/06/2024 | CHARGE | 97112,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $360.00 | |
| 4991212 | 97112,GP | M542, M5416 | 11/06/2024 | 11/14/2024 | PAYMENT | ACH ************0357 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-54.89 | |
| 4991212 | 97112,GP | M542, M5416 | 11/06/2024 | 11/14/2024 | ADJUSTMENT | CONTRACTUAL (18298) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-305.11 | |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |

**Claim ID 5033510**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 5033510 | MISCNS | Z0000 | 11/14/2024 | 11/14/2024 | CHARGE | MISCNS | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $25.00 | |
| 5033510 | MISCNS | Z0000 | 11/14/2024 | 11/14/2024 | TRANSFERIN | MISCCHARGE | PATIENT | ALFRED HESS | $-25.00 | $25.00 |
| 5033510 | MISCNS | Z0000 | 11/14/2024 | 12/15/2025 | ADJUSTMENT | COLLECT (PHASE ONE) | PATIENT | ALFRED HESS | | $-25.00 |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| | | | | | | OUTSTANDING COLLECTIONS | | | | $25.00 |

**Claim ID 5051921**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 5051921 | MISCNSPT | Z0000 | 11/15/2024 | 11/19/2024 | CHARGE | MISCNSPT | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $25.00 | |
| 5051921 | MISCNSPT | Z0000 | 11/15/2024 | 11/19/2024 | TRANSFERIN | MISCCHARGE | PATIENT | GABRIEL CLARK | $-25.00 | $25.00 |
| 5051921 | MISCNSPT | Z0000 | 11/15/2024 | 12/15/2025 | ADJUSTMENT | COLLECT (PHASE ONE) | PATIENT | GABRIEL CLARK | | $-25.00 |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| | | | | | | OUTSTANDING COLLECTIONS | | | | $25.00 |

**Claim ID 5077279**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 5077279 | MISCNSPT | Z0000 | 11/22/2024 | 11/25/2024 | CHARGE | MISCNSPT | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $25.00 | |
| 5077279 | MISCNSPT | Z0000 | 11/22/2024 | 11/25/2024 | TRANSFERIN | MISCCHARGE | PATIENT | GABRIEL CLARK | $-25.00 | $25.00 |
| 5077279 | MISCNSPT | Z0000 | 11/22/2024 | 12/15/2025 | ADJUSTMENT | COLLECT (PHASE ONE) | PATIENT | GABRIEL CLARK | | $-25.00 |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| | | | | | | OUTSTANDING COLLECTIONS | | | | $25.00 |

**Claim ID 5139239**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 5139239 | 97110,GP | M542, M5416 | 12/11/2024 | 12/11/2024 | CHARGE | 97110,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $320.00 | |
| 5139239 | 97110,GP | M542, M5416 | 12/11/2024 | 12/18/2024 | PAYMENT | ACH ************0302 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-41.62 | |
| 5139239 | 97110,GP | M542, M5416 | 12/11/2024 | 12/18/2024 | ADJUSTMENT | CONTRACTUAL (178728) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-278.38 | |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| ▶ 5139239 | 97112,GP | M542, M5416 | 12/11/2024 | 12/11/2024 | CHARGE | 97112,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $360.00 | |
| 5139239 | 97112,GP | M542, M5416 | 12/11/2024 | 12/18/2024 | PAYMENT | ACH ************0302 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-54.89 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| <u>5139239</u> | 97112,GP | M542, M5416 | 12/11/2024 | 12/18/2024 | ADJUSTMENT | CONTRACTUAL (18298) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-305.11 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |

**Claim ID <u>5152348</u>**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ <u>5152348</u> | 97110,CQ,GP | M542, M5416 | 12/13/2024 | 12/13/2024 | CHARGE | 97110,CQ,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $320.00 | | |
| <u>5152348</u> | 97110,CQ,GP | M542, M5416 | 12/13/2024 | 12/19/2024 | PAYMENT | ACH ***********0251 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-35.38 | | |
| <u>5152348</u> | 97110,CQ,GP | M542, M5416 | 12/13/2024 | 12/19/2024 | ADJUSTMENT | CONTRACTUAL (61379) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-284.62 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| ▶ <u>5152348</u> | 97112,CQ,GP | M542, M5416 | 12/13/2024 | 12/13/2024 | CHARGE | 97112,CQ,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $360.00 | | |
| <u>5152348</u> | 97112,CQ,GP | M542, M5416 | 12/13/2024 | 12/19/2024 | PAYMENT | ACH ***********0251 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-46.66 | | |
| <u>5152348</u> | 97112,CQ,GP | M542, M5416 | 12/13/2024 | 12/19/2024 | ADJUSTMENT | CONTRACTUAL (177058) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-313.34 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |

**Claim ID <u>5171604</u>**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ <u>5171604</u> | 97110,GP | M542, M5416 | 12/18/2024 | 12/18/2024 | CHARGE | 97110,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $320.00 | | |
| <u>5171604</u> | 97110,GP | M542, M5416 | 12/18/2024 | 12/26/2024 | PAYMENT | ACH ***********0122 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-41.62 | | |
| <u>5171604</u> | 97110,GP | M542, M5416 | 12/18/2024 | 12/26/2024 | ADJUSTMENT | CONTRACTUAL (18298) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-278.38 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| ▶ <u>5171604</u> | 97112,GP | M542, M5416 | 12/18/2024 | 12/18/2024 | CHARGE | 97112,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $360.00 | | |
| <u>5171604</u> | 97112,GP | M542, M5416 | 12/18/2024 | 12/26/2024 | PAYMENT | ACH ***********0122 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-54.89 | | |
| <u>5171604</u> | 97112,GP | M542, M5416 | 12/18/2024 | 12/26/2024 | ADJUSTMENT | CONTRACTUAL (18298) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-305.11 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |

**Claim ID <u>5334673</u>**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ <u>5334673</u> | 97110,GP | M542, M5416 | 01/27/2025 | 01/27/2025 | CHARGE | 97110,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $320.00 | | |
| <u>5334673</u> | 97110,GP | M542, M5416 | 01/27/2025 | 02/04/2025 | PAYMENT | ACH ***********0312 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-41.92 | | |
| <u>5334673</u> | 97110,GP | M542, M5416 | 01/27/2025 | 02/04/2025 | ADJUSTMENT | CONTRACTUAL (61379) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-278.08 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| ▶ <u>5334673</u> | 97112,GP | M542, M5416 | 01/27/2025 | 01/27/2025 | CHARGE | 97112,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $360.00 | | |
| <u>5334673</u> | 97112,GP | M542, M5416 | 01/27/2025 | 02/04/2025 | PAYMENT | ACH ***********0312 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-53.66 | | |
| <u>5334673</u> | 97112,GP | M542, M5416 | 01/27/2025 | 02/04/2025 | ADJUSTMENT | CONTRACTUAL (61379) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-306.34 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |

**Claim ID <u>5363525</u>**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▶ <u>5363525</u> | 97110,GP | M542, M5416 | 02/03/2025 | 02/03/2025 | CHARGE | 97110,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $320.00 | | |
| <u>5363525</u> | 97110,GP | M542, M5416 | 02/03/2025 | 02/11/2025 | PAYMENT | ACH ***********0354 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-41.92 | | |
| <u>5363525</u> | 97110,GP | M542, M5416 | 02/03/2025 | 02/11/2025 | ADJUSTMENT | CONTRACTUAL (61379) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-278.08 | | |
| | | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| ▶ <u>5363525</u> | 97112,GP | M542, M5416 | 02/03/2025 | 02/03/2025 | CHARGE | 97112,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $360.00 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5363525 | 97112,GP | M542, M5416 | 02/03/2025 | 02/11/2025 | PAYMENT | ACH *************0354 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-53.66 | |
| 5363525 | 97112,GP | M542, M5416 | 02/03/2025 | 02/11/2025 | ADJUSTMENT | CONTRACTUAL (178728) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-306.34 | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |

**Claim ID 5389880**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 5389880 | 97110,CQ,GP | M542, M5416 | 02/07/2025 | 02/07/2025 | CHARGE | 97110,CQ,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $320.00 | |
| 5389880 | 97110,CQ,GP | M542, M5416 | 02/07/2025 | 02/14/2025 | PAYMENT | ACH *************0314 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-35.50 | |
| 5389880 | 97110,CQ,GP | M542, M5416 | 02/07/2025 | 02/14/2025 | ADJUSTMENT | CONTRACTUAL (177058) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-284.50 | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| ▶ 5389880 | 97112,CQ,GP | M542, M5416 | 02/07/2025 | 02/07/2025 | CHARGE | 97112,CQ,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $360.00 | |
| 5389880 | 97112,CQ,GP | M542, M5416 | 02/07/2025 | 02/14/2025 | PAYMENT | ACH *************0314 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-45.74 | |
| 5389880 | 97112,CQ,GP | M542, M5416 | 02/07/2025 | 02/14/2025 | ADJUSTMENT | CONTRACTUAL (178728) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-314.26 | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |

**Claim ID 5436786**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 5436786 | MISCNSPT | Z0000 | 02/14/2025 | 02/18/2025 | CHARGE | MISCNSPT | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $25.00 | |
| 5436786 | MISCNSPT | Z0000 | 02/14/2025 | 02/18/2025 | TRANSFERIN | MISCCHARGE | PATIENT | GABRIEL CLARK | $-25.00 | $25.00 |
| 5436786 | MISCNSPT | Z0000 | 02/14/2025 | 12/15/2025 | ADJUSTMENT | COLLECT (PHASE ONE) | PATIENT | GABRIEL CLARK | | $-25.00 |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| | | | | | | | OUTSTANDING COLLECTIONS | | | $25.00 |

**Claim ID 5469275**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 5469275 | MISCNSPT | Z0000 | 02/24/2025 | 02/25/2025 | CHARGE | MISCNSPT | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $25.00 | |
| 5469275 | MISCNSPT | Z0000 | 02/24/2025 | 02/25/2025 | TRANSFERIN | MISCCHARGE | PATIENT | GABRIEL CLARK | $-25.00 | $25.00 |
| 5469275 | MISCNSPT | Z0000 | 02/24/2025 | 12/15/2025 | ADJUSTMENT | COLLECT (PHASE ONE) | PATIENT | GABRIEL CLARK | | $-25.00 |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| | | | | | | | OUTSTANDING COLLECTIONS | | | $25.00 |

**Claim ID 5506327**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 5506327 | 97110,GP | M542, M5416 | 03/05/2025 | 03/05/2025 | CHARGE | 97110,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $320.00 | |
| 5506327 | 97110,GP | M542, M5416 | 03/05/2025 | 03/12/2025 | PAYMENT | ACH *************0235 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-41.76 | |
| 5506327 | 97110,GP | M542, M5416 | 03/05/2025 | 03/12/2025 | ADJUSTMENT | CONTRACTUAL (61379) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-278.24 | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| ▶ 5506327 | 97112,GP | M542, M5416 | 03/05/2025 | 03/05/2025 | CHARGE | 97112,GP | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $360.00 | |
| 5506327 | 97112,GP | M542, M5416 | 03/05/2025 | 03/12/2025 | PAYMENT | ACH *************0235 | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-53.82 | |
| 5506327 | 97112,GP | M542, M5416 | 03/05/2025 | 03/12/2025 | ADJUSTMENT | CONTRACTUAL (18298) | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $-306.18 | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |

**Claim ID 5523306**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 5523306 | MISCNSPT | Z0000 | 03/07/2025 | 03/10/2025 | CHARGE | MISCNSPT | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | GABRIEL CLARK | $25.00 | |
| 5523306 | MISCNSPT | Z0000 | 03/07/2025 | 03/10/2025 | TRANSFERIN | MISCCHARGE | PATIENT | GABRIEL CLARK | $-25.00 | $25.00 |
| 5523306 | MISCNSPT | Z0000 | 03/07/2025 | 12/15/2025 | ADJUSTMENT | COLLECT (PHASE ONE) | PATIENT | GABRIEL CLARK | | $-25.00 |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| | | | | | | | OUTSTANDING COLLECTIONS | | | $25.00 |

Claim ID 6398161

| Claim ID | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ▶ 6398161 | MISCNS | Z000 | 09/11/2025 | 09/11/2025 | CHARGE | MISCNS | AETNA (MEDICARE REPLACEMENT/ADVANTAGE - HMO) | ALFRED HESS | $25.00 | |
| 6398161 | MISCNS | Z000 | 09/11/2025 | 09/11/2025 | TRANSFERIN | MISCCHARGE | PATIENT | ALFRED HESS | $-25.00 | $25.00 |
| 6398161 | MISCNS | Z000 | 09/11/2025 | 01/11/2026 | ADJUSTMENT | COLLECT (IN HOUSE) | PATIENT | ALFRED HESS | | $-25.00 |
| | | | | | | OUTSTANDING COLLECTIONS | | | | $25.00 |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| | | | | | TOTAL CHARGE OUTSTANDING AS OF 01/21/2026 | | | $0.00 | $0.00 | $0.00 |

*******AUTO**MIXED ADC 852
499 7 AMF 3.138

Albury, Stephanie          000499
Stephanie Albury
2005 E 26TH AVE UNIT B

TAMPA, FL  33605-1273



35pgs

# ATTENTION

**The information contained is CONFIDENTIAL and is to be viewed by authorized persons only.  Any disclosure without patient consent or statutory authorization is prohibited by law.  If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.**

To Whom It May Concern:

Datavant has provided to you protected health information that may contain information that falls under the 42 C.F.R. Part 2.  The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publically available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR §2.31).  The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR §§ 2.112(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDs, it has been disclosed to you from records whose confidentiality is protected by federal and perhaps, state law, which prohibits you from making any further disclosure of such information without the specific consent of the person to whom such information pertains or as otherwise permitted by state law.  A general authorization for this release of health or other information is not sufficient for this purpose.

If the information requested is from a facility located within the Washington State area then this information will fall under the RCW 70.02.300 which states that this information has been disclosed to you from records who confidentiality may be protected by state law.  State law prohibits you from making any further disclosure of it without the specific written authorization of the person to whom it pertains, or as otherwise permitted by state law.  A general authorization for the release of this protected information is NOT sufficient for this purpose.

889996

**Datavant-PAYMENTS ONLY**

P.O. Box 409900
Atlanta, GA 30384-9900
Fed Tax ID 58 - 2659941
1-800-367-1500

| Date |
|---|
| **01/19/2026** |
| Request ID # |
| **0540037009** |

Ship To:

Stephanie Albury
Albury, Stephanie
2005 E 26TH AVE
UNIT B
TAMPA,FL 33605-1273

**Requested By:**  ALBURY, STEPHANIE
**Patient Name:**  ALBURY STEPHANIE
**DOB :**          12/01/1973

Records From:

HCA FL S TAMPA HOSP
2901 W SWANN AVE
TAMPA,FL 33609-4056

Mailing Address: PO Box 290789; Nashville, TN 37229-0789 • Phone: 844-481-0278; Fax: 844-481-0298

| Section A: This section must be completed for all Authorizations | |
|---|---|
| **Patient Name:** Albury, Stephanie A | **Recipient's Name:** Stephanie Albury - |
| **Patient's Phone:** (813) 458-7317 | **Recipient Address:** 2005 E 26th Ave Unit B, |
| **Date of Birth:** 12/01/1973 | **City:** Tampa    **State:** FL    **Zip:** 33605 |
| **Last 4 digit SSN (optional)** | **Recipient's Phone:**    **Recipient's Fax Number:** *(FAX only to Physician Office / Medical facility)* |
| **Request Dates of Service:** 02/14/2024 - 01/15/2025 | **Email (for releases to email):** stephinealbury@gmail.com |
| **Facility Name(s) and Addresses:** HCA Florida Memorial Hospital | **Purpose of disclosure:** ☐ At the request of the individual; or ☑ Other 3rd party recipient (please specify purpose): Patient Request |

**Request Delivery (if left blank, a paper copy will be provided):** ☐ Paper Copy ☐ Electronic Media, if available ☐ Encrypted Email ☐ **Unencrypted Email.** There is some level of risk that a third party could see your information without your consent when receiving unencrypted electronic media or email. We are not responsible for unauthorized access to the PHI contained in this format or any risks (e.g., virus) potentially introduced to your computer/device when receiving PHI in electronic format or email. **Note:** In the event the facility is unable to accommodate an electronic delivery as requested, an alternative delivery method will be provided (e.g., paper copy).

This authorization will expire after 180 days or on the following (please choose only one):
**Expiration Date:** 07/15/2026        **Expiration Event:**

Is this request for psychotherapy notes? ☐ No, then you may check as many items below as you need.
☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below.

| Description of information to be used or disclosed | | |
|---|---|---|
| ☐ **All Pertinent Records** includes those listed below | | **Other Records:** |
| ☑ Consultation | ☑ Medication List | ☐ Discharge Instructions |
| ☑ Discharge Summary | ☑ Operative Report | ☑ Labor and Delivery Record |
| ☑ ER Report | ☑ Pathology Report | ☐ Specialty Test / Therapy |
| ☑ EKG Report | ☑ Problem List | ☑ Physician Orders |
| ☑ History and Physical | ☑ Radiology Report | ☑ Progress Notes |
| ☑ Clinical / Laboratory Report | | ☑ Other: Abstract Summary, Admission Sheet, Itemized Billing Statements, Immunization Report, Nurse Notes, Therapy |

**For USCDI Release Requests:** to include all elements as defined in the United States Core Data for Interoperability: Notes, MRIS all records that had to do with injuries from the airline flight frontier from February 14 2024 till present
Requires Direct Address or National Provider Identifier:

All types of information found in the records selected above will be provided (if applicable), including information that may be viewed as sensitive, such as alcohol, drug abuse, genetic information, psychiatric, HIV testing, HIV results or AIDS information. Specify any information you want to exclude:

I understand that:
1.  I may refuse to sign this authorization and that it is strictly voluntary.
2.  My treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.
3.  I may revoke this authorization at any time in writing, but if I do, it will not have any effect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4.  If the recipient is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
5.  I understand that I may see and obtain a copy the information described on this form, for a reasonable copy fee, if I ask for it.
6.  I get a copy of this form after I sign it.

| Section B: Is the request of PHI for the purpose of marketing and/or does it involve the sale of PHI? ☐ Yes ☐ No | | |
|---|---|---|
| If yes, the health plan or health care provider must complete Section B, otherwise skip to Section C. | | |
| Will the Provider receive financial remuneration in exchange for using or disclosing this information? If yes, describe: | | |
| May the recipient of the PHI further exchange the information for financial remuneration? | ☐ Yes | ☐ No |

| Section C: Signatures | |
|---|---|
| I have read the above and authorize the disclosure of the protected health information as stated. | |
| **Signature of Patient/Patient's Representative:** *Stephanie Albury* | **Date:** 01/16/2026 |
| **Print Name of Patient's Representative:** Stephanie Albury | **Relationship to Patient:** Patient |

ID verified by: _____ (Initials)

**AUTHORIZATION FOR RELEASE OF PHI**
**(PROTECTED HEALTH INFORMATION)**

Patient Label



# Stephanie Albury (aka Stephanie Albury) (D.O.B. 12/01/1973)

**Additional Identifiers Requested**

**1. Driver's License**



**2. Mailing Address**

2005 E 26th Ave Unit B,
Tampa, FL 33605

**3. Email Address (user confirmed)**

stephinealbury@gmail.com (consented to an emailed copy of their request)

**4. Phone Number (verified)**

(813) 458-7317 ✓

**5. Requestor Signature**

**REASON FOR REQUEST**
Patient Request

**REQUEST SPECIFIC COMMENTS**
I seen Dr Mark Sutherland for my injuries and x-rays

## datavant

Audit Trail

SENT

01/16/2026
10:08:01 GMT-05:00

Sent for signature to Stephanie Albury
(stephinealbury@gmail.com)

VIEWED

01/16/2026
10:08:03 GMT-05:00

Viewed by Stephanie Albury
(stephinealbury@gmail.com)
IP: 35.145.213.13

SIGNED

01/16/2026
10:08:24 GMT-05:00

Signed by Stephanie Albury
(stephinealbury@gmail.com)
IP: 35.145.213.13

COMPLETED

01/16/2026
10:08:26 GMT-05:00

The document has been completed. (Request ID:
TUNXRHSE)

Email: STEPHINEALBURY@GMAIL.COM

| Patient | Unit# | Service/Location | Status Date | Account # |
|---|---|---|---|---|
| ALBURY,STEPHANIE | E000342375 | CENTRAL TAMPA EMERGE DEP ER | 11/18/25 | E72004594886 |

**PATIENT**
| | | | | **PATIENT EMPLOYER** |
|---|---|---|---|---|
Soc Sec No  DOB     Age    Sex MS  Race Ethnicity Religion          DISABLED
XXX-XX-2369 12/01/73 51    F  S   B   Not Hispan NONE                . .
Address: 2005 E 26TH AVE UNIT B                                      .. ,.
         TAMPA,FL 33605                                     Work Phone: (999)999-9999
County: HILLSBOROUGH       Home Ph: (813)330-4377           Occupation: DISABLED
Language: ENGLISH          Cell Ph: (813)330-4377

**GUARANTOR**
| | | | | **GUARANTOR EMPLOYER** |
|---|---|---|---|---|
ALBURY,STEPHANIE           SS#: XXX-XX-2369                 DISABLED
Address:                                                   . .
2005 E 26TH AVE UNIT B     TAMPA,FL 33605                  .. ,.
County: HILLSBOROUGH       Home Ph: (813)330-4377          Work Phone: (999)999-9999
Relationship to Patient: SELF  Cell Ph: (813)330-4377      Occupation: DISABLED

**PERSON TO NOTIFY**
| | | **TEMPORARY ADDRESS** |
|---|---|---|
ALBURY,WILANEISHA          ALBURY,WILANEISHA
2005 E 26TH AVE UNIT B     2005 E 26TH AVE UNIT B
TAMPA,FL 33605             TAMPA,FL 33605
Hm: (813)458-7317  Wk: (813)458-7317   Hm: (813)458-7317  Wk: (813)458-7317   Ph:            Thru:
Rel to Patient: OTHER RELATIONSHIP     Rel to Patient: OTHER RELATIONSHIP     Note:

**INSURANCE 1** 101779481900
| | **AUTHORIZATION** |
|---|---|
AETNA MEDICARE             Patient ID 5Q94H14UX96          Treat/Precert
PO BOX 981106              Coverage #                      Ins Verif    20251118
EL PASO, TX 79998-1106     Subscriber ALBURY,STEPHANIE A   Pro Review   Not Required
Phone (800)624-0756        Rel to PT  SELF                 Ins. Name -  AETNA MEDICARE
Contact                    Eff. 01/01/24 to    Rel Y Assign Y   Ins. Mnemonic AETMCR
                           Group 000003-FL - MA Individual - Florida   Insured DOB  12/01/73

**INSURANCE 2** 3731776022
| | **AUTHORIZATION** |
|---|---|
MEDICAID FLORIDA           Patient ID 5Q94H14UX96          Treat/Precert
PO BOX 7062                Coverage #                      Ins Verif    20251118
TALLAHASSEE, FL 32314      Subscriber ALBURY,STEPHANIE A   Pro Review   Not Required
Phone (800)289-7799        Rel to PT  SELF                 Ins. Name -  MEDICAID FLORIDA
Contact                    Eff. 11/18/25 to    Rel Y Assign Y   Ins. Mnemonic MCDFL
                           Group  -                        Insured DOB  12/01/73

**INSURANCE 3**
| | **AUTHORIZATION** |
|---|---|
                           Patient ID 5Q94H14UX96          Treat/Precert
                           Coverage #                      Ins Verif
                           Subscriber                      Pro review
Phone                      Rel to Pt                       Ins. Name -
Contact                    Eff.        to    Rel  Assign   Ins. Mnemonic
                           Group                           Insured DOB

**OCCURRENCES**  | | | | **CONDITIONS**
Code Type                  Date      Time  Code Type                    Special Program
11   ONSET OF SYMPTOMS/ILLNESS   11/18/25

Last Hospitalization                    Admission Comment                      Financial Class
                                                                               12

**PHYSICIANS**
| | | |
|---|---|---|
Attending Physician        Admitting Physician            Emergency Room Physician
                                                           Gaines,Christopher  MD
Prim Care Physician        Family Physician               Other Physician
ALEMAN,BELKIS                                             Self Referred

**ADMISSION/REGISTRATION**
Date   Time Source/Priority      Rm/Bed Arrival  Principal Admitting Diagnosis/Reason for Visit   Admitted By
11/18/25 1812 NON HEALTHCARE FAC R /   W1     R EYE PAIN                                 PEHT2728
         EMERGENCY

HCA Florida South Tampa Hospital
2901 West Swann Avenue, Tampa FL  (813) 873-6400

EDF                                                                      11/29/25 0425 By HPF.FEED

   Acct#  

```
HCA FL South Tampa Hosp (COCMMC)
EMERGENCY PROVIDER REPORT
REPORT#:1118-0252        REPORT STATUS: Signed
DATE:11/18/25   TIME: 1818

PATIENT: ALBURY,STEPHANIE           UNIT #: E000342375
ACCOUNT#: E72004594886              ROOM/BED:
DOB: 12/01/73     AGE: 51    SEX: F   PCP PHYS: Undefined
Provider
SERVICE DT: 11/18/25                AUTHOR: Davison,William J
PA-C
REP SRV DT: 11/18/25                REP SRV TM: 1818
**ALL  edits or amendments must be made on the electronic/computer
chart**
```

## DAVISON, WILLIAM J. P 11/18/25 1818:
## HPI-Eye Problem

### General
**Confirmed Patient** Yes
**Initial Greet Date/Time** 11/18/25 1814
**PCP**
Belkys Aleman of Conviva

### Presentation
**Chief Complaint** Wonders if she got her right eye contact stuck in her eye
**Hx Obtained From** Patient
**Sudden in Onset?** No
**Onset Occurred** Today

### Free Text HPI Notes
**Free Text HPI Notes**
Patient comes to ER stating she can not find her right eye contact. She states she does not
feel any foreign body sensation. She wonders if she scratched her eye but she does not
recall doing so. I let her know I will check for a scratch on her eyeball. No cough or coryza
like illness. No fevers. No meds on board for same.

### Risk-Eye Problem

### Risk Stratification
)( **Eye Injury - Adult** Risk factors reviewed

### Review of Systems

### ROS Statements
**All systems rev & neg** except as marked.

### Focused Review of Systems
**Constitutional**

Page 1 of 6

```
Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:11/18/25                              Acct#:
E72004594886
```

Denies: Chills, Fever.
**Eyes**
Denies: Blurred R, Diplopia, Discharge R, Eye pain R, Photophobia, Redness R.

## Past Medical History - Adult
**Stated Complaint** R EYE PAIN
**Home Medications**
**Active Scripts**
Amoxicillin/K Clav (Augmentin) 875 MG PO BID
    Amoxicillin/K Clav (Augmentin) 875 MG PO BID  #14 TAB
    Prov:      01/23/25
Ketorolac (ToradoL) 10 MG PO Q6H PRN PRN ACUTE PAIN
    Ketorolac (ToradoL) 10 MG PO Q6H PRN PRN ACUTE PAIN #20 TAB
    Prov:      01/23/25
Lidocaine 2% (Xylocaine Viscous 2%) 15 ML MM Q3H PRN PRN Dental Pain
    Lidocaine 2% (Xylocaine Viscous 2%) 15 ML MM Q3H PRN PRN Dental Pain #100 ML
    Prov:      01/23/25
Acetaminophen/Codeine (Tylenol w/Codeine #3) 1 TAB PO Q6H PRN PRN ACUTE PAIN (3-day)
    Acetaminophen/Codeine (Tylenol w/Codeine #3) 1 TAB PO Q6H PRN PRN ACUTE PAIN (3-day) #12 TAB
    Prov:      01/23/25

**Reported Medications**
Semaglutide (Ozempic) 2 MG SUBQ Q7D
AlbuteroL HFA (Proair HFA) 1 PUFF INH Q4H PRN PRN Wheezing/SOB/Cough
Gabapentin (Neurontin) 600 MG PO TID
Aspirin Chewable (Baby Aspirin) 81 MG CHEW DAILY
rOPINIRole (Requip) 0.5 MG PO BEDTIME
Ipratropium/AlbuteroL (Duoneb) 3 ML INH QID
Ergocalciferol (Vitamin D2) (Vitamin D2) 1,250 MCG PO Q7D
Celecoxib (CeleBREX) 200 MG PO DAILY
Divalproex ER (Depakote ER) 500 MG PO TID
Haloperidol (Haldol) 2 MG PO TID
FLUoxetine (PROzac) 40 MG PO DAILY
QUEtiapine (SeroqueL) 800 MG PO BEDTIME
Meloxicam (Mobic) 7.5 MG PO DAILY


**Past Medical History:**
Reports: Diabetes mellitus, Schizophrenia.  Denies: Hypertension.
**Additional Medical History**

```
Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:11/18/25                                          Acct#:
E72004594886
```

Bipolar
**Past Surgical History:**
Reports: C-Section, Breast biopsy/procedure.
**Alcohol Use** Alcohol use
**Smoking status for patients 13 years old or older:** Current every day smoker
**Packs per day:** 0.5
**Additional Social History**
Lives with boyfriend
**Occupation**
On disability from schizophrenia
**Ambulatory Status** Independent

## Physical Exam

### Vital Signs
**Review of Vital Signs** Reviewed, Vital signs normal

### Basic Physical Exam
**Basic PE** GEN: Well appearing/NAD, HEAD: Atraumatic/NC, NECK: Supple, RESP: No resp distress, EXT: No gross abnormality, SKIN: No rashes, warm/dry, NEURO: alert & oriented, NEURO: gross movement NL

### Focused PE
**Eyes**          **
**Text/Dict Notes**
There is no chemosis.  No right eye scleral injection.  With eversion of eyelids no retained contact lens is appreciated.  There is no chemosis.  EOMs are full without nystagmus. Wood's lamp examination is negative for corneal abrasion.

## Re-Evaluation & MDM

### Free Text MDM Notes
**Free Text MDM Notes**
Acular and Pataday are prescriptions for home.  Primary follow-up.

### ED Course
**Medication(s) Ordered**
Medication(s) Ordered:
**Diagnostic Agents**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|

```
Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:11/18/25                                        Acct#:
E72004594886
```

| Fluorescein Sodium | 1 STRIP | X1ED STA RIGHT EYE | 11/18 1817 11/18 1818 | DC | 11/18 1825 |
|---|---|---|---|---|---|

## Differential Diagnosis
)( **Differential Diagnosis** Corneal abrasion, Foreign body, conjunctiva, Foreign body, lid

## Patient Discharge & Departure

### Vital Signs/Condition
**Vital Signs**
First Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 11/18 1812 |
| B/P | 122/75 | 11/18 1812 |
| O2 Delivery | Room air | 11/18 1812 |
| Temp | 36.6 | 11/18 1812 |
| Pulse | 72 | 11/18 1812 |
| Resp | 18 | 11/18 1812 |

Last Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 11/18 1812 |
| B/P | 122/75 | 11/18 1812 |
| O2 Delivery | Room air | 11/18 1812 |
| Temp | 36.6 | 11/18 1812 |
| Pulse | 72 | 11/18 1812 |
| Resp | 18 | 11/18 1812 |

All vital signs available at the time of this entry have been reviewed.

**Condition** Stable, Improved

### Clinical Impression
**Clinical Impression**
**Primary Impression:** Irritation of right eye

### Disposition Decision
**Discharge**
)( **Discharged to Home** Yes

```
Page 4 of 6
```

Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:11/18/25                                    Acct#:
E72004594886

)( **Time** 1829
)( **Date** 11/18/25

## Discharge/Care Plan
**(Auto) Prescriptions**
**Current Visit Scripts**
Ketorolac (Acular 0.5%) 1 DROP RIGHT EYE QID
    Ketorolac (Acular 0.5%) 1 DROP RIGHT EYE QID  #5 ML

Olopatadine (Pataday Once Daily Relief) 1 DROP RIGHT EYE DAILY
    Olopatadine (Pataday Once Daily Relief) 1 DROP RIGHT EYE DAILY  #2.5 ML

**Patient Instructions** Ketorolac Ophthalmic Solution, Olopatadine Ophthalmic Solution
**Additional Instructions**
There was no foreign body contact lens in your eye nor do you have a scratch over your
right eye.  I have provided 2 different medicines to help with irritation and redness.

## GAINES,CHRISTOPHER M 11/18/25 1856:
**Past Medical History - Adult**
**Allergies**
**Coded Allergies:**
Penicillins (11/18/25)
clindamycin (03/23/21)
tramadol (03/23/21)
**Uncoded Allergies:**
DIAL SOAP (10/01/23)

## Physical Exam

**Vital Signs**
**Vital Signs**
First Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 11/18 1812 |
| B/P | 122/75 | 11/18 1812 |
| O2 Delivery | Room air | 11/18 1812 |
| Temp | 36.6 | 11/18 1812 |
| Pulse | 72 | 11/18 1812 |
| Resp | 18 | 11/18 1812 |

Page 5 of 6

```
Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:11/18/25                                    Acct#:
E72004594886
```

Last Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 11/18 1812 |
| B/P | 122/75 | 11/18 1812 |
| O2 Delivery | Room air | 11/18 1812 |
| Temp | 36.6 | 11/18 1812 |
| Pulse | 72 | 11/18 1812 |
| Resp | 18 | 11/18 1812 |

## Patient Discharge & Departure

### Discharge/Care Plan
**Referrals**
**Provider Referral:** Aleman-Gomez,Jose A  MD
  **Address:**
  205 West Busch Blvd
  Tampa, FL 33612

### Supervising Physician Note
 **MidLv Saw Pt Alone**
I have reviewed the PA/NP's note and plan of care. I was available for consultation as needed at all times during the patient's visit in the emergency department. I agree with the clinical impression, plan and disposition.

Electronically Signed by Davison,William J  PA-C on 11/18/25 at 1832
Electronically Signed by Gaines,Christopher  MD on 11/18/25 at 1856

```
RPT#:1118-0252
***END OF REPORT***
```

Page 6 of 6

```
RUN DATE: 11/20/25                    MEDITECH FACILITY: COCMMC                         PAGE 1
RUN TIME: 0100                         IDEV - Discharge Report
RUN USER: HPF.FEED
─────────────────────────────────────────────────────────────────────────────────────────
PATIENT:    ALBURY,STEPHANIE           A/S: 51 F          ADMIT:    11/18/25
ACCOUNT NO: E72004594886               LOC: E.EDCT        DISCH/DEP: 11/18/25
                                       RM:                STATUS:   ER
ATTEND DR: Gaines,Christopher  MD      BD:                UNIT NO:  E000342375
REPORT STATUS: FINAL
```

```
Order Date: 11/18/25                          ──Service──
 Category   Procedure Name              Order Number  Date    Time Pri Qty Ord Source Status  Ordered By
 MED.COCMMC MEDICATIONS                 20251118-1318 11/18/25 1817 S      E       CMP  GAICH
 Other Provider : DAVWI       Sig Lvl Provider :
 RX: 03761414                          Start: 11/18/25 1817       STA CMP
                                       Stop:  11/18/25 1818
     Fluorescein Ophth Strip (Fluor-I-Strip Ophth)
     Dose: 1 STRIP
     Route: RIGHT EYE              Direction: X1ED

  Order's Audit Trail of Events

 1   11/18/25 1818 APDAVWI    Order ENTER in EDM/POM
 2   11/18/25 1818 APDAVWI    Ordering Doctor: Gaines,Christopher  MD
 3   11/18/25 1818 APDAVWI    Order Source: EPOM
 4   11/18/25 1818 APDAVWI    Other Doctor: Davison,William J  PA-C
 5   11/18/25 1818 APDAVWI    Signed by Davison William J  PA-C
 6   11/18/25 1818 SCHEDULER  DISCONTINUE in PHA
 7   11/18/25 1825 3RHI47632  order acknowledged
 8   11/18/25 1844 LIP.CCI    Signed by Gaines Christopher  MD


             Electronically signed by Davison William J  PA-C on 11/18/25 at 1818

             Electronically signed by Gaines Christopher  MD on 11/18/25 at 1844


 ** IDEV END OF REPORT **
```

PERMANENT MEDICAL RECORD COPY

```
11/19/25 0221                                        MEDICATION DISCHARGE SUMMARY                                    PAGE: 1

NAME: ALBURY,STEPHANIE                ADMIT DATE:                              AGE: 51
UNIT #: E000342376                    DISCHARGE DATE:                          SEX: F
ACCT #: E7200454886                   STATUS: DEP ER
CODED ALLERGIES    Penicillins, clindamycin, tramadol
CODED ADRs
UNCODED ALLERGIES  DIAL SOAP
UNCODED ADRs
```

| ADMINISTRATION PERIOD: 0700 11/18/25 to 0659 11/19/25 | START/ STOP | |
|---|---|---|

```
FLUOR-I-STRIP  (FLUORESCEIN SODIUM 1 STRIP)         |11/18/25| 1817 3RH147632 at 1825 GAVE: 1 STRIP
1 STRIP RIGHT EYE ONCE IN ED/STA                    |11/18/25|   Barcode Medication: FLUORESCEIN SODIUM 1 STRIP
RX #: 03761414                                      |        |   NDC/DIN: 1723890099 (SOURCE: eMAR)
                                                    |        | Most common side effects reviewed with patient?: Yes
                                                    |        | :: FLUOEST9:headache, decreased BP, nausea
                                                    |        |   11/18/25-1825 File Document by 3RH147632
                                                    |        | 1818 Order Entry APDAWWI
                                                    |        | 1818 Pharmacy Discontinue SCHEDULER
                                                    |        | 1825 Nursing Acknowledged Order  3RH147632
```

*** CONTINUED ON PAGE 2 ***
This document is part of the legal medical record.

Patient:ALBURY, STEPHANIE    MRN:E000342376    Encounter:E72004594886    Page 2 of 3

| 11/19/25 0221 | MEDICATION DISCHARGE SUMMARY | PAGE: 2 |
|---|---|---|
| NAME: ALBURY,STEPHANIE | UNIT #: E000342376 | ACCT #: E72004594886 |

## LEGENDS

REASON CODES                                    SITE CODES

### ELECTRONICALLY SIGNED BY

| USER | USER NAME/TYPE | USER | USER NAME/TYPE | USER | USER NAME/TYPE | USER | USER NAME/TYPE |
|---|---|---|---|---|---|---|---|
| 3RHI47632 | NASSER,ZEINA K RN | | | | | | |

### OTHER USERS

| USER | USER NAME | USER | USER NAME | USER | USER NAME | USER | USER NAME |
|---|---|---|---|---|---|---|---|
| APOAVWI | DAVISON,WILLIAM J. P | | | | | | |

### P4A ALLERGY HISTORY

| DATE | PHA | USER | ALLERGY DETAILS | |
|---|---|---|---|---|
| 03/23/21 1554 | N | 3CYO7524 - Souslin,April* | ADDED<br>clindamycin<br>OLD:<br>NEW: clindamycin added. CLINDAMYCIN | by 3CYO7524 |
| | | | ADDED<br>tramadol<br>OLD:<br>NEW: tramadol added. TRAMADOL | by 3CYO7524 |
| 10/01/23 1304 | N | 3IPB4848 - JANS,GRACE | ADDED<br>DIAL SOAP<br>OLD:<br>NEW: DIAL SOAP added. | by 3IPB4848 |
| 02/21/24 1451 | N | 3KDU4044 - BARCZAK,DRAKE* | FILED<br><br>TEXT:<br>User filed without changing allergy record. | by 3KDU4044 |
| 11/13/24 0529 | N | 3GEV4656 - FOOTE,SANDRA | FILED<br><br>TEXT:<br>User filed without changing allergy record. | by 3GEV4656 |
| 01/23/25 0735 | N | 3NNA8762L - GERALD,CHRISTINA D | FILED<br><br>TEXT:<br>User filed without changing allergy record. | by 3NNA87621 |
| 01/23/25 1116 | N | 3NNA8762L - GERALD,CHRISTINA D | FILED<br><br>TEXT:<br>User filed without changing allergy record. | by 3NNA87621 |
| 11/18/25 1833 | N | 3RHI47632 - NASSER,ZEINA K | ADDED<br>Penicillins<br>OLD:<br>NEW: Penicillins added. PENICILLINS | by 3RHI47632 |

PRINTED BY HPF.FEED 11/19/25 0221
This document is part of the legal medical record.

Patient:ALBURY, STEPHANIE

MRN:E000342376   Encounter:E72004594886   Page 3 of 3

| 11/19/25 0221 | MEDICATION DISCHARGE SUMMARY | PAGE: 3 |
|---|---|---|
| NAME: ALBURY,STEPHANIE | UNIT #: E000342376 | ACCT #: E72004594886 |

Email: STEPHINEALBURY@GMAIL.COM

| Patient | Unit# | Service/Location | Status | Date | Account # |
|---|---|---|---|---|---|
| ALBURY,STEPHANIE | E000342375 | CENTRAL TAMPA EMERGE DEP ER | 01/23/25 | E72004189609 |

**PATIENT INFORMATION**                          **EMPLOYER**
Soc Sec No  DOB       Age   Sex MS  Race Ethnicity  Religion         DISABLED
XXX-XX-2369 12/01/73 51    F  S   B   Not Hispan NONE                 . .
Address: 2005 E 26TH AVE UNIT B                                        . . .
        TAMPA,FL 33605                                  Work Phone: (999)999-9999
County: HILLSBOROUGH         Home Ph: (813)330-4377     Occupation: DISABLED
Language: ENGLISH            Cell Ph: (813)330-4377

**GUARANTOR INFORMATION**                        **GUARANTOR EMPLOYER**
ALBURY,STEPHANIE             SS# XXX-XX-2369             DISABLED
Address:                                                 . .
2005 E 26TH AVE UNIT B       TAMPA,FL 33605              . . .
County: HILLSBOROUGH         Home Ph: (813)330-4377     Work Phone: (999)999-9999
Relationship to Patient: SELF Cell Ph: (813)330-4377   Occupation: DISABLED

**NEXT OF KIN / CONTACT**                        **TEMPORARY ADDRESS**
ALBURY,WILANEISHA            ALBURY,WILANEISHA
2005 E 26TH AVE UNIT B       2005 E 26TH AVE UNIT B
TAMPA,FL 33605               TAMPA,FL 33605
Hm: (813)458-7317  Wk: (813)458-7317   Hm: (813)458-7317  Wk: (813)458-7317   Ph:                Thru:
Rel to Patient: OTHER RELATONSHIP      Rel to Patient: OTHER RELATONSHIP      Note:

**INSURANCE**                    Policy# 101779481900              **INSURANCE**
AETNA MEDICARE               Patient ID 5Q94H14UX96         Treat/Precert
PO BOX 981106                Coverage #                     Ins Verif    20250123
EL PASO, TX 79998-1106       Subscriber ALBURY,STEPHANIE A   Pro Review   Not Required
Phone (800)624-0756          Rel to PT SELF                 Ins. Name -  AETNA MEDICARE
Contact                      Eff. 01/01/24 to    Rel Y Assign Y  Ins. Mnemonic AETMCR
                             Group O00003-FL - MA Individual - Florida  Insured DOB  12/01/73

**INSURANCE**                    Policy# 3731776022               **INSURANCE**
MEDICAID FLORIDA             Patient ID 5Q94H14UX96         Treat/Precert
PO BOX 7062                  Coverage #                     Ins Verif    20250123
TALLAHASSEE, FL 32314        Subscriber ALBURY,STEPHANIE A   Pro Review   Not Required
Phone (800)289-7799          Rel to Pt SELF                 Ins. Name -  MEDICAID FLORIDA
Contact                      Eff. 01/23/25 to    Rel Y Assign Y  Ins. Mnemonic MCDFL
                             Group -                         Insured DOB  12/01/73

**INSURANCE**                                                     **INSURANCE**
                             Patient ID 5Q94H14UX96         Treat/Precert
                             Coverage #                     Ins Verif
Phone                        Subscriber                     Pro review
Contact                      Rel to Pt           Rel  Assign  Ins. Name -
                             Eff.     to                     Ins. Mnemonic
                             Group                           Insured DOB

**ALLERGIES**                                                **CONDITIONS**
Code Type                    Date     Time  Code Type                Special Program
11   ONSET OF SYMPTOMS/ILLNESS  01/23/25

Last Hospitalization                 Admission Comment                    Financial Class
                                                                          12

**PHYSICIANS**
Attending Physician          Admitting Physician            Emergency Room Physician
                                                            Gaines,Christopher MD
Prim Care Physician          Family Physician               Other Physician
Aleman-Gomez,Jose A  MD                                     Self Referred

**ADMINISTRATION**
Date    Time Source/Priority Rm/Bed Arrival  Principal Admitting Diagnosis/Reason for Visit   Admitted By
01/23/25 1113 NON HEALTHCARE FAC R /  WI     DENTAL PAIN                                       PKPI5250
             EMERGENCY

HCA Florida South Tampa Hospital
2901 West Swann Avenue, Tampa FL  (813) 873-6400

EDF                                                          02/03/25 0426 By HPF.FEED

  Acct#  

**Patient:ALBURY, STEPHANIE     MRN:E000342375  Encounter:E72004189609     Page 1 of 1**

```
01/24/25 0217                              MEDICATION DISCHARGE SUMMARY                              PAGE: 1

NAME: ALBURY,STEPHANIE          ADMIT DATE:                      AGE: 51
UNIT #: E000342376              DISCHARGE DATE:                  SEX: F
ACCT #: E72004189609            STATUS: DEP ER
CODED ALLERGIES    clindamycin, tramadol
CODED ADRs
UNCODED ALLERGIES  DIAL SOAP
UNCODED ADRs
```

| ADMINISTRATION PERIOD: 0700 01/23/25 to 0659 01/24/25 | START/ STOP | |
|---|---|---|

```
TORADOL 30 MG/ML VIAL (KETOROLAC TROMETHAMINE 30 MG/ML VIAL)    |01/23/25| 1116 3MWI4986 at 1125  SITE: RUA - Right Upper Arm GAVE: 30 MG
30 MG IM ONCE IN ED/STA                                          |01/23/25|      Barcode Medication: KETOROLAC TROMETHAMINE 30 MG/ML VIAL
Comments: IF AN IV AND PO PAIN MEDICATION ARE ORDERED FOR THE SAME        |           NDC/DIN: 7257235501 (SOURCE: eMAR)
         PAIN LEVEL. THE PO MEDICATION WILL BE ADMINISTERED                |           Administering for pain management: No                (End)
         PREFERENTIALLY WHEN THE PATIENT IS ABLE TO TAKE PO.               |
         (May administer less potent prescribed medication based          | Pain details:
         on patient request per the organization's medication             |
         management policy.)                                              | Most common side effects reviewed with patient?: Yes
RX #: 03478098                                                            | :: KET030VI:nausea/diarrhea, headache, increased BP
                                                                          |    Difference between amount dispensed
                                                                          |    and amount administered was discarded.
                                                                          |    01/23/25-1125 File Document: by 3MWI4986
                                                                          | 1117 Order Entry LIP.CG1
                                                                          | 1117 Pharmacy Discontinue SCHEDULER
                                                                          | 1124 Nursing Acknowledged Order  3MWI4986
```

*** CONTINUED ON PAGE 2 ***
This document is part of the legal medical record.

Patient:ALBURY, STEPHANIE

MRN:E000342376    Encounter:E72004189609    Page 2 of 2

| 01/24/25 0217 | | MEDICATION DISCHARGE SUMMARY | | PAGE: 2 |
|---|---|---|---|---|
| NAME: ALBURY,STEPHANIE | | UNIT #: E000342375 | ACCT #: E72004189609 | |

### LEGENDS

REASON CODES

SITE CODES
RUA - Right Upper Arm

#### ELECTRONICALLY SIGNED BY

| USER | USER NAME/TYPE | USER | USER NAME/TYPE | USER | USER NAME/TYPE | USER | USER NAME/TYPE |
|---|---|---|---|---|---|---|---|
| 3MWI4986 | Mccormack,Nicole RN | | | | | | |

#### OTHER USERS

| USER | USER NAME | USER | USER NAME | USER | USER NAME | USER | USER NAME |
|---|---|---|---|---|---|---|---|
| LIP.CG1 | GAINES,CHRISTOPHER M | | | | | | |

#### PHA ALLERGY HISTORY

| DATE | PHA | USER | ALLERGY DETAILS | |
|---|---|---|---|---|
| 03/23/21 1554 | N | 3CYO7524 - Souslin,April* | ADDED<br>clindamycin<br>OLD:<br>NEW: clindamycin added. CLINDAMYCIN | by 3CYO7524 |
| | | | ADDED<br>tramadol<br>OLD:<br>NEW: tramadol added. TRAMADOL | by 3CYO7524 |
| 10/01/23 1304 | N | 3IPB4848 - JANS,GRACE | ADDED<br>DIAL SOAP<br>OLD:<br>NEW: DIAL SOAP added. | by 3IPB4848 |
| 02/21/24 1451 | N | 3KDU4044 - BARCZAK,DRAKE* | FILED<br><br>TEXT:<br>User filed without changing allergy record. | by 3KDU4044 |
| 11/13/24 0529 | N | 3GEY4656 - FOOTE,SANDRA | FILED<br><br>TEXT:<br>User filed without changing allergy record. | by 3GEY4656 |
| 01/23/25 0735 | N | 3MNA8762_ - GERALD,CHRISTINA D | FILED<br><br>TEXT:<br>User filed without changing allergy record. | by 3MNA87621 |
| 01/23/25 1116 | N | 3MNA8762_ - GERALD,CHRISTINA D | FILED<br><br>TEXT:<br>User filed without changing allergy record. | by 3MNA87621 |

PRINTED BY HPF.FEED 01/24/25 0217
This document is part of the legal medical record.

```
RUN DATE: 01/25/25                    MEDITECH FACILITY: COCMMC                              PAGE 1
RUN TIME: 0100                         IDEV - Discharge Report
RUN USER: HPF.FEED
─────────────────────────────────────────────────────────────────────────────────────────────────
PATIENT:   ALBURY,STEPHANIE             A/S: 51 F        ADMIT:     01/23/25
ACCOUNT NO: E72004189609                LOC: E.EDCT      DISCH/DEP: 01/23/25
                                        RM:              STATUS:    ER
ATTEND DR: Gaines,Christopher  MD       BD:              UNIT NO:   E000342375
REPORT STATUS: FINAL
```

```
Order Date: 01/23/25                           ─Service─
Category   Procedure Name              Order Number  Date    Time Pri Qty Ord Source Status  Ordered By
MED.COCMMC MEDICATIONS                 20250123-0589 01/23/25 1116 S       E          CMP    GAICH
Other Provider :               Sig Lvl Provider :
RX: 0347809B                             Start: 01/23/25  1116     STA CMP
                                         Stop: 01/23/25  1117

       Ketorolac Inj (Toradol Inj)
       Dose: 30 MG
       Route: IM            Direction: X1ED

  Order's Audit Trail of Events

1   01/23/25 1117 LIP.CG1    Order ENTER in EDM/POM
2   01/23/25 1117 LIP.CG1    Ordering Doctor: Gaines,Christopher  MD
3   01/23/25 1117 LIP.CG1    Order Source: EPOM
4   01/23/25 1117 LIP.CG1    Signed by Gaines,Christopher  MD
5   01/23/25 1117 SCHEDULER  DISCONTINUE in PHA
6   01/23/25 1124 3MWI4986   order acknowledged

                             Electronically signed by Gaines,Christopher  MD on 01/23/25 at 1117


** IDEV END OF REPORT **
```

PERMANENT MEDICAL RECORD COPY

```
HCA FL South Tampa Hosp (COCMMC)
EMERGENCY PROVIDER REPORT
REPORT#:0123-0107     REPORT STATUS: Signed
DATE:01/23/25   TIME: 1127

PATIENT: ALBURY,STEPHANIE          UNIT #: E000342375
ACCOUNT#: E72004189609             ROOM/BED:
DOB: 12/01/73     AGE: 51     SEX: F     PCP PHYS:
Aleman-Gomez,Jose A  MD
                                   AUTHOR: Gaines,Christopher
SERVICE DT: 01/23/25                MD
 MD
REP SRV DT: 01/23/25               REP SRV TM: 1127
**ALL  edits or amendments must be made on the electronic/computer
chart**
```

## HPI-Dental/Mouth Prob

**General**
**Initial Greet Date/Time** 01/23/25 1116

**Presentation**
**Chief Complaint** Tooth pain

**Free Text HPI Notes**
**Free Text HPI Notes**
51-year-old female who was seen here a few hours ago by me for dental pain presents after
her rx for toradol was rejected by her pharmacy. She arrives with a note from the pharmacist
stating that outpatient treatment with toradol only indicated after receiving IV or IM toradol.
Requesting a shot of toradol here so she can fill her rx.

## Review of Systems

**ROS Statements**
**Complete sys rev & neg** except as marked.

## Past Medical History - Adult
**Stated Complaint** DENTAL PAIN
**Allergies**
**Coded Allergies:**
clindamycin (03/23/21)
tramadol (03/23/21)
**Uncoded Allergies:**
DIAL SOAP (10/01/23)

**Home Medications**
**Active Scripts**
Amoxicillin/K Clav (Augmentin) 875 MG PO BID
    Amoxicillin/K Clav (Augmentin) 875 MG PO BID  #14 TAB
    Prov:    01/23/25
KETOROLAC (TORADOL) 10 MG PO Q6H PRN PRN ACUTE PAIN

Page 1 of 6

```
Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:01/23/25                              Acct#:
E72004189609
```

KETOROLAC (TORADOL) 10 MG PO Q6H PRN PRN ACUTE PAIN #20 TAB
    Prov:    01/23/25
Lidocaine 2% (Xylocaine Viscous 2%) 15 ML MM Q3H PRN PRN Dental Pain
    Lidocaine 2% (Xylocaine Viscous 2%) 15 ML MM Q3H PRN PRN Dental Pain #100 ML
    Prov:    01/23/25
Acetaminophen/Codeine (Tylenol w/Codeine #3) 1 TAB PO Q6H PRN PRN ACUTE PAIN
(3-day)
    Acetaminophen/Codeine (Tylenol w/Codeine #3) 1 TAB PO Q6H PRN PRN ACUTE
PAIN (3-day) #12 TAB
    Prov:    01/23/25

**Discontinued Scripts**
Bacitracin/Polymycin B (AK-POLY BAC) 1 APPLIC RIGHT EYE Q12HR
    5 Days #3.5 GM
    Prov:    11/13/24
    DC: 01/23/25 0738 Changed/DC prior to admit
KETOROLAC (TORADOL) 10 MG PO Q6H PRN PRN ACUTE PAIN
    KETOROLAC (TORADOL) 10 MG PO Q6H PRN PRN ACUTE PAIN #20 TAB
    Prov:    01/23/25
    DC: 01/23/25 0759
Lidocaine 2% (Xylocaine Viscous 2%) 15 ML MM Q3H PRN PRN Dental Pain
    Lidocaine 2% (Xylocaine Viscous 2%) 15 ML MM Q3H PRN PRN Dental Pain #100 ML
    Prov:    01/23/25
    DC: 01/23/25 0759
Amoxicillin/K Clav (Augmentin) 875 MG PO BID
    Amoxicillin/K Clav (Augmentin) 875 MG PO BID  #14 TAB
    Prov:    01/23/25
    DC: 01/23/25 0759
Amoxicillin (AmoxiL) 500 MG PO Q8HR
    Amoxicillin (AmoxiL) 500 MG PO Q8HR  #30 CAP
    Prov:    03/23/21
    DC: 01/23/25 0738 Changed/DC prior to admit
Naproxen (Naprosyn) 500 MG PO Q12HR
    Naproxen (Naprosyn) 500 MG PO Q12HR #15 TAB
    Prov:    03/23/21
    DC: 01/23/25 0738 Changed/DC prior to admit
Hydrocortisone (Hytone 2.5% Lotion) 1 APPLIC TOPICAL TID
    5 Days #59 ML
    Prov:    10/01/23
    DC: 01/23/25 0738 Changed/DC prior to admit
Hydrocortisone (Hytone 2.5% Cream) 1 APPLIC TOPICAL TID
    Hydrocortisone (Hytone 2.5% Cream) 1 APPLIC TOPICAL TID  #30 GRAM
    Prov:    10/01/23

Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:01/23/25                                              Acct#:
E72004189609

DC: 01/23/25 0738 Changed/DC prior to admit

**Reported Medications**
Semaglutide (Ozempic) 2 MG SUBQ Q7D
AlbuteroL HFA (Proair HFA) 1 PUFF INH Q4H PRN PRN Wheezing/SOB/Cough
Gabapentin (Neurontin) 600 MG PO TID
Aspirin Chewable (Baby Aspirin) 81 MG CHEW DAILY
rOPINIRole (Requip) 0.5 MG PO BEDTIME
Ipratropium/AlbuteroL (Duoneb) 3 ML INH QID
Ergocalciferol (Vitamin D2) (Vitamin D2) 1,250 MCG PO Q7D
Celecoxib (CeleBREX) 200 MG PO DAILY
Divalproex ER (Depakote ER) 500 MG PO TID
Haloperidol (Haldol) 2 MG PO TID
FLUoxetine (PROzac) 40 MG PO DAILY
QUEtiapine (SeroqueL) 800 MG PO BEDTIME
Meloxicam (Mobic) 7.5 MG PO DAILY

**Calculated Suicide Risk (nurs)** No risk
**Past Medical History:**
Reports: Diabetes mellitus.  Denies: Hypertension.
**Additional Medical History**
DENIES PREGNANCY
**Additional Surgical History**
Oral
**Alcohol Use** Alcohol use
**Smoking status for patients 13 years old or older:** Never Smoker

## Physical Exam

### Vital Signs
**Vital Signs**
First Documented:

|              | Result   | Date Time   |
|--------------|----------|-------------|
| Pulse Ox     | 99       | 01/23 1113  |
| B/P          | 132/79   | 01/23 1113  |
| B/P Mean     | 96       | 01/23 1113  |
| O2 Delivery  | Room air | 01/23 1113  |
| Temp         | 36.7     | 01/23 1113  |
| Pulse        | 84       | 01/23 1113  |
| Resp         | 16       | 01/23 1113  |

Page 3 of 6

```
Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:01/23/25                                    Acct#:
E72004189609
```

Last Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 99 | 01/23 1113 |
| B/P | 132/79 | 01/23 1113 |
| B/P Mean | 96 | 01/23 1113 |
| O2 Delivery | Room air | 01/23 1113 |
| Temp | 36.7 | 01/23 1113 |
| Pulse | 84 | 01/23 1113 |
| Resp | 16 | 01/23 1113 |

**Review of Vital Signs** Reviewed

**Free Text PE Notes**
**Free Text PE Notes**
Exam unchanged from previous visit

## Re-Evaluation & MDM

**ED Course**
**Medication(s) Ordered**
Medication(s) Ordered:
**Central Nervous System Agents**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Ketorolac Tromethamine | 30 MG | X1ED STA IM | 01/23 1116 01/23 1117 | DC | 01/23 1125 |

**Free Text MDM Notes**
**Free Text MDM Notes**

History obtained from: Patient (unless otherwise specified in HPI)

RECORDS REVIEWED (if available):
- Prior medical records
- Outside hospital records

DDx: dental caries, dental abscess, facial cellulitis, medication administration

LABS/IMAGING:

Page 4 of 6

```
Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:01/23/25                                          Acct#:
E72004189609
```

None.

COURSE:
IM toradol given. Discharged w/ additional rx for tylenol w/ codeine in case she encounters
any additional issues with receiving toradol when she returns to the pharmacy.

DISPO:
Discharge.

## Patient Discharge & Departure

### Vital Signs/Condition
**Vital Signs**
First Documented:

|             | Result   | Date Time    |
|-------------|----------|--------------|
| Pulse Ox    | 99       | 01/23 1113   |
| B/P         | 132/79   | 01/23 1113   |
| B/P Mean    | 96       | 01/23 1113   |
| O2 Delivery | Room air | 01/23 1113   |
| Temp        | 36.7     | 01/23 1113   |
| Pulse       | 84       | 01/23 1113   |
| Resp        | 16       | 01/23 1113   |

Last Documented:

|             | Result   | Date Time    |
|-------------|----------|--------------|
| Pulse Ox    | 99       | 01/23 1113   |
| B/P         | 132/79   | 01/23 1113   |
| B/P Mean    | 96       | 01/23 1113   |
| O2 Delivery | Room air | 01/23 1113   |
| Temp        | 36.7     | 01/23 1113   |
| Pulse       | 84       | 01/23 1113   |
| Resp        | 16       | 01/23 1113   |

All vital signs available at the time of this entry have been reviewed.

**Condition** Stable

### Clinical Impression
**Clinical Impression**
**Primary Impression:** Pain, dental

### Disposition Decision

Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:01/23/25                                           Acct#:
E72004189609


**Discharge**
)( **Discharged to Home** Yes
)( **Time** 1127
)( **Date** 01/23/25

**Discharge/Care Plan**
**Rx Drug Database Reviewed** Yes
**Patient Instructions** ED Dental Pain
**Referrals**
**Provider Referral:** Aleman-Gomez,Jose A  MD
    **Address:**
    205 West Busch Blvd
    Tampa, FL 33612


Electronically Signed by Gaines,Christopher  MD on 01/23/25 at 1446


RPT#:0123-0107
***END OF REPORT***


Page 6 of 6

Email: STEPHINEALBURY@GMAIL.COM

| Patient | Unit# | Service/Location | Status | Date | Account # |
|---|---|---|---|---|---|
| ALBURY,STEPHANIE | E000342375 | CENTRAL TAMPA EMERGE DEP ER | 01/23/25 | E72004189180 |

**PATIENT**
```
Soc Sec No  DOB       Age   Sex MS  Race Ethnicity  Religion
XXX-XX-2369 12/01/73  51    F   S   Not Hispan NONE
Address: 2005 E 26TH AVE UNIT B
         TAMPA, FL 33605
County: HILLSBOROUGH        Home Ph: (813)330-4377
Language: ENGLISH          Cell Ph: (813)330-4377
```

**PATIENT EMPLOYER**
```
DISABLED
. .
. . .
Work Phone: (999)999-9999
Occupation: DISABLED
```

**GUARANTOR**
```
ALBURY,STEPHANIE          SS#: XXX-XX-2369
Address:
2005 E 26TH AVE UNIT B    TAMPA,FL 33605
County: HILLSBOROUGH       Home Ph: (813)330-4377
Relationship to Patient: SELF  Cell Ph: (813)330-4377
```

**GUARANTOR EMPLOYER**
```
DISABLED
. .
. . .
Work Phone: (999)999-9999
Occupation: DISABLED
```

**NEXT OF KIN**
```
ALBURY,WILANEISHA              ALBURY,WILANEISHA
2005 E 26TH AVE UNIT B         2005 E 26TH AVE UNIT B
TAMPA,FL 33605                 TAMPA,FL 33605
Hm: (813)458-7317  Wk: (813)458-7317  Hm: (813)458-7317  Wk: (813)458-7317   Ph:        Thru:
Rel to Patient: OTHER RELATIONSHIP  Rel to Patient: OTHER RELATIONSHIP  Note:
```

**TEMPORARY ADDRESS**

**INSURANCE**
```
AETNA MEDICARE
PO BOX 981106
EL PASO, TX 79998-1106
Phone (800)624-0756
Contact
```
```
Policy# 10177948190O
Patient ID 5Q94H14UX96
Coverage #
Subscriber ALBURY,STEPHANIE
Rel to PT  SELF
Eff. 01/01/24 to       Rel Y Assign Y
Group OOO003-FL - MA Individual - Florida
```

**AUTHORIZATION**
```
Treat/Precert
Ins Verif     20250123
Pro Review    Not Required
Ins. Name -   AETNA MEDICARE
Ins. Mnemonic AETMCR
Insured DOB   12/01/73
```

**INSURANCE**
```
MEDICAID FLORIDA
PO BOX 7062
TALLAHASSEE, FL 32314
Phone (800)289-7799
Contact
```
```
Policy# 3731776022
Patient ID 5Q94H14UX96
Coverage #
Subscriber ALBURY,STEPHANIE A
Rel to Pt  SELF
Eff. 01/23/25 to       Rel Y Assign Y
Group -
```

**AUTHORIZATION**
```
Treat/Precert
Ins Verif     20250123
Pro Review    Not Required
Ins. Name -   MEDICAID FLORIDA
Ins. Mnemonic MCDFL
Insured DOB   12/01/73
```

**INSURANCE**
```
Phone
Contact
```
```
Patient ID 5Q94H14UX96
Coverage #
Subscriber
Rel to Pt
Eff.       to        Rel   Assign
Group
```

**AUTHORIZATION**
```
Treat/Precert
Ins Verif
Pro review
Ins. Name -
Ins. Mnemonic
Insured DOB
```

**OCCURRENCE**  **CONDITION**
```
Code Type        Date     Time   Code Type                     Special Program
11   ONSET OF SYMPTOMS/ILLNESS  01/23/25   09   UNEMPLOYED PATIENT & SPOUSE
```

```
Last Hospitalization            Admission Comment                    Financial Class
                                SEE NOTES                            12
```

**PHYSICIANS**
```
Attending Physician         Admitting Physician          Emergency Room Physician
                                                         Gaines,Christopher MD
Prim Care Physician         Family Physician             Other Physician
ALEMAN,BELKIS                                            Self Referred
```

**ADMISSION/REGISTRATION**
```
Date   Time Source/Priority  Rm/Bed Arrival  Principal Admitting Diagnosis/Reason for Visit   Admitted By
01/23/25 0734 NON HEALTHCARE FAC R /         DENTAL PAIN                                      INTERFACE
       EMERGENCY
```

HCA Florida South Tampa Hospital
2901 West Swann Avenue, Tampa FL  (813) 873-6400

EDF                                                          02/03/25 0424 By HPF.FEED

 Acct# 

```
HCA FL South Tampa Hosp (COCMMC)
EMERGENCY PROVIDER REPORT
REPORT#:0123-0043          REPORT STATUS: Signed
DATE:01/23/25   TIME: 0742

PATIENT: ALBURY,STEPHANIE          UNIT #: E000342375
ACCOUNT#: E72004189180             ROOM/BED:
DOB: 12/01/73    AGE: 51    SEX: F PCP PHYS: Undefined
Provider
SERVICE DT: 01/23/25               AUTHOR: Gaines,Christopher
 MD
REP SRV DT: 01/23/25               REP SRV TM: 0742
**ALL  edits or amendments must be made on the electronic/computer
chart**
```

## HPI-Dental/Mouth Prob

### General
**Initial Greet Date/Time** 01/23/25 0734

### Presentation
**Chief Complaint** Tooth pain

### Free Text HPI Notes
**Free Text HPI Notes**
51-year-old female presents complaining of acute right upper dental pain for the past 2 days.
Says she has a tooth that was broken a while ago due to the cold weather she has been
experiencing more pain. Also notes mild right-sided facial swelling and says the pain
radiates her mouth to her right ear. Has been taking ibuprofen and meloxicam with no
significant relief in symptoms.

## Review of Systems

### ROS Statements
**Complete sys rev & neg** except as marked.

### Past Medical History - Adult
**Stated Complaint** DENTAL PAIN
**Allergies**
**Coded Allergies:**
clindamycin (03/23/21)
tramadol (03/23/21)
**Uncoded Allergies:**
DIAL SOAP (10/01/23)

### Home Medications
**Discontinued Scripts**
Bacitracin/Polymycin B (AK-POLY BAC) 1 APPLIC RIGHT EYE Q12HR
    5 Days #3.5 GM
    Prov:    11/13/24

Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:01/23/25                                    Acct#:
E72004189180


   DC: 01/23/25 0738 Changed/DC prior to admit
Amoxicillin (AmoxiL) 500 MG PO Q8HR
   Amoxicillin (AmoxiL) 500 MG PO Q8HR  #30 CAP
   Prov:    03/23/21
   DC: 01/23/25 0738 Changed/DC prior to admit
Naproxen (Naprosyn) 500 MG PO Q12HR
   Naproxen (Naprosyn) 500 MG PO Q12HR  #15 TAB
   Prov:    03/23/21
   DC: 01/23/25 0738 Changed/DC prior to admit
Hydrocortisone (Hytone 2.5% Lotion) 1 APPLIC TOPICAL TID
   5 Days #59 ML
   Prov:    10/01/23
   DC: 01/23/25 0738 Changed/DC prior to admit
Hydrocortisone (Hytone 2.5% Cream) 1 APPLIC TOPICAL TID
   Hydrocortisone (Hytone 2.5% Cream) 1 APPLIC TOPICAL TID  #30 GRAM
   Prov:    10/01/23
   DC: 01/23/25 0738 Changed/DC prior to admit

**Reported Medications**
Semaglutide (Ozempic) 2 MG SUBQ Q7D
AlbuteroL HFA (Proair HFA) 1 PUFF INH Q4H PRN PRN Wheezing/SOB/Cough
Gabapentin (Neurontin) 600 MG PO TID
Aspirin Chewable (Baby Aspirin) 81 MG CHEW DAILY
rOPINIRole (Requip) 0.5 MG PO BEDTIME
Ipratropium/AlbuteroL (Duoneb) 3 ML INH QID
Ergocalciferol (Vitamin D2) (Vitamin D2) 1,250 MCG PO Q7D
Celecoxib (CeleBREX) 200 MG PO DAILY
Divalproex ER (Depakote ER) 500 MG PO TID
Haloperidol (Haldol) 2 MG PO TID
FLUoxetine (PROzac) 40 MG PO DAILY
QUEtiapine (SeroqueL) 800 MG PO BEDTIME
Meloxicam (Mobic) 7.5 MG PO DAILY


**Past Medical History:**
Reports: Diabetes mellitus.  Denies: Hypertension.
**Additional Medical History**
DENIES PREGNANCY
**Additional Surgical History**
Oral
**Alcohol Use** Alcohol use
**Smoking status for patients 13 years old or older:** Current some day smoker

```
Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:01/23/25                                    Acct#:
E72004189180
```

## Physical Exam

### Vital Signs
**Vital Signs**
First Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 97 | 01/23 0734 |
| B/P | 138/86 | 01/23 0734 |
| B/P Mean | 103 | 01/23 0734 |
| O2 Delivery | Room air | 01/23 0734 |
| Temp | 36.7 | 01/23 0734 |
| Pulse | 88 | 01/23 0734 |
| Resp | 16 | 01/23 0734 |

Last Documented:

|  | Result | Date Time |
|---|---|---|
| Pulse Ox | 97 | 01/23 0734 |
| B/P | 138/86 | 01/23 0734 |
| B/P Mean | 103 | 01/23 0734 |
| O2 Delivery | Room air | 01/23 0734 |
| Temp | 36.7 | 01/23 0734 |
| Pulse | 88 | 01/23 0734 |
| Resp | 16 | 01/23 0734 |

**Review of Vital Signs** Reviewed

### Basic Physical Exam
**Basic PE** HEAD: Atraumatic/NC, EYES: PERRL, conj clear, RESP: No resp distress, CV: Reg rate & rhythm, ABD: Soft/non-tender, EXT: No gross abnormality, SKIN: No rashes, warm/dry, NEURO: alert & oriented, NEURO: gross movement NL, PSYCH: NL thought content

### Focused PE
**General/Const**
  **General/Const** Awake, Alert, Not toxic appearing
**Eyes**
  **Eyes** Atraumatic, PERRL, EOMI, No nystagmus, No periorbital redness, No periorbital swelling, No photophobia, Conjunctiva NL
**Ears/Nose/Throat \*\***
  **Ears/Nose/Throat** Atraumatic, Airway patent, Mucous membranes moist, Pharynx NL
  **Dental/Gums**

```
Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:01/23/25                                    Acct#:
E72004189180
```

Decay single tooth, Dental caries present, Dentition poor, Tender to palpation, Tooth fracture (#4), Gum swelling, Gum tenderness. Negative: Decay extensive, Dental abscess, Dental impaction, Ginigivitis present, Gum bleeding present, Gum erosion present, Gum discoloration, Gum ulcers present.

**MS Neck          \*\***

**Neck** Atraumatic, Supple, No meningismus, Full range of motion, No swelling, Non-tender

## Additional PE

**Skin**

**Text/Dict Notes**

Mild R sided facial swelling between upper lip and nose. Tender to palpation. No erythema or induration.

## Re-Evaluation & MDM

### ED Course

**Medication(s) Ordered**

Medication(s) Ordered:

**Anti-Infective Agents**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Amoxicillin/ Clavulanate Potassium | 875 MG | X1ED STA PO | 01/23 0742 01/23 0743 | DC | 01/23 0746 |

**Central Nervous System Agents**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Oxycodone/ Acetaminophen | 1 TAB | X1ED STA PO | 01/23 0742 01/23 0743 | DC | 01/23 0746 |

### Free Text MDM Notes

**Free Text MDM Notes**

History obtained from: Patient (unless otherwise specified in HPI)

RECORDS REVIEWED (if available):
- Prior medical records
- Outside hospital records

DDx: dental caries, dental abscess, facial cellulitis

Page 4 of 7

Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:01/23/25                                                    Acct#:
E72004189180

LABS/IMAGING:
None.

COURSE:
No drainable abscess seen on exam. Mild right-sided facial cellulitis. No periorbital involvement. Percocet given for pain in ED. Discharge with Rx for Augmentin, Toradol, and viscous lidocaine. Received first dose of antibiotics prior to discharge.

DISPO:
The patient is resting comfortably and is well-appearing and in no acute distress. There is no respiratory distress, no stridor, and the mental status is normal per age. The neurologic examination is normal, there is no significant dehydration, and the patient is able to tolerate PO fluids. The history, exam, diagnostic testing (if any), and the patient's current condition do not suggest an infectious process such as meningitis, retropharyngeal abscess, epiglottitis, peritonsillar abscess, Ludwig's angina, mastoiditis, orbital cellulitis, periorbital cellulitis, severe sinusitis, malignant otitis externa, sepsis or other significant pathology to warrant further testing, continued ED treatment, admission, consultation or other specialist evaluation at this time. The vital signs have been stable. The patient's condition is stable and appropriate for discharge.

## Patient Discharge & Departure

### Vital Signs/Condition
**Vital Signs**
First Documented:

|            | Result    | Date Time   |
|------------|-----------|-------------|
| Pulse Ox   | 97        | 01/23 0734  |
| B/P        | 138/86    | 01/23 0734  |
| B/P Mean   | 103       | 01/23 0734  |
| O2 Delivery| Room air  | 01/23 0734  |
| Temp       | 36.7      | 01/23 0734  |
| Pulse      | 88        | 01/23 0734  |
| Resp       | 16        | 01/23 0734  |

Last Documented:

|            | Result    | Date Time   |
|------------|-----------|-------------|
| Pulse Ox   | 97        | 01/23 0734  |
| B/P        | 138/86    | 01/23 0734  |
| B/P Mean   | 103       | 01/23 0734  |
| O2 Delivery| Room air  | 01/23 0734  |
| Temp       | 36.7      | 01/23 0734  |

Page 5 of 7

```
Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:01/23/25                                          Acct#:
E72004189180
```

| Pulse | | 88 | 01/23 0734 |
|-------|--|----|-----------|
| Resp | | 16 | 01/23 0734 |

All vital signs available at the time of this entry have been reviewed.

**Condition** Stable

## Clinical Impression
**Clinical Impression**
**Primary Impression:** Pain, dental
**Secondary Impressions:** Periapical abscess with facial involvement

## Disposition Decision
**Discharge**
    )( **Discharged to Home** Yes
    )( **Time** 0746
    )( **Date** 01/23/25

## Discharge/Care Plan
**(Auto) Prescriptions**
**Current Visit Scripts**
Amoxicillin/K Clav (Augmentin) 875 MG PO BID
    Amoxicillin/K Clav (Augmentin) 875 MG PO BID  #14 TAB

KETOROLAC (TORADOL) 10 MG PO Q6H PRN ACUTE PAIN
    KETOROLAC (TORADOL) 10 MG PO Q6H PRN PRN ACUTE PAIN #20 TAB

Lidocaine 2% (Xylocaine Viscous 2%) 15 ML MM Q3H PRN Dental Pain
    Lidocaine 2% (Xylocaine Viscous 2%) 15 ML MM Q3H PRN PRN Dental Pain #100 ML


**Patient Instructions** ED Abscess Dental Cellulitis
**Referrals**
**Provider Referral:** Acevedo,Arnaldo
    **Address:**
    205 W Busch Blvd
    Tampa, fl 33612

**Resource Referral:** Dental WalkIn Clinic TampaBay
    **Follow-Up:** as needed
    **Address:**
    4240 West Kennedy Boulevard

Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:01/23/25                                          Acct#:
E72004189180

Tampa, FL 33609

Electronically Signed by Gaines,Christopher  MD on 01/23/25 at 0816

RPT#:0123-0043
***END OF REPORT***

Page 7 of 7

Patient:ALBURY, STEPHANIE          MRN:E000342376   Encounter:E72004189180    Page 1 of 2

```
01/24/25 0217                        MEDICATION DISCHARGE SUMMARY                              PAGE: 1

NAME: ALBURY,STEPHANIE         ADMIT DATE:                          AGE: 51
UNIT #: E000342376             DISCHARGE DATE:                      SEX: F
ACCT #: E72004189180           STATUS: DEP ER
CODED ALLERGIES   clindamycin, tramadol
CODED ADRs
UNCODED ALLERGIES   DIAL SOAP
UNCODED ADRs
```

| ADMINISTRATION PERIOD: 07:00 01/23/25 to 06:59 01/24/25 | START/ STOP | |
|---|---|---|
| PERCOCET 5/325 MG TABLET (oxyCODONE HCL/ACETAMINOPHEN 5/325 MG TAB)  1 TAB PO ONCE IN ED/STA  Comments: IF AN IV AND PO PAIN MEDICATION ARE ORDERED FOR THE SAME  PAIN LEVEL. THE PO MEDICATION WILL BE ADMINISTERED  PREFERENTIALLY WHEN THE PATIENT IS ABLE TO TAKE PO.  (May administer less potent prescribed medication based  on patient request per the organization's medication  management policy.)  RX #: 03477803 | 01/23/25 01/23/25 | 0742 3MWI4986 at 0746 GAVE: 1 TAB  Barcode Medication: oxyCODONE HCL/ACETAMINOPHEN 5/325 MG TAB  NDC/DIN: 0406051223 (SOURCE: eMAR)  Administering for pain management: No  (End)  Pain details:  Most common side effects reviewed with patient?: Yes  :: OXYCOT5IOG:Dizziness, Sedation, nausea/vomiting, Constipation  01/23/25-0747 File Document by 3MWI4986  0742 Order Entry LIP.CGL  0743 Pharmacy Discontinue SCHEDULER  0746 Nursing Acknowledged Order  3MWI4986 |
| AmoxicilIin/K Clav (Augmentin) (AMOXICILL/K CLAVULANATE 875/125 MG TAB (AUGMENTIN))  875 MG PO ONCE IN ED/STA  RX #: 03477805 | 01/23/25 01/23/25 | 0742 3MWI4986 at 0746 GAVE: 875 MG  Barcode Medication: AMOXICILL/K CLAVULANATE 875/125 MG TAB (AUGMENTIN)  NDC/DIN: 16714029701 (SOURCE: eMAR)  Most common side effects reviewed with patient?: Yes  :: AUGMTABL3:rash, nausea/vomiting/diarrhea  01/23/25-0747 File Document by 3MWI4986  0742 Order Entry LIP.CGL  0743 Pharmacy Discontinue SCHEDULER  0746 Nursing Acknowledged Order  3MWI4986 |

*** CONTINUED ON PAGE 2 ***
This document is part of the legal medical record.

Patient:ALBURY, STEPHANIE  MRN:E000342376  Encounter:E72004189180  Page 2 of 2

```
01/24/25 0217                                      MEDICATION DISCHARGE SUMMARY                                    PAGE: 2

NAME: ALBURY,STEPHANIE                  UNIT #: E000342376                      ACCT #: E72004189180
```

## LEGENDS

REASON CODES                                           SITE CODES

### ELECTRONICALLY SIGNED BY

| USER | USER NAME/TYPE | USER | USER NAME/TYPE | USER | USER NAME/TYPE | USER | USER NAME/TYPE |
|------|----------------|------|----------------|------|----------------|------|----------------|
| 3MWI4986 | Mccormack,Nicole RN | | | | | | |

### OTHER USERS

| USER | USER NAME | USER | USER NAME | USER | USER NAME | USER | USER NAME |
|------|-----------|------|-----------|------|-----------|------|-----------|
| LIP.CG1 | GAINES,CHRISTOPHER M | | | | | | |

### P4A ALLERGY HISTORY

| DATE | PHA | USER | ALLERGY DETAILS | |
|------|-----|------|-----------------|--|
| 03/23/21 1554 | N | 3CYO7524 - Souslin,April* | ADDED<br>clindamycin<br>OLD:<br>NEW: clindamycin added. CLINDAMYCIN | by 3CYO7524 |
| | | | ADDED<br>tramadol<br>OLD:<br>NEW: tramadol added. TRAMADOL | by 3CYO7524 |
| 10/01/23 1304 | N | 3IPB4848 - JANS,GRACE | ADDED<br>DIAL SOAP<br>OLD:<br>NEW: DIAL SOAP added. | by 3IPB4848 |
| 02/21/24 1451 | N | 3KDU4044 - BARCZAK,DRAKE* | FILED<br>TEXT:<br>User filed without changing allergy record. | by 3KDU4044 |
| 11/13/24 0529 | N | 3GEV4656 - FOOTE,SANDRA | FILED<br>TEXT:<br>User filed without changing allergy record. | by 3GEV4656 |
| 01/23/25 0735 | N | 3MNA8762_ - GERALD,CHRISTINA D | FILED<br>TEXT:<br>User filed without changing allergy record. | by 3MNA87621 |
| 01/23/25 1116 | N | 3MNA8762_ - GERALD,CHRISTINA D | FILED<br>TEXT:<br>User filed without changing allergy record. | by 3MNA87621 |

```
RUN DATE: 01/25/25                    MEDITECH FACILITY: COCMMC                      PAGE 1
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:   ALBURY,STEPHANIE           A/S: 51 F         ADMIT:    01/23/25
ACCOUNT NO: E72004189180              LOC: E.EDCT       DISCH/DEP: 01/23/25
                                      RM:               STATUS:   ER
ATTEND DR: Gaines,Christopher  MD     BD:               UNIT NO:  ED00342375
REPORT STATUS: FINAL
```

```
Order Date: 01/23/25                        ─Service─
Category   Procedure Name              Order Number   Date    Time Pri Qty Ord Source Status  Ordered By
MED.COCMMC MEDICATIONS                 20250123-0317 01/23/25 0742 S       E       CMP     GAICH
Other Provider :              Sig Lvl Provider :
RX: 03477803                           Start: 01/23/25 0742       STA CMP
                                       Stop: 01/23/25 0743

    oxyCODONE/APAP  5/325  Tab (Percocet  5/325  Tab)
    Dose: 1 TAB
    Route: PO                          Direction: X1ED

   Order's Audit Trail of Events

1    01/23/25 0742 LIP.CG1     Order ENTER in EDM/POM
2    01/23/25 0742 LIP.CG1     Ordering Doctor: Gaines,Christopher  MD
3    01/23/25 0742 LIP.CG1     Order Source: EPOM
4    01/23/25 0742 LIP.CG1     signed by Gaines,Christopher  MD
5    01/23/25 0743 SCHEDULER   DISCONTINUE in PHA
6    01/23/25 0746 3MWI4986    order acknowledged

                    Electronically signed by Gaines,Christopher  MD on 01/23/25 at 0742
```

```
Order Date: 01/23/25                        ─Service─
Category   Procedure Name              Order Number   Date    Time Pri Qty Ord Source Status  Ordered By
MED.COCMMC MEDICATIONS                 20250123-0318 01/23/25 0742 S       E       CMP     GAICH
Other Provider :              Sig Lvl Provider :
RX: 03477805                           Start: 01/23/25 0742       STA CMP
                                       Stop: 01/23/25 0743

    Amoxicillin/Clavulanate  Tab (Augmentin  Tab)
    Dose: 875 MG
    Route: PO                          Direction: X1ED

   Order's Audit Trail of Events

1    01/23/25 0742 LIP.CG1     Order ENTER in EDM/POM
2    01/23/25 0742 LIP.CG1     Ordering Doctor: Gaines,Christopher  MD
3    01/23/25 0742 LIP.CG1     Order Source: EPOM
4    01/23/25 0742 LIP.CG1     signed by Gaines,Christopher  MD
5    01/23/25 0743 SCHEDULER   DISCONTINUE in PHA
6    01/23/25 0746 3MWI4986    order acknowledged

                    Electronically signed by Gaines,Christopher  MD on 01/23/25 at 0742
```

```
** IDEV END OF REPORT **
```

PERMANENT MEDICAL RECORD COPY

**Patient:ALBURY, STEPHANIE**      **MRN:E000342376  Encounter:E72004189180      Page 1 of 1**

Email: STEPHANIEALBURY5@GMAIL.COM

| Patient | Unit# | Service/Location | Status | Date | Account # |
|---|---|---|---|---|---|
| ALBURY,STEPHANIE | E000342375 | CENTRAL TAMPA EMERGE DEP ER | | 11/13/24 | E72004095321 |

**PATIENT INFORMATION**

Soc Sec No  DOB      Age    Sex MS  Race Ethnicity  Religion
XXX-XX-2369 12/01/73 50      F  S    B   Not Hispan NONE
Address: 2005 E 26TH AVE UNIT B
        TAMPA,FL 33605
County: HILLSBOROUGH         Home Ph: (813)330-4377
Language: ENGLISH            Cell Ph: (813)330-4377

**PATIENT EMPLOYER**
DISABLED
. .
Work Phone: .
Occupation: DISABLED

**GUARANTOR INFORMATION**
ALBURY,STEPHANIE              SS#: XXX-XX-2369
Address:
2005 E 26TH AVE UNIT B       TAMPA,FL 33605
County: HILLSBOROUGH         Home Ph: (813)330-4377
Relationship to Patient: SELF  Cell Ph: (813)330-4377

**GUARANTOR EMPLOYER**
DISABLED
. .
. . . .
Work Phone: .
Occupation: DISABLED

**NEXT OF KIN**
ALBURY,WILANEISHA
2005 E 26TH AVE UNIT B
TAMPA,FL 33605
Hm: (813)458-7317  Wk: (813)770-3417
Rel to Patient: OTHER RELATIONSHIP

**EMERGENCY ADDRESS**
ALBURY,WILANEISHA
2005 E 26TH AVE UNIT B
TAMPA,FL 33605
Hm: (813)458-7317  Wk: (813)770-3417  Ph:              ,
Rel to Patient: OTHER RELATIONSHIP                Note:          Thru:

**INSURANCE INFO**
AETNA MEDICARE         Policy # 101779481900
PO BOX 981106          Patient ID
EL PASO, TX 79998-1106 Coverage #
Phone (800)624-0756    Subscriber ALBURY,STEPHANIE
Contact                Rel to PT  SELF
                       Eff. 01/01/24 to     Rel Y Assign Y
                       Group OO0003-FL - NA Individual - Florida

**PAYOR INFO**
Treat/Precert
Ins Verif     20241113
Pro Review    Not Required
Ins. Name –   AETNA MEDICARE
Ins. Mnemonic AETMCR
Insured DOB   12/01/73

**INSURANCE INFO**
Phone          Patient ID
Contact        Coverage #
               Subscriber
               Rel to Pt
               Eff.      to     Rel  Assign
               Group

**PAYOR INFO**
Treat/Precert
Ins Verif
Pro Review
Ins. Name –
Ins. Mnemonic
Insured DOB

**INSURANCE INFO**
Phone          Patient ID
Contact        Coverage #
               Subscriber
               Rel to Pt
               Eff.      to     Rel  Assign
               Group

**PAYOR INFO**
Treat/Precert
Ins Verif
Pro review
Ins. Name –
Ins. Mnemonic
Insured DOB

**OCCURRENCES**                    **CONDITIONS**
Code Type              Date  Time  Code Type            Special Program
11   ONSET OF SYMPTOMS/ILLNESS  11/13/24

Last Hospitalization            Admission Comment          Financial Class
                                SEE NOTES                  12

**PHYSICIANS**
Attending Physician    Admitting Physician    Emergency Room Physician
                                              Braseth,Eric M MD
Prim Care Physician    Family Physician       Other Physician
Acevedo,Arnaldo                               Self Referred

**ADMISSION/REGISTRATION**
Date     Time Source/Priority  Rm/Bed  Arrival  Principal Admitting Diagnosis/Reason for Visit  Admitted By
11/13/24 0528 NON HEALTHCARE FAC R /  WI      BURN TO EYELID                                  PEZA4990
         EMERGENCY

HCA Florida South Tampa Hospital
2901 West Swann Avenue, Tampa FL (813) 873-6400

EDF                                                        11/24/24 0422 By HPF.FEED

  Acct#  

Patient:ALBURY, STEPHANIE    MRN:E000342375   Encounter:E72004095321    Page 1 of 1

**Patient:ALBURY, STEPHANIE**

**MRN:E000342376   Encounter:E72004095321   Page 1 of 2**

```
11/14/24 0215                          MEDICATION DISCHARGE SUMMARY                              PAGE: 1

NAME: ALBURY,STEPHANIE           ADMIT DATE:                         AGE: 50
UNIT #: E000342375               DISCHARGE DATE:                     SEX: F
ACCT #: E72004095321             STATUS: DEP ER
CODED ALLERGIES    clindamycin, tramadol
CODED ADRs
UNCODED ALLERGIES  DIAL SOAP
UNCODED ADRs
```

| ADMINISTRATION PERIOD: 0700 11/12/24 to 0659 11/13/24 | START/ STOP | |
|---|---|---|

```
FLUOR-I-STRIP  (FLUORESCEIN SODIUM 1 STRIP)          |11/13/24| 0530 3GEV4656 at 0537 GAVE: 1 STRIP
1 STRIP RIGHT EYE ONCE IN ED/STA                     |11/13/24|      Barcode Medication: FLUORESCEIN SODIUM 1 STRIP
RX #: 03412544                                       |        |            NDC/DIN: 1723890089 (SOURCE: eMAR)
                                                     |        | Most common side effects reviewed with patient?: Yes
                                                     |        | :: FLUDEST9:headache, decreased BP, nausea
                                                     |        |      11/13/24-0537 File Document by 3GEV4656
                                                     |        | 0530 Order Entry DR.BRAER
                                                     |        | 0531 Pharmacy Discontinue SCHEDULER
                                                     |        | 0535 Nursing Acknowledged Order  3GEV4656
```

*** CONTINUED ON PAGE 2 ***
This document is part of the legal medical record.

**Patient: ALBURY, STEPHANIE    MRN: E000342376    Encounter: E72004095321    Page 2 of 2**

```
11/14/24 0215                                 MEDICATION DISCHARGE SUMMARY                                      PAGE: 2
NAME: ALBURY,STEPHANIE                 UNIT #: E000342376                   ACCT #: E72004095321
```

LEGENDS

REASON CODES                                           SITE CODES

ELECTRONICALLY SIGNED BY

| USER | USER NAME/TYPE | USER | USER NAME/TYPE | USER | USER NAME/TYPE | USER | USER NAME/TYPE |
|------|----------------|------|----------------|------|----------------|------|----------------|
| 3GEV4656 | FOOTE,SANDRA RN | | | | | | |

OTHER USERS

| USER | USER NAME | USER | USER NAME | USER | USER NAME | USER | USER NAME |
|------|-----------|------|-----------|------|-----------|------|-----------|
| DR.BRAER | BRASETH,ERIC M | | | | | | |

P4A ALLERGY HISTORY

| DATE | PHA | USER | ALLERGY DETAILS | |
|------|-----|------|-----------------|--|
| 03/23/21 1554 | N | 3CYO7524 - Souslin,April* | ADDED<br>clindamycin<br>OLD:<br>NEW: clindamycin added. CLINDAMYCIN<br>ADDED<br>tramadol<br>OLD:<br>NEW: tramadol added. TRAMADOL | by 3CYO7524<br><br><br><br>by 3CYO7524 |
| 10/01/23 1304 | N | 3IPB4848 - JANS,GRACE | ADDED<br>DIAL SOAP<br>OLD:<br>NEW: DIAL SOAP added. | by 3IPB4848 |
| 02/21/24 1451 | N | 3KDU4044 - BARCZAK,DRAKE* | FILED<br><br>TEXT:<br>User filed without changing allergy record. | by 3KDU4044 |
| 11/13/24 0529 | N | 3GEV4656 - FOOTE,SANDRA | FILED<br><br>TEXT:<br>User filed without changing allergy record. | by 3GEV4656 |

```
RUN DATE: 11/15/24                    MEDITECH FACILITY: COCMMC                              PAGE 1
RUN TIME: 0100                         IDEV - Discharge Report
RUN USER: HPF.FEED
```
```
PATIENT:   ALBURY,STEPHANIE           A/S: 50 F        ADMIT:    11/13/24
ACCOUNT NO: E72004095321              LOC: E.EDCT      DISCH/DEP: 11/13/24
                                      RM:              STATUS:   ER
ATTEND DR: Braseth,Eric M  MD         BD:              UNIT NO:  E000342375
REPORT STATUS: FINAL
```

```
Order Date: 11/13/24                       ─────Service─────
Category    Procedure Name              Order Number  Date     Time Pri Qty Ord Source Status   Ordered By
MED.COCMMC MEDICATIONS                   20241113-0125 11/13/24 0530 S      E         CMP      BRAER01
Other Provider :                  Sig Lvl Provider :
RX: 03412544                              Start: 11/13/24  0530        STA  CMP
                                          Stop: 11/13/24  0531

     Fluorescein Ophth Strip (Fluor-I-Strip Ophth)
     Dose: 1 STRIP
     Route: RIGHT EYE             Direction: X1ED

     Order's Audit Trail of Events

1     11/13/24 0530 DR.BRAER   Order ENTER in EDM/POM
2     11/13/24 0530 DR.BRAER   Ordering Doctor: Braseth,Eric M  MD
3     11/13/24 0530 DR.BRAER   Order Source: EPOM
4     11/13/24 0530 DR.BRAER   signed by Braseth,Eric M  MD
5     11/13/24 0531 SCHEDULER  DISCONTINUE in PHA
6     11/13/24 0535 3GEV4656   order acknowledged

               Electronically signed by Braseth,Eric M  MD on 11/13/24 at 0530


** IDEV END OF REPORT **
```

PERMANENT MEDICAL RECORD COPY

```
HCA FL South Tampa Hosp (COCMMC)
EMERGENCY PROVIDER REPORT
REPORT#:1113-0012        REPORT STATUS: Signed
DATE:11/13/24    TIME: 0539

PATIENT: ALBURY,STEPHANIE          UNIT #: E000342375
ACCOUNT#: E72004095321             ROOM/BED:
DOB: 12/01/73     AGE: 50    SEX: F    PCP PHYS: Acevedo,Arnaldo
SERVICE DT:                        AUTHOR: Braseth,Eric M  MD
REP SRV DT: 11/13/24               REP SRV TM: 0539
**ALL  edits or amendments must be made on the electronic/computer
chart**
```

### HPI-Eye Problem

### Free Text HPI Notes
Free Text HPI Notes
HPI
The patient is a 50year-old Female with a history of seizures, diabetes, and asthma presents to the ED for a discomfort in the right periorbital region. The patient reports experiencing an adverse reaction following an eyebrow waxing procedure, which resulted in a burn to the eyelid and subsequent pain and swelling. The patient describes the pain as an 11 on a scale of 1 to 10 and notes a sensation of something being stuck in the eye, although she is not believe there to be any foreign body. The upper eyelid margin is slightly swollen and bruised. The patient has tried aloe as a home remedy without relief.

ROS
Denies Fever, Chills, Fatigue.
Denies Sore throat, ear ache.
Denies Chest Pain.
Denies Cough, SOB, Wheezing.
Denies Abd Pain, N/V/D, Constipation.
Denies Dysuria or Flank Pain.
Denies unexplained bleeding, bruising.
Denies Headache, focal weakness, numbness, Denies seizure activity.

PE
1. Constitutional: NAD, A&O x 4, appears stated age
2. Head: Normocephalic, atraumatic, no contusions, no asymmetry, no laceration
3. Eyes: Right upper eyelid swelling. Erythema present around right eyebrow consistent with recent waxing. Dark spot noted on right upper eyelid possible scab. PERRLA, EOMI, no scleral icterus, no conjunctival injection or subconjunctival hemorrhage, no entrapment extraocular muscles no evidence of any fluorescein uptake on fluorescein exam of the right eye
4. Ears, Nose, Mouth, Throat: Oral mucosa moist, airway patent, teeth line up appropriately, midface is stable, no mandibular instability
5. Cardio: RRR, No MRG, warm and well perfused, no lower extremity edema

Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:11/13/24                                              Acct#:
E72004095321

6. Respiratory: Normal effort, symmetric chest rise, CTAB, no pain with palpation of the chest wall. No crepitus, no chest wall seatbelt sign or bruising
7. GI: Abdomen is soft, non tender, non-distended, no palpable masses or organomegaly, no rebound or guarding, no abdominal seatbelt sign, no bruising, no evidence of peritonitis
8. MSK: Full painless ROM of all four extremities, extremities grossly atraumatic, all 4 extremities are neurovascularly intact with soft compartments, no palpable deformities, pelvis is stable, patient has a painless gait, full painless range of motion of the neck without any midline cervical tenderness to palpation or pain with any movement.
9. Skin: See Eyes.
10. Neuro: Face symmetric, fluid speech, upper and lower major muscle groups motor 5/5, sensation intact to light touch throughout, normal gait
11. Psych: appropriate mood and affect

MDM
Based on the patient's history and subjective complaints, the assessment includes an eye injury likely secondary to thermal burn from waxing. The patient's symptoms suggest possible corneal abrasion or foreign body sensation due to swelling. The plan of care includes performing a fluorescein stain to rule out a foreign body or scratch on the corneal surface. An antibiotic ointment safe for ocular use is recommended instead of aloe to prevent infection and aid in healing. Ice packs may also be beneficial to reduce swelling.
Differential Diagnosis:
1. Thermal burn to eyelid
2. Corneal abrasion
3. Foreign body sensation due to swelling
4. Conjunctivitis (less likely without redness or discharge)

## General
**Initial Greet Date/Time** 11/13/24 0530

## Presentation
**Chief Complaint** Eye R affected, Pain

## Past Medical History - Adult
**Stated Complaint** BURN TO EYELID
**Allergies**
**Coded Allergies:**
clindamycin (03/23/21)
tramadol (03/23/21)
**Uncoded Allergies:**
DIAL SOAP (10/01/23)

Page 2 of 6

```
Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:11/13/24                                    Acct#:
E72004095321
```

**Home Medications**
**Active Scripts**
Amoxicillin (AmoxiL) 500 MG PO Q8HR
    Amoxicillin (AmoxiL) 500 MG PO Q8HR #30 CAP
    Prov:   03/23/21
Naproxen (Naprosyn) 500 MG PO Q12HR
    Naproxen (Naprosyn) 500 MG PO Q12HR #15 TAB
    Prov:   03/23/21
Hydrocortisone (Hytone 2.5% Lotion) 1 APPLIC TOPICAL TID
    5 Days #59 ML
    Prov:   10/01/23
Hydrocortisone (Hytone 2.5% Cream) 1 APPLIC TOPICAL TID
    Hydrocortisone (Hytone 2.5% Cream) 1 APPLIC TOPICAL TID #30 GRAM
    Prov:   10/01/23

**Calculated Suicide Risk (nurs)** No risk
**Past Medical History:**
Reports: Diabetes mellitus.  Denies: Hypertension.
**Additional Medical History**
DENIES PREGNANCY
**Additional Surgical History**
Oral
**Alcohol Use** Alcohol use
**Smoking status for patients 13 years old or older:** Current some day smoker

## Physical Exam

### Vital Signs
**Vital Signs**
First Documented:

|            | Result   | Date Time    |
|------------|----------|--------------|
| Pulse Ox   | 98       | 11/13 0529   |
| B/P        | 114/59   | 11/13 0529   |
| B/P Mean   | 77       | 11/13 0529   |
| O2 Delivery| Room air | 11/13 0529   |
| Temp       | 98.3     | 11/13 0529   |
| Pulse      | 66       | 11/13 0529   |
| Resp       | 18       | 11/13 0529   |

Last Documented:

|  | Result | Date Time |
|--|--------|-----------|
|  |        |           |

Page 3 of 6

```
Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:11/13/24                                          Acct#:
E72004095321
```

| Pulse Ox | 98 | 11/13 0529 |
|---|---|---|
| B/P | 114/59 | 11/13 0529 |
| B/P Mean | 77 | 11/13 0529 |
| O2 Delivery | Room air | 11/13 0529 |
| Temp | 98.3 | 11/13 0529 |
| Pulse | 66 | 11/13 0529 |
| Resp | 18 | 11/13 0529 |

**Review of Vital Signs** Reviewed, Vital signs normal

## Re-Evaluation & MDM

### ED Course
**Medication(s) Ordered**
Medication(s) Ordered:
**Diagnostic Agents**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Fluorescein Sodium | 1 STRIP | X1ED STA RIGHT EYE | 11/13 0530 11/13 0531 | DC | 11/13 0537 |

## Patient Discharge & Departure

### Vital Signs/Condition
**Vital Signs**
First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 11/13 0529 |
| B/P | 114/59 | 11/13 0529 |
| B/P Mean | 77 | 11/13 0529 |
| O2 Delivery | Room air | 11/13 0529 |
| Temp | 98.3 | 11/13 0529 |
| Pulse | 66 | 11/13 0529 |
| Resp | 18 | 11/13 0529 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 11/13 0529 |

Page 4 of 6

Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:11/13/24
E72004095321                                                    Acct#:

| B/P | 114/59 | 11/13 0529 |
|---|---|---|
| B/P Mean | 77 | 11/13 0529 |
| O2 Delivery | Room air | 11/13 0529 |
| Temp | 98.3 | 11/13 0529 |
| Pulse | 66 | 11/13 0529 |
| Resp | 18 | 11/13 0529 |

All vital signs available at the time of this entry have been reviewed.

## Clinical Impression
**Clinical Impression**
**Primary Impression:** Thermal burn of right eyelid

## Disposition Decision
**Discharge**
    )( **Discharged to Home** Yes
    )( **Time** 0546
    )( **Date** 11/13/24

## Discharge/Care Plan
**Counseled Regarding** Diagnosis, Prescriptions, Need for follow-up, When to return to ED,
Wound care
**(Auto) Prescriptions**
**Current Visit Scripts**
Bacitracin/Polymycin B (AK-POLY BAC) 1 APPLIC RIGHT EYE Q12HR
    5 Days #3.5 GM

**Patient Instructions** ED Burns 1st 2nd Home Care
**Referrals**
**Provider Referral:** Acevedo,Arnaldo
    **Address:**
    205 W Busch Blvd
    Tampa, fl 33612

### Discharge Note
I have spoken with the patient and/or caregivers. I have explained the patient's condition,
diagnoses and treatment plan based on the information available to me at this time. I have
answered the patient's and/or caregiver's questions and addressed any concerns. The patient
and/or caregivers have as good an understanding of the patient's diagnosis, condition and

Page 5 of 6

```
Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:11/13/24                                              Acct#:
E72004095321
```

treatment plan as can be expected at this point. The vital signs have been stable. The patient's condition is stable and appropriate for discharge from the emergency department.

The patient will pursue further outpatient evaluation with the primary care physician or other designated or consulting physician as outlined in the discharge instructions. The patient and/or caregivers are agreeable to this plan of care and follow-up instructions have been explained in detail. The patient and/or caregivers have received these instructions in written format and have expressed an understanding of the discharge instructions. The patient and/or caregivers are aware that any significant change in condition or worsening of symptoms should prompt an immediate return to this or the closest emergency department or a call to 911.

Electronically Signed by Braseth,Eric M  MD on 11/13/24 at 0546

```
RPT#:1113-0012
***END OF REPORT***
```

Page 6 of 6

Email: STEPHANIEALBURY5@GMAIL.COM

| Patient | Unit# | Service/Location | Status | Date | Account # |
|---|---|---|---|---|---|
| ALBURY,STEPHANIE | E000342375 | EMERGENCY DEPARTMENT DEP ER | 02/21/24 | E72003768098 |

**PATIENT**
Soc Sec No   DOB        Age   Sex  NS  Race  Religion
XXX-XX-2369  12/01/73   50     F    S    B    NONE
Address: 2005 E 26TH AVE UNIT B
         TAMPA,FL 33605
County: HILLSBOROUGH        Home Ph: (813)458-7317
Language: ENGLISH           Cell Ph:

**PATIENT EMPLOYER**
DISABLED
. . . .
Work Phone: .
Occupation: DISABLED

**GUARANTOR**
ALBURY,STEPHANIE            SS#: XXX-XX-2369
Address:
2005 E 26TH AVE UNIT B      TAMPA,FL 33605
County: HILLSBOROUGH        Home Ph: (813)458-7317
Relationship to Patient: SELF    Cell Ph:

**GUARANTOR EMPLOYER**
DISABLED
. . . .
Work Phone: .
Occupation: DISABLED

**NEXT OF KIN**                              **TEMPORARY ADDRESS**
ALBURY,WILANEISHA          ALBURY,WILANEISHA
2005 E 26TH AVE UNIT B     2005 E 26TH AVE UNIT B
TAMPA,FL 33605             TAMPA,FL 33605
Hm: (813)458-7317  Wk: (813)770-3417   Hm: (813)458-7317  Wk: (813)770-3417   Ph:          Thru:
Rel to Patient: OTHER RELATIONSHIP    Rel to Patient: OTHER RELATIONSHIP   Note:

**INSURANCE**  01779481900
AETNA MEDICARE         Patient ID         Treat/Precert
PO BOX 981106          Coverage #         Ins Verif    20240221
EL PASO, TX 79998-1106 Subscriber ALBURY,STEPHANIE   Pro Review  Not Required
Phone (800)624-0756    Rel to PT  SELF    Ins. Name - AETNA MEDICARE
Contact               Eff. 01/01/24 to      Rel Y Assign Y  Ins. Mnemonic AETMCR
                      Group Q0003-FL - MA INDIVIDUAL - FLORIDA  Insured DOB  12/01/73

**INSURANCE**
                      Patient ID         Treat/Precert
                      Coverage #         Ins Verif
                      Subscriber         Pro Review
Phone                 Rel to Pt          Ins. Name -
Contact               Eff.    to    Rel   Assign   Ins. Mnemonic
                      Group              Insured DOB

**INSURANCE**
                      Patient ID         Treat/Precert
                      Coverage #         Ins Verif
                      Subscriber         Pro review
Phone                 Rel to Pt          Ins. Name -
Contact               Eff.    to    Rel   Assign   Ins. Mnemonic
                      Group              Insured DOB

**DIAGNOSES**                    **CONDITIONS**
Code Type             Date    Time  Code Type                Special Program
11   ONSET OF SYMPTOMS/ILLNESS  02/21/24

Last Hospitalization              Admission Comment              Financial Class
                                                                12

**PHYSICIANS**
Attending Physician     Admitting Physician        Emergency Room Physician
                                                   Healy,Nicholas N  DO
Prim Care Physician     Family Physician           Other Physician
Acevedo,Arnaldo

**ADMISSION/REGISTRATION**
Date     Time Source/Priority  Rm/Bed  Arrival  Principal Admitting Diagnosis/Reason for Visit  Admitted By
02/21/24 1450 NON HEALTHCARE FAC R /   WI       HEADACHE/VOMITING S/P HEAD INJURY              LRSKS18302
         EMERGENCY

HCA Florida South Tampa Hospital
2901 West Swann  Avenue, Tampa FL  (813) 873-6400

EDF                                                           03/03/24  0422 By HPF.FEED

  Acct#  

```
HCA FL South Tampa Hosp (COCMMC)
EMERGENCY PROVIDER REPORT
REPORT#:0221-0205      REPORT STATUS: Signed
DATE:02/21/24   TIME: 1521

PATIENT: ALBURY,STEPHANIE              UNIT #: E000342375
ACCOUNT#: E72003768098                ROOM/BED:
AGE: 50      SEX: F                   PCP PHYS: Acevedo,Arnaldo
SERVICE DT: 02/21/24                  AUTHOR: Sutherland,Mark H
PA
REP SRV DT: 02/21/24                  REP SRV TM: 1521
**ALL  edits or amendments must be made on the electronic/computer
chart**
```

## SUTHERLAND,MARK H. P 02/21/24 1521:
### HPI-Trauma Minor/Fall

### General
**Confirmed Patient** Yes
**Initial Greet Date/Time** 02/21/24 1500

### Presentation
**Chief Complaint** 50-year-old female on a flight February 13th was in the bathroom when the plane hit turbinates. Patient hit the right side of her head 3 times. Denies loss of conscious but complains of dizziness and had multiple episodes of nausea vomiting. Patient also complains of posterior nonradiating neck pain and lumbar pain as well as pain to the pelvis but denies any pain with ambulation. No focal deficits reported. No numbness tingling or loss of strength.Patient initially reported left shoulder pain however patient points the posterior neck. Denies other injury

### Risk-Trauma Minor/Fall

### Risk Stratification
**Glasgow Coma Score:**
   **Copyright Sir Graham Teasdale** Copyright Sir Graham Teasdale
   **Eye opening:** (4) Spontaneous
   **Verbal response:** (5) Oriented
   **Best motor response:** (6) Obeys commands
**Intracranial Bleed** Risk factors reviewed

### Review of Systems

### Focused Review of Systems
**Eyes**
Denies: Blurred bilat, Diplopia.
**Respiratory**
Denies: Pleuritic pain, Shortness of breath.
**Musculoskeletal**

Page 1 of 8

Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:02/21/24                                        Acct#:
E72003768098

Reports: Lumbar pain, Neck pain.  Denies: Extremity pain, Thoracic pain.
**Neurologic**
Reports: Dizziness, Headache.  Denies: Change LOC, Confusion, Focal weakness,
Generalized weakness, Lightheaded, Numbness, Problem walking, Slurred speech, Syncope,
Tingling, Vision change.

## Past Medical History - Adult
**Stated Complaint** HEADACHE/VOMITING S/P HEAD INJURY
**Allergies**
**Coded Allergies:**
clindamycin (03/23/21)
tramadol (03/23/21)
**Uncoded Allergies:**
DIAL SOAP (10/01/23)

**Home Medications**
**Active Scripts**
Amoxicillin (AmoxiL) 500 MG PO Q8HR
    Amoxicillin (AmoxiL) 500 MG PO Q8HR  #30 CAP
    Prov:    03/23/21
NAPROXEN (NAPROSYN) 500 MG PO Q12HR
    NAPROXEN (NAPROSYN) 500 MG PO Q12HR  #15 TAB
    Prov:    03/23/21
Hydrocortisone (Hytone 2.5% Lotion) 1 APPLIC TOPICAL TID
    5 Days #59 ML
    Prov:    10/01/23
Hydrocortisone (Hytone 2.5% Cream) 1 APPLIC TOPICAL TID
    Hydrocortisone (Hytone 2.5% Cream) 1 APPLIC TOPICAL TID  #30 GRAM
    Prov:    10/01/23

**Past Medical History:**
Reports: Diabetes mellitus.  Denies: Hypertension.
**Additional Medical History**
DENIES PREGNANCY
**Additional Surgical History**
Oral
**Alcohol Use** Alcohol use
**Smoking status for patients 13 years old or older:** Unknown,if ever smoked

## Physical Exam

Page 2 of 8

Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:02/21/24                                              Acct#:
E72003768098

## Vital Signs
**Vital Signs**
First Documented:

|          | Result   | Date Time  |
|----------|----------|------------|
| Pulse Ox | 99       | 02/21 1452 |
| B/P      | 113/75   | 02/21 1452 |
| B/P Mean | 87       | 02/21 1452 |
| O2 Delivery | Room air | 02/21 1452 |
| Temp     | 99.0     | 02/21 1452 |
| Pulse    | 62       | 02/21 1452 |
| Resp     | 16       | 02/21 1452 |

Last Documented:

|          | Result   | Date Time  |
|----------|----------|------------|
| Pulse Ox | 98       | 02/21 1710 |
| B/P      | 120/71   | 02/21 1710 |
| B/P Mean | 87       | 02/21 1710 |
| O2 Delivery | Room air | 02/21 1710 |
| Temp     | 98.7     | 02/21 1710 |
| Pulse    | 67       | 02/21 1710 |
| Resp     | 16       | 02/21 1710 |

**Review of Vital Signs** Reviewed

**Focused PE**
**General/Const      \*\***
  **General/Const** Awake, Alert, No acute distress, Well appearing, Well developed, Well hydrated, Well nourished, Cooperative, Not toxic appearing
**MS Head          \*\***
  **Head** Atraumatic, Normocephalic
**Eyes**
  **Eyes** PERRL, EOMI, No periorbital redness, Conjunctiva NL
**Ears/Nose/Throat**
  **Ears/Nose/Throat** Atraumatic, Airway patent, Mucous membranes moist, Pharynx NL, No peritonsillar abscess, No pooling of secretions, No trismus, Tympanic membs NL, Ext aud canal NL, Mastoid area NL, Nose exam NL, No sinus tenderness, No facial swelling, Gums/dentition NL
**MS Neck          \*\***
  **Neck** No swelling, No crepitus
  **Text/Dict Notes**
Midline tenderness without crepitus or swelling

Page 3 of 8

Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:02/21/24                                        Acct#:
E72003768098

**Resp/Chest**
  **Respiratory/Chest** Atraumatic, Breath sounds NL, Breath sounds = bilat, No respiratory distress
**Cardiovascular**
  **Cardiovascular** Heart rate NL, Regular rhythm, Heart sounds NL, Peripheral circulation NL
**Abdomen/GI**
  **Abdomen/GI** Atraumatic, Soft, Non-tender, No distention
**MS Back**
  **Text/Dict Notes**
Midline lumbar tenderness. Full range of motion without discomfort. Neurovascularly intact distally. DTRs +1 bilaterally. Negative straight leg raise bilaterally
**MS Upper Extrem**
  **Upper Extremity/MS** Atraumatic, Inspection NL, Full range of motion, Non-tender, Neurologic intact, Vascular intact
**MS Lower Extrem**
  **Lower Ext/Pelvis/MS** Atraumatic, Inspection NL, Full range of motion, No swelling, Non-tender, No deformity, Neurologic intact, Vascular intact
  **Pelvis**
  Negative: Tender an-sup iliac crest, Tender post iliac crest, Tender anterior, Tender posterior, Tender R lateral, Tender L lateral, Tender R pubic ramus, Tender L pubic ramus, Pelvis unstable.
**Skin**
  **Skin** Atraumatic
**Neurologic**
  **Neurologic** Oriented X3, Speech NL, No motor deficits, No sensory deficits, CN II - XII intact, Reflexes equal bilat, Cerebellar NL, Memory NL, Gait NL

## Interpretation & Diagnostics

### Lab Results Interpretation
**Results**
Recent Impressions:
**COMPUTERIZED TOMOGRAPHY - CT L-SPINE W/O CONTRAST 02/21 1510**
*** Report Impression - Status: SIGNED  Entered: 02/21/2024 1602

IMPRESSION:
Negative CT of the lumbar spine.
This exam was performed according to our departmental dose-optimization program which includes automated exposure control, adjustment of the mA and/or kV according to patient size and/or use of iterative reconstruction technique.
Electronically signed by: Shahzeb Niazi DO 02/21/2024 04:00 PM

Page 4 of 8

Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:02/21/24                                              Acct#:
E72003768098

CST Workstation: RPFLWRS9422P
Impression By: LIP.SKN - NIAZI,SHAHZEB DO
**COMPUTERIZED TOMOGRAPHY - CT C-SPINE W/O CONTRAST 02/21 1510**
\*\*\* Report Impression - Status: SIGNED  Entered: 02/21/2024 1601

IMPRESSION:
Negative CT of the cervical spine.
This exam was performed according to our departmental
dose-optimization program which includes automated exposure
control, adjustment of the mA and/or kV according to patient size
and/or use of iterative reconstruction technique.
Electronically signed by:  Shahzeb Niazi DO  02/21/2024 03:59 PM
CST Workstation: RPFLWRS9422P
Impression By: LIP.SKN - NIAZI,SHAHZEB DO
**COMPUTERIZED TOMOGRAPHY - CT BRAIN W/O CONTRAST 02/21 1515**
\*\*\* Report Impression - Status: SIGNED  Entered: 02/21/2024 1600

IMPRESSION:
Negative head CT.
This exam was performed according to our departmental
dose-optimization program which includes automated exposure
control, adjustment of the mA and/or kV according to patient size
and/or use of iterative reconstruction technique.
Electronically signed by:  Shahzeb Niazi DO  02/21/2024 03:58 PM
CST Workstation: RPFLWRS9422P
Impression By: LIP.SKN - NIAZI,SHAHZEB DO
**RADIOLOGY - PELVIS 02/21 1557**
\*\*\* Report Impression - Status: SIGNED  Entered: 02/21/2024 1641

FINDINGS/IMPRESSION:
One AP view of the pelvis demonstrates no evidence of fracture or
alignment abnormality. Mild SI joint arthrosis and bilateral
iliac enthesopathy noted. There is mild acetabular and right more
so than left femoral osteophytosis with white and even left
femoral head over coverage and mild degree of acetabular
protrusio bilaterally.
Electronically signed by: John Jackson MD  02/21/2024 04:39 PM EST
Workstation: RPFLWRS330QT
Impression By: LIP.JBJ1 - JOHN JACKSON, MD

Page 5 of 8

```
Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:02/21/24                                    Acct#:
E72003768098
```

## Re-Evaluation & MDM

### Free Text MDM Notes
**Free Text MDM Notes**
Reviewed old records.

Pelvis x-ray-no acute fracture misalignment

CT brain-no acute process

CT C-spine-no acute process

CT L spine-no acute process

50-year-old female in of bathroom of air liner that had turbulence suffered a fall with head injury neck and back and pelvic pain.  Evaluation here shows no emergent injury. Recommend Tylenol and Motrin follow-up with Neurology of headache continues

## ED Course
**Medication(s) Ordered**
Medication(s) Ordered:
**Central Nervous System Agents**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Ketorolac Tromethamine | 30 MG | X1ED STA IM | 02/21 1643 02/21 1644 | DC | 02/21 1646 |

## Patient Discharge & Departure

### Vital Signs/Condition
**Vital Signs**
First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 99 | 02/21 1452 |
| B/P | 113/75 | 02/21 1452 |
| B/P Mean | 87 | 02/21 1452 |
| O2 Delivery | Room air | 02/21 1452 |
| Temp | 99.0 | 02/21 1452 |
| Pulse | 62 | 02/21 1452 |

```
Page 6 of 8
```

Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:02/21/24                                    Acct#:
E72003768098

| Resp | 16 | 02/21 1452 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 02/21 1710 |
| B/P | 120/71 | 02/21 1710 |
| B/P Mean | 87 | 02/21 1710 |
| O2 Delivery | Room air | 02/21 1710 |
| Temp | 98.7 | 02/21 1710 |
| Pulse | 67 | 02/21 1710 |
| Resp | 16 | 02/21 1710 |

All vital signs available at the time of this entry have been reviewed.

**Condition** Stable

## Clinical Impression
Clinical Impression
**Primary Impression:** HEAD CONTUSION
**Secondary Impressions:** CERVICAL STRAIN, LUMBAR STRAIN, PELVIC CONTUSION

## Disposition Decision
Discharge
   )( **Discharged to Home** Yes
   )( **Time** 1614
   )( **Date** 02/21/24

## Discharge/Care Plan
**Counseled Regarding** Diagnosis, Imaging studies, Prescriptions, Need for follow-up
**Patient Instructions** ED Back Sprain or Strain, ED Head Injury (Adult)
**Additional Instructions**
Your evaluation here in the emergency department was reassuring. The CT scan of your brain neck and back showed no abnormalities. There is a possibility you could have a slight concussion. Your symptoms should abate in a few days if they do not I have provided you with contact information for local neurologist Dr. Reddy. I recommend Tylenol alternate with Motrin. If her back and neck pain continues please follow-up with her primary care physician or primary care physician of your choice

## Quality Measures
**Pt Treated for EMC?** Yes

```
Patient: ALBURY,STEPHANIE
Unit#:E000342375
Date:02/21/24                           Acct#:
E72003768098
```

## HEALY,NICHOLAS N. DO 02/21/24 1826:
## Patient Discharge & Departure

### Discharge/Care Plan
**Referrals**
**Provider Referral:** Acevedo,Arnaldo
  **Address:**
  205 W Busch Blvd
  Tampa, fl 33612

**Provider Referral:** Reddy,Sunil-Kumar S MD
  **Address:**
  2919 Swann Ave Ste 401
  Tampa, FL 33609

### Supervising Physician Note
  **MidLv Saw Pt Alone**
I have reviewed the PA/NP's note and plan of care. I was available for consultation as needed at all times during the patient's visit in the emergency department. I agree with the clinical impression, plan and disposition.

Electronically Signed by Sutherland,Mark H PA on 02/21/24 at 1644
Electronically Signed by Healy,Nicholas N DO on 02/21/24 at 1827

```
RPT#:0221-0205
***END OF REPORT***
```

Patient:ALBURY, STEPHANIE          MRN:E000342376     Encounter:E72003768098     Page 1 of 2

```
02/22/24 0218                                     MEDICATION DISCHARGE SUMMARY                                        PAGE: 1

NAME: ALBURY,STEPHANIE              ADMIT DATE:                              AGE: 50
UNIT #: E000342376                 DISCHARGE DATE:                          SEX: F
ACCT #: E72003768098               STATUS: DEP ER
CODED ALLERGIES    clindamycin, tramadol
CODED ADRs
UNCODED ALLERGIES  DIAL SOAP
UNCODED ADRs
```

| ADMINISTRATION PERIOD: | START/ | |
| --- | --- | --- |
| 0700 02/21/24 to 0659 02/22/24 | STOP: | |

```
TORADOL 30 MG/ML VIAL (KETOROLAC TROMETHAMINE 30 MG/ML VIAL)    |02/21/24 | 1643 BUD5271 at 1646  SITE: RH - Right Hip GAVE: 30 MG
30 MG IM ONCE IN ED/STA                                         |02/21/24 |      Barcode Medication: KETOROLAC TROMETHAMINE 30 MG/ML VIAL
Comments: IF AN IV AND PO PAIN MEDICATION ARE ORDERED FOR THE SAME       |      NDC/DIN: 0409379519 (SOURCE:  eMAR)
         PAIN LEVEL, THE PO MEDICATION WILL BE ADMINISTERED              |      Administering for pain management: No
         PREFERENTIALLY WHEN THE PATIENT IS ABLE TO TAKE PO.             |                                          (End)
         (May administer less potent prescribed medication based        | Pain details:
         on patient request per the organization's medication           |
         management policy.)                                            | Most common side effects reviewed with patient?: Yes
RX #: 03172417                                                          | :: KETO30V1:nausea/diarrhea, headache, increased BP
                                                                        |     Difference between amount dispensed
                                                                        |     and amount administered was discarded.
                                                                        |     02/21/24-1646 File Document by BUD5271
                                                                        | 1643 Order Entry PASUTMA
                                                                        | 1644 Pharmacy Discontinue SCHEDULER
                                                                        | 1646 Nursing Acknowledged Order  BUD5271
```

*** CONTINUED ON PAGE 2 ***
This document is part of the legal medical record.

```
02/22/24 0218                              MEDICATION DISCHARGE SUMMARY                            PAGE: 2

NAME: ALBURY,STEPHANIE              UNIT #: E000342375                    ACCT #: E72003768098
```

| LEGENDS |
| --- |

REASON CODES                        SITE CODES
                                    RH - Right Hip


                                 ELECTRONICALLY SIGNED BY

USER      USER NAME/TYPE         USER      USER NAME/TYPE         USER      USER NAME/TYPE         USER      USER NAME/TYPE
BUDS271   Dias,Serena

                                      OTHER USERS

USER      USER NAME               USER      USER NAME             USER      USER NAME             USER      USER NAME
PASUTMA   SUTHERLAND,MARK H. P

                                    P-HA ALLERGY HISTORY

| DATE | RHA | USER | ALLERGY DETAILS | |
| --- | --- | --- | --- | --- |
| 03/23/21 1554 | N | 3CYO7524 - Souslin,April* | ADDED<br>clindamycin<br>OLD:<br>NEW: clindamycin added. CLINDAMYCIN<br>ADDED<br>tramadol<br>OLD:<br>NEW: tramadol added. TRAMADOL | by 3CYO7524<br><br><br><br>by 3CYO7524 |
| 10/01/23 1304 | N | 3IPB4848 - JANS,GRACE | ADDED<br>DIAL SOAP<br>OLD:<br>NEW: DIAL SOAP added. | by 3IPB4848 |
| 02/21/24 1451 | N | 3KDU4044 - BARCZAK,DRAKE | FILED<br><br>TEXT:<br>User filed without changing allergy record. | by 3KDU4044 |

PRINTED BY HPF.FEED 02/22/24 0218
This document is part of the legal medical record.

```
HCA FL South Tampa Hosp        Name: ALBURY,STEPHANIE
HCA FL South Tampa Tampa Hosp  Phys: Healy,Nicholas N  DO
2901 W Swann Avenue            DOB: 12/01/1973  Age: 50      Sex: F
Tampa, FL 33609                Acct: E72003768098  Loc: E.ED
PHONE #: 813-873-6409          Exam Date: 02/21/2024 Status: REG ER
  FAX #: 813-873-6471          Radiology No:
                           Unit No: E000342375
```

EXAMS:
004368894 PELVIS

    XR PELVIS 1-2 VIEWS.
  HISTORY/INDICATION: Trauma, pain.
  COMPARISON:  None available
    FINDINGS/IMPRESSION:
  One AP view of the pelvis demonstrates no evidence of fracture or
  alignment abnormality. Mild SI joint arthrosis and bilateral
  iliac enthesopathy noted. There is mild acetabular and right more
  so than left femoral osteophytosis with white and even left
  femoral head over coverage and mild degree of acetabular
  protrusio bilaterally.
  Electronically signed by: John Jackson MD  02/21/2024 04:39 PM EST
  Workstation: RPFLWRS33OQT


** Electronically Signed by JOHN JACKSON MD on 02/21/2024 at 1639 **
        Reported and signed by: JOHN JACKSON, MD


CC: Nicholas N Healy DO

Dictated Date/Time: 02/21/2024 (1639)

Technologist: ALAN KOENIG, RT R
Transcribed Date/Time: 02/21/2024 (1639)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 02/21/2024 (1639)
Printed Date/Time: 02/21/2024 (1641) BATCH NO: N/A

PAGE  1                    Signed Report


Patient:ALBURY, STEPHANIE      MRN:E000342375   Encounter:E72003768098    Page 1 of 1

```
HCA FL South Tampa Hosp       Name: ALBURY,STEPHANIE
HCA FL South Tampa Tampa Hosp Phys: Healy,Nicholas N  DO
2901 W Swann Avenue           DOB: 12/01/1973  Age: 50      Sex: F
Tampa, FL 33609               Acct: E72003768098  Loc: E.ED
PHONE #: 813-873-6409         Exam Date: 02/21/2024 Status: REG ER
  FAX #: 813-873-6471         Radiology No:
                     Unit No: E000342375
```

EXAMS:
004368886 CT BRAIN W/O CONTRAST

      EXAMINATION:
    CT BRAIN W/O CONTRAST
    CLINICAL INDICATION: Female, 50 years old. trauma
    TECHNIQUE: Axial CT of the head with multiplanar reformations.
    CONTRAST: None.
    COMPARISON: None
    FINDINGS:
    Brain: There is no mass, hemorrhage, or acute infarct. There is
    normal brain development, formation, and gray-white matter
    differentiation. The ventricular system, cisterns, and sulci are
    of normal size, shape, and contour. There are no intra or
    extra-axial fluid collections. There is no mass effect, midline
    shift, herniation, or edema. Cerebellar tonsils are in normal
    position.
    Orbits: The visualized orbital structures are normal.
    Sella: Normal.
    Paranasal Sinuses and Temporal Bones: The paranasal sinuses,
    mastoid air cells and the middle ear cavities are well aerated.
    Bones: There are no bony lytic or osteoblastic lesions.
      IMPRESSION:
      Negative head CT.
      This exam was performed according to our departmental
      dose-optimization program which includes automated exposure
      control, adjustment of the mA and/or kV according to patient size
      and/or use of iterative reconstruction technique.
      Electronically signed by:  Shahzeb Niazi DO  02/21/2024 03:58 PM
      CST Workstation: RPFLWRS9422P


** Electronically Signed by SHAHZEB NIAZI DO on 02/21/2024 at 1558 **
            Reported and signed by: NIAZI,SHAHZEB DO




CC: Nicholas N Healy DO

Dictated Date/Time: 02/21/2024 (1558)

Technologist: ANA WOHLGEMUTH RT(R)(CT); TRACEY CLINE RT(R)(CT)(MR)
Transcribed Date/Time: 02/21/2024 (1558)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 02/21/2024 (1558)
Printed Date/Time: 02/21/2024 (1600) BATCH NO: N/A

PAGE  1                    Signed Report

```
HCA FL South Tampa Hosp          Name: ALBURY,STEPHANIE
HCA FL South Tampa Tampa Hosp    Phys: Healy,Nicholas N  DO
2901 W Swann Avenue              DOB: 12/01/1973   Age: 50       Sex: F
Tampa, FL 33609                  Acct: E72003768098  Loc: E.ED
PHONE #: 813-873-6409            Exam Date: 02/21/2024 Status: REG ER
  FAX #: 813-873-6471            Radiology No:
                                 Unit No: E000342375
```

EXAMS:
004368892 CT C-SPINE W/O CONTRAST

    EXAMINATION:
CT C-SPINE W/O CONTRAST
CLINICAL INDICATION: Female, 50 years old. Trauma, pain
TECHNIQUE: CT of the cervical spine with multiplanar
reformations.
CONTRAST: None.
COMPARISON: None
FINDINGS:
Osseous Structures: The cervical spine is in normal anatomic
alignment. The anatomic relationship between the anterior arch of
C1, dens, and foramen magnum is well-maintained. Atlantoaxial
joint space measures within normal limits. There are no
fractures. Posterior elements are intact.
Soft Tissue: Normal.
Disc Spaces:
The disc space heights are maintained.
  IMPRESSION:
  Negative CT of the cervical spine.
  This exam was performed according to our departmental
  dose-optimization program which includes automated exposure
  control, adjustment of the mA and/or kV according to patient size
  and/or use of iterative reconstruction technique.
  Electronically signed by: Shahzeb Niazi DO  02/21/2024 03:59 PM
  CST Workstation: RPFLWRS9422P

** Electronically Signed by SHAHZEB NIAZI DO on 02/21/2024 at 1559 **
        Reported and signed by: NIAZI,SHAHZEB DO

CC: Nicholas N Healy DO

Dictated Date/Time: 02/21/2024 (1559)

Technologist: ANA WOHLGEMUTH RT(R)(CT); TRACEY CLINE RT(R)(CT)(MR)
Transcribed Date/Time: 02/21/2024 (1559)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 02/21/2024 (1559)
Printed Date/Time: 02/21/2024 (1601) BATCH NO: N/A

PAGE  1                    Signed Report

Patient:ALBURY, STEPHANIE        MRN:E000342375   Encounter:E72003768098      Page 1 of 1

```
HCA FL South Tampa Hosp      Name: ALBURY,STEPHANIE
HCA FL South Tampa Hosp      Phys: Healy,Nicholas N  DO
2901 W Swann Avenue          DOB: 12/01/1973  Age: 50      Sex: F
Tampa, FL 33609              Acct: E72003768098  Loc: E.ED
PHONE #: 813-873-6409        Exam Date: 02/21/2024 Status: REG ER
  FAX #: 813-873-6471        Radiology No:
                         Unit No: E000342375
```

EXAMS:
004368893 CT L-SPINE W/O CONTRAST

    EXAMINATION:
CT L-SPINE W/O CONTRAST
CLINICAL INDICATION: Female, 50 years old. Trauma, pain
TECHNIQUE: Axial CT of the lumbar spine with multiplanar
reformations.
CONTRAST: None.
COMPARISON: None
FINDINGS:
Osseous Structures: There is normal sagittal and coronal
alignment. There is no fracture.
Lower Thoracic Cord, Conus and Intradural Structures: There is
limited evaluation of the cord and intradural structures on CT
done without intrathecal contrast.
Disc Spaces:
There is no canal or neuroforaminal stenosis.
Soft Tissues: Normal.
Pelvis: Normal.
   IMPRESSION:
  Negative CT of the lumbar spine.
  This exam was performed according to our departmental
  dose-optimization program which includes automated exposure
  control, adjustment of the mA and/or kV according to patient size
  and/or use of iterative reconstruction technique.
  Electronically signed by:  Shahzeb Niazi DO  02/21/2024 04:00 PM
  CST Workstation: RPFLWRS9422P

' ** Electronically Signed by SHAHZEB NIAZI DO on 02/21/2024 at 1600 **
        Reported and signed by: NIAZI,SHAHZEB DO

CC: Nicholas N Healy DO

Dictated Date/Time: 02/21/2024 (1600)

Technologist: ANA WOHLGEMUTH RT(R)(CT); TRACEY CLINE RT(R)(CT)(MR)
Transcribed Date/Time: 02/21/2024 (1600)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 02/21/2024 (1600)
Printed Date/Time: 02/21/2024 (1602) BATCH NO: N/A

PAGE  1                    Signed Report

```
                         HCA FL South Tampa Hospital
                         2901 W Swann Ave   Tampa, FL  33609
                         HPF LAB Discharge Summary Report w/o Pathology      FINAL
RUN DATE: 02/22/24                                                          PAGE 1
RUN TIME: 0102
RUN USER: LABBKGJOB


--------------------------------------------------------------------------------
PATIENT: ALBURY,STEPHANIE            ACCT #: E72003768098 LOC:  E.ED    U #: E000342375
                                     AGE/SX: 50/F    ROOM:            REG: 02/21/24
REG DR:  Healy,Nicholas N  DO        STATUS: DEP ER   BED:            DIS:
--------------------------------------------------------------------------------
                           *** CANCELLED SPECIMENS ***

0221:MMC:H0007OS  CAN, Coll: 02/21/24-1501 Recd: - (R#01348565) Healy,Nicholas
      Ordered: CBC W/DIFF
      Comment: PER DR
0221:MMC:C0016OS  CAN, Coll: 02/21/24-1501 Recd: - (R#01348565) Healy,Nicholas
      Ordered: CMP
      Comment: PER MARK THE PA
```

```
--------------------------------------------------------------------------------
Patient: ALBURY,STEPHANIE            Age/Sex: 50/F     Acct#E72003768098 Unit#E000342375
--------------------------------------------------------------------------------
```

```
Patient:ALBURY, STEPHANIE       MRN:E000342375    Encounter:E72003768098    Page 1 of 1
```

```
RUN DATE: 02/23/24              MEDITECH FACILITY: COCMMC                    PAGE 1
RUN TIME: 0100                  IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:   ALBURY,STEPHANIE         A/S: 50 F       ADMIT:    02/21/24
ACCOUNT NO: E72003768098            LOC: E.ED       DISCH/DEP: 02/21/24
                                    RM:             STATUS:   ER
ATTEND DR: Healy,Nicholas N  DO     BD:             UNIT NO:  E000342375
REPORT STATUS: FINAL
```

Order Date: 02/21/24                         —Service—
Category   Procedure Name          Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
LAB        CBC WITH DIFFERENTIAL   20240221-0361 02/21/24 1501 S      E          CNC      HEANI
Other Provider : SUTMA         Sig Lvl Provider :
    .
    .
    .

Order's Audit Trail of Events

1   02/21/24 1502 PASUTMA    Order ENTER in EDM/POM
2   02/21/24 1502 PASUTMA    Ordering Doctor: Healy,Nicholas N  DO
3   02/21/24 1502 PASUTMA    Order Source: EPOM
4   02/21/24 1502 PASUTMA    Other Doctor: Sutherland,Mark H  PA
5   02/21/24 1502 PASUTMA    Signed by Sutherland,Mark H  PA
6   02/21/24 1502 interface  cc'd doctors edited in LAB
7   02/21/24 1502 interface  order's status changed from TRANS to LOGGED by LAB
8   02/21/24 1502 interface  order's status changed from LOGGED to IN PRO by LAB
9   02/21/24 1538 PASUTMA    Order DC in EDM/POM
10  02/21/24 1538 PASUTMA    Ordering Doctor: Healy,Nicholas N  DO
11  02/21/24 1538 PASUTMA    Order Source: EPOM
12  02/21/24 1538 PASUTMA    Other Doctor: Sutherland,Mark H  PA
13  02/21/24 1538 PASUTMA    order cancel requested
14  02/21/24 1538 PASUTMA    Signed by Sutherland,Mark H  PA
15  02/21/24 1550 interface  order's status changed from IN PRO to CANCEL by LAB
16  02/21/24 1816 PHHEAN     Signed by Healy,Nicholas N  DO
Cancel request comment: Provider Decision
Cancel comment: PER DR

                    Electronically signed by Healy,Nicholas N  DO on 02/21/24 at 1816

                    Electronically signed by Sutherland,Mark H  PA on 02/21/24 at 1538
```

Order Date: 02/21/24                         —Service—
Category   Procedure Name               Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
LAB        COMPREHENSIVE METABOLIC PANEL 20240221-0362 02/21/24 1501 S      E          CNC      HEANI
Other Provider : SUTMA         Sig Lvl Provider :
    .
    .
    .

Order's Audit Trail of Events

1   02/21/24 1502 PASUTMA    Order ENTER in EDM/POM
2   02/21/24 1502 PASUTMA    Ordering Doctor: Healy,Nicholas N  DO
3   02/21/24 1502 PASUTMA    Order Source: EPOM
4   02/21/24 1502 PASUTMA    Other Doctor: Sutherland,Mark H  PA
5   02/21/24 1502 PASUTMA    Signed by Sutherland,Mark H  PA
6   02/21/24 1502 interface  cc'd doctors edited in LAB
7   02/21/24 1502 interface  order's status changed from TRANS to LOGGED by LAB
8   02/21/24 1502 interface  order's status changed from LOGGED to IN PRO by LAB
9   02/21/24 1538 PASUTMA    Order DC in EDM/POM
10  02/21/24 1538 PASUTMA    Ordering Doctor: Healy,Nicholas N  DO
11  02/21/24 1538 PASUTMA    Order Source: EPOM
```

## PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 02/23/24               MEDITECH FACILITY: COCMMC                    PAGE 2
RUN TIME: 0100                    IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:    ALBURY,STEPHANIE             A/S: 50 F        ADMIT:    02/21/24
ACCOUNT NO: E72003768098                 LOC: E.ED        DISCH/DEP: 02/21/24
                                         RM:              STATUS:   ER
ATTEND DR: Healy,Nicholas N  DO          BD:              UNIT NO:  E000342375
REPORT STATUS: FINAL
```

```
12   02/21/24 1538 PASUTMA    Other Doctor: Sutherland,Mark H  PA
13   02/21/24 1538 PASUTMA    order cancel requested
14   02/21/24 1538 PASUTMA    Signed by Sutherland,Mark H  PA
15   02/21/24 1550 interface  order's status changed from IN PRO to CANCEL by LAB
16   02/21/24 1816 PHH.FANI   Signed by Healy,Nicholas N  DO
     Cancel request comment: Provider Decision
     Cancel comment: PER MARK THE PA

            Electronically signed by Healy,Nicholas N  DO on 02/21/24 at 1816

            Electronically signed by Sutherland,Mark H  PA on 02/21/24 at 1538
```

```
Order Date: 02/21/24                    ──Service──
Category    Procedure Name               Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
FNS         NOTHING BY MOUTH             20240221-0042 02/21/24 D    R       E          TRN     HEANI
Other Provider : SUTMA       Sig Lvl Provider :

    **CONSIDER IV FLUIDS FOR NPO PATIENTS**

    NPO Order:                    NPO

    Order's Audit Trail of Events

1    02/21/24 1502 PASUTMA    Order ENTER in EDM/POM
2    02/21/24 1502 PASUTMA    Ordering Doctor: Healy,Nicholas N  DO
3    02/21/24 1502 PASUTMA    Order Source: EPOM
4    02/21/24 1502 PASUTMA    Other Doctor: Sutherland,Mark H  PA
5    02/21/24 1502 PASUTMA    Signed by Sutherland,Mark H  PA
6    02/21/24 1816 PHH.FANI   Signed by Healy,Nicholas N  DO

            Electronically signed by Healy,Nicholas N  DO on 02/21/24 at 1816

            Electronically signed by Sutherland,Mark H  PA on 02/21/24 at 1502
```

```
Order Date: 02/21/24                    ──Service──
Category    Procedure Name               Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
CT          CT BRAIN W/O CONTRAST        20240221-0023 02/21/24 1515 S       E          CMP     HEANI
Other Provider : SUTMA       Sig Lvl Provider :
    Reason for Exam:             trauma

    Order's Audit Trail of Events

1    02/21/24 1505 PASUTMA    Order ENTER in EDM/POM
2    02/21/24 1505 PASUTMA    Ordering Doctor: Healy,Nicholas N  DO
3    02/21/24 1505 PASUTMA    Order Source: EPOM
4    02/21/24 1505 PASUTMA    Other Doctor: Sutherland,Mark H  PA
5    02/21/24 1505 PASUTMA    Signed by Sutherland,Mark H  PA
6    02/21/24 1506 interface  order's status changed from TRANS to LOGGED by RAD
7    02/21/24 1541 interface  order's status changed from LOGGED to IN PRO by RAD
8    02/21/24 1544 interface  order service time edited: old value - 1505
9    02/21/24 1600 interface  order's status changed from IN PRO to COMP by RAD
10   02/21/24 1816 PHH.FANI   Signed by Healy,Nicholas N  DO
```

PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 02/23/24                    MEDITECH FACILITY: COCMMC                      PAGE 3
RUN TIME: 0100                          IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT:   ALBURY,STEPHANIE                 A/S: 50 F        ADMIT:      02/21/24
ACCOUNT NO: E72003768098                    LOC: E.ED        DISCH/DEP: 02/21/24
                                            RM:              STATUS:    ER
ATTEND DR: Healy,Nicholas N  DO             BD:              UNIT NO:   E000342375
REPORT STATUS: FINAL
```

Electronically signed by Healy,Nicholas N  DO on 02/21/24 at 1816

Electronically signed by Sutherland,Mark H  PA on 02/21/24 at 1505

---

```
Order Date: 02/21/24                        —Service—
Category   Procedure Name              Order Number  Date      Time Pri Qty Ord Source Status   Ordered By
CT         CT C-SPINE W/O CONTRAST     20240221-0026 02/21/24  1510 S       E            CMP     HEANI
Other Provider : SUTMA        Sig Lvl Provider :
   Reason for Exam:              Trauma, pain

   Order's Audit Trail of Events

1    02/21/24 1520 PASUTMA     Order ENTER in EDM/POM
2    02/21/24 1520 PASUTMA     Ordering Doctor: Healy,Nicholas N  DO
3    02/21/24 1520 PASUTMA     Order Source: EPOM
4    02/21/24 1520 PASUTMA     Other Doctor: Sutherland,Mark H  PA
5    02/21/24 1520 PASUTMA     Signed by Sutherland,Mark H  PA
6    02/21/24 1521 interface   order's status changed from TRANS to LOGGED by RAD
7    02/21/24 1542 interface   order's status changed from LOGGED to IN PRO by RAD
8    02/21/24 1544 interface   order service time edited: old value - 1520
9    02/21/24 1601 interface   order's status changed from IN PRO to COMP by RAD
10   02/21/24 1816 HEANI       Signed by Healy,Nicholas N  DO
```

Electronically signed by Healy,Nicholas N  DO on 02/21/24 at 1816

Electronically signed by Sutherland,Mark H  PA on 02/21/24 at 1520

---

```
Order Date: 02/21/24                        —Service—
Category   Procedure Name              Order Number  Date      Time Pri Qty Ord Source Status   Ordered By
CT         CT L-SPINE W/O CONTRAST     20240221-0027 02/21/24  1510 S       E            CMP     HEANI
Other Provider : SUTMA        Sig Lvl Provider :
   Reason for Exam:              Trauma, pain

   Order's Audit Trail of Events

1    02/21/24 1520 PASUTMA     Order ENTER in EDM/POM
2    02/21/24 1520 PASUTMA     Ordering Doctor: Healy,Nicholas N  DO
3    02/21/24 1520 PASUTMA     Order Source: EPOM
4    02/21/24 1520 PASUTMA     Other Doctor: Sutherland,Mark H  PA
5    02/21/24 1520 PASUTMA     Signed by Sutherland,Mark H  PA
6    02/21/24 1521 interface   order's status changed from TRANS to LOGGED by RAD
7    02/21/24 1542 interface   order's status changed from LOGGED to IN PRO by RAD
8    02/21/24 1544 interface   order service time edited: old value - 1520
9    02/21/24 1602 interface   order's status changed from IN PRO to COMP by RAD
10   02/21/24 1816 HEANI       Signed by Healy,Nicholas N  DO
```

Electronically signed by Healy,Nicholas N  DO on 02/21/24 at 1816

Electronically signed by Sutherland,Mark H  PA on 02/21/24 at 1520

---

## PERMANENT MEDICAL RECORD COPY

```
RUN DATE: 02/23/24                      MEDITECH FACILITY: COCMMC                          PAGE 4
RUN TIME: 0100                            IDEV - Discharge Report
RUN USER: HPF.FEED

PATIENT: ALBURY,STEPHANIE                 A/S: 50 F        ADMIT:      02/21/24
ACCOUNT NO: E72003768098                  LOC: E.ED        DISCH/DEP: 02/21/24
                                          RM:              STATUS:    ER
ATTEND DR: Healy,Nicholas N  DO           BD:              UNIT NO:   E000342375
REPORT STATUS: FINAL
```

Order Date: 02/21/24 ⸻Service⸻
Category    Procedure Name              Order Number   Date     Time Pri Qty Ord Source Status  Ordered By
RAD         PELVIS                      20240221-0033 02/21/24 1557 S        E          CMP     HEANI
Other Provider : SUTMA        Sig Lvl Provider :
  Reason for Exam:                      Trauma, pain

  Order's Audit Trail of Events

  1   02/21/24 1520 PASUTMA     Order ENTER in EDM/POM
  2   02/21/24 1520 PASUTMA     Ordering Doctor: Healy,Nicholas N  DO
  3   02/21/24 1520 PASUTMA     Order Source: EPOM
  4   02/21/24 1520 PASUTMA     Other Doctor: Sutherland,Mark H  PA
  5   02/21/24 1520 PASUTMA     Signed by Sutherland,Mark H  PA
  6   02/21/24 1521 interface   order's status changed from TRANS to LOGGED by RAD
  7   02/21/24 1557 interface   order's status changed from LOGGED to IN PRO by RAD
  8   02/21/24 1641 interface   order's status changed from IN PRO to COMP by RAD
  9   02/21/24 1641 interface   order service time edited: old value - 1520
 10   02/21/24 1816 PHHEANI     Signed by Healy,Nicholas N  DO

        Electronically signed by:Healy,Nicholas N  DO on 02/21/24 at 1816

        Electronically signed by:Sutherland,Mark H  PA on 02/21/24 at 1520

---

Order Date: 02/21/24 ⸻Service⸻
Category    Procedure Name              Order Number   Date     Time Pri Qty Ord Source Status  Ordered By
MED.COCMMC MEDICATIONS                  20240221-0939 02/21/24 1643 S        E          CMP     HEANI
Other Provider : SUTMA        Sig Lvl Provider :
RX: 03172417                          Start: 02/21/24  1643      STA CMP
                                       Stop: 02/21/24  1644

    Ketorolac Inj (Toradol Inj)
    Dose: 30 MG
    Route: IM                        Direction: X1ED

  Order's Audit Trail of Events

  1   02/21/24 1643 PASUTMA     Order ENTER in EDM/POM
  2   02/21/24 1643 PASUTMA     Ordering Doctor: Healy,Nicholas N  DO
  3   02/21/24 1643 PASUTMA     Order Source: EPOM
  4   02/21/24 1643 PASUTMA     Other Doctor: Sutherland,Mark H  PA
  5   02/21/24 1643 PASUTMA     Signed by Sutherland,Mark H  PA
  6   02/21/24 1644 SCHEDULER   DISCONTINUE in PHA
  7   02/21/24 1646 BUD5271     order acknowledged
  8   02/21/24 1816 PHHEANI     Signed by Healy,Nicholas N  DO

        Electronically signed by:Healy,Nicholas N  DO on 02/21/24 at 1816

        Electronically signed by:Sutherland,Mark H  PA on 02/21/24 at 1643


 ** IDEV END OF REPORT **
```

PERMANENT MEDICAL RECORD COPY

TRANSWORLD SYSTEMS INC.
500 VIRGINIA DR. SUITE 514
FT WASHINGTON, PA 19034
877-420-4789
OFFICE HOURS: 8AM - 5PM ET MON - FRI



01/14/26

ıllıllıllıllılıllılılıllılılllllllllıllııllılıllıllılılıllıllılıllıllıl

STEPHANIE ALBURY
2005 E 26TH AVE 32B
TAMPA FL  33605-1271

| CLIENT NAME: | ACCOUNT #: | CLIENT REF: | BALANCE DUE: |
|---|---|---|---|
| Florida Orthopaedic Inst | 977Y8-4932673A18 | 4932673A18802G1 | $250.00 |

The above amount remains unpaid.

Send correspondence, other than payment, to this collection agency at P.O. BOX 17221, WILMINGTON, DE 19850.

Please send payment to:
Florida Orthopaedic Inst
PO BOX 9194
Belfast ME 04915

Our Client's Phone:
813-978-9700

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.  Calls to or from this company may be monitored or recorded.
**Notice: See Reverse Side for Important Information.**
We are required under some states' laws to notify consumers of certain rights as detailed in the list on the back of this notice. Consumers have rights under state and federal law that are not described in this letter or in the list on the back of this notice.
Our request for payment does not affect your right to dispute this debt as described in our first letter.

Transworld systems
1-14-2026

SEND CORRESPONDENCE
(other than payment),
to this collection agency at:
PO Box 17221, Wilmington, DE 19850

PLEASE SEND PAYMENT TO
Florida Orthopaedic Inst
PO BOX 9194
Belfast ME 04915

Our Client's Phone:
813-978-9700

DETACH AND RETURN WITH PAYMENT

141091-T045-AI-14I

MAKE CHECK OR MONEY ORDER PAYABLE TO:
Florida Orthopaedic Inst
PO BOX 9194
Belfast ME 04915
IllIIIllIIIlIIIIIIlIIIlIIllIIlII

0015 000580  1 of 1

| STATEMENT DATE: | 01/14/26 |
| CLIENT NAME: | Florida Orthopaedic Inst |
| ACCOUNT #: | 977Y8-4932673A18 |
| CLIENT REF: | 4932673A18802G1 |
| BALANCE DUE: | $250.00 |



Please see reverse for additional payment
options. Pay online at N/A

977Y8 4932673A18 4932673A18802G1 000025000

1/30/26, 3:16 PM                                        Confirmation

liment, Comment (/consumer/s/oacp-form)          Complaint Handling Process (/consumer/s/complaint-handling-process)

# Your complaint has been received by the U.S. Department of Transportation.

**DOT's Consumer Complaint Process:**
- Your complaint will be sent to the identified airline and/or ticket agent for response.
- DOT will also receive a copy of the response.
- All complaints involving air travel service issues are logged in DOT's Office of Aviation Consumer Protection database.
  - Note: We do not have authority to order compensation for individual complainants.

**Airline and Ticket Agent Response Due Dates:**
- If your complaint involves an allegation of **discrimination based on disability,** airlines are required to provide a dispositive response to you within 30 days. Ticket agents are not subject to the same time requirements but should also provide a response within a reasonable time.
- Airlines are required to acknowledge receipt of all other consumer complaints within 30 days and provide a substantive response to you within 60 days. Ticket agents are not subject to the same time requirements but should also provide a response within a reasonable time.

**Civil Rights Complaint Resolution:**
- **If your complaint involves an allegation of discrimination based on disability or other protected class,** Office of Aviation Consumer Protection staff will thoroughly review each case to determine if a violation occurred. Once review of your case is complete, an analysis with findings will be sent to you. Please note that due to the volume of cases received, and the thoroughness of this process, it may take some time to fully process your case.

**Publication and Tracking of Complaints and Data Filed with DOT:**
- Consumer complaints help DOT spot trends in the airline industry and determine the extent to which regulated entities are complying with the laws that it enforces and to track trends or spot areas of concern that may warrant further action. Generally, we pursue investigations and potential enforcement action if a number of complaints indicate a pattern or practice of violating aviation consumer protection requirements. Complaints may also be the basis for regulatory actions.
- Every month, DOT publishes its Air Travel Consumer Report (https://www.transportation.gov/airconsumer/air-travel-consumer-reports), which contains information about the number and type of air travel service complaints DOT receives about airlines and ticket agents. This report is made available to the public so

Confirmation

that consumers and other stakeholders can compare the complaint records of individual airlines, ticket agents, and tour operators.

- In addition to complaints, the report also contains data that the airlines file with us on flight delays, cancellations, bumping, mishandled baggage, and other helpful information.

liment, Comment (/consumer/s/oacp-form)    Complaint Handling Process (/consumer/s/complaint-handling-process)

## OFFICE OF AVIATION CONSUMER PROTECTION

### U.S. DEPARTMENT OF TRANSPORTATION

1200 New Jersey Avenue, SE

Washington, DC 20590

855-368-4200

 (https://www.facebook.com/USDOT)  (https://twitter.com/USDOT) 

(https://www.instagram.com/usdot)  (https://www.linkedin.com/company/us-department-of-transportation-dot)

### ABOUT DOT

Meet the Secretary (https://www.transportation.gov/meet-secretary/us-transportation-secretary-sean-duffy)

Mission (https://www.transportation.gov/about)

Newsroom (https://www.transportation.gov/newsroom)

Social Media (https://www.transportation.gov/social)

Leadership (https://www.transportation.gov/mission/meet-key-officials)

Regulations (https://www.transportation.gov/regulations)

Transit Benefit Policy (https://www.transportation.gov/transerve)

Careers (https://www.transportation.gov/careers)

Contact Us (https://www.transportation.gov/contact-us)

### OPERATING ADMINISTRATIONS

FAA (https://www.faa.gov)

FHWA (https://highways.dot.gov)

FMCSA (https://www.fmcsa.dot.gov)

FRA (https://railroads.dot.gov)

1/30/26, 3:16 PM                                    Confirmation

FTA (https://www.transit.dot.gov)

GLS (https://www.seaway.dot.gov)

MARAD (https://www.maritime.dot.gov)

NHTSA (https://www.nhtsa.gov)          Complaint Handling Process (/consumer/s/complaint-handling-process)

OIG (https://www.oig.dot.gov)

OST (https://www.transportation.gov/office-of-secretary)

PHMSA (https://www.phmsa.dot.gov)

## RESEARCH AND TECHNOLOGY

Office of the Assistant Secretary for Research and Tecnology
(https://www.transportation.gov/administrations/research-and-technology)

Bureau of Transportation Statistics (https://www.bts.gov/)

Volpe Center (https://www.volpe.dot.gov/)

Ask-A-Librarian (https://transportation.libanswers.com/)

## PRIORITIES

Cybersecurity (https://www.transportation.gov/priorities/cybersecurity)

Safety (https://www.transportation.gov/safety)

Transportation (https://www.transportation.gov/priorities/transformation)

## POLICIES, RIGHTS & LEGAL

USA.gov (https://www.usa.gov/)   |   Privacy Policy (https://www.transportation.gov/dot-website-privacy-policy)   |   FOIA
(https://www.transportation.gov/foia)   |   Budget and Performance (https://www.transportation.gov/budget)   |   No FEAR
Act (https://www.transportation.gov/civil-rights/civil-rights-awareness-enforcement/no-fear-act)   |   Cummings Act
Notices (https://www.transportation.gov/mission/civil-rights/elijah-e-cummings-federal-employee-antidiscrimination-act-
2020-agency-report)   |   Ethics (https://www.transportation.gov/ethics)   |   Web Policies and Notices
(https://www.transportation.gov/web-policies)   |   Vulnerability Disclosure Policy
(https://www.transportation.gov/vulnerability-disclosure-policy)   |   Digital Accessibility
(https://www.transportation.gov/mission/office-secretary/office-chief-information-officer/digital-accessibility-statement)

*Florida Bar just sends me in circles*

*Keep instructing to go online But this is what comes*

# Let's get started

📍

## Recommendation

The Florida Bar Lawyer Referral Service does not make referrals to clients in your county. Luckily, there is another bar association that can assist you!

**Next Step:** Please contact the organization listed below. They will be able to direct you to a trusted resource.



**Hillsborough County Bar Association**

The Hillsborough County Bar Association's (HCBA) Lawyer Referral & Information Service (LRIS) is dedicated to helping you find a qualified attorney to handle your case. Our program is certified by the American Bar Association and The Florida Bar, and our attorneys are carefully vetted to ensure you receive the best possible service.

📍 1610 North Tampa Street, Tampa Florida, 33602

📞 (813) 221-7780

ℹ️ https://hillsbar.site-ym.com/default.aspx

Have a question? Contact The Florida Bar Lawyer Referral Service

[ ‹  Try Again ]

**The Florida Bar Lawyer Referral Service**
651 E Jefferson St, Tallahassee, FL 32399

Phone: (800) 342-8011

lawyerreferral@floridabar.org

Powered by IntelLinx, Inc.

*So i was Acap tallahasse*

*Now i have to refer to*

*North Tampa address this is closed*

1/1

2/3/26, 2:16 PM   *No Response*   IMG_20260110_110621.jpg   *Going to Federal Courts.*

# The Florida Bar
## Inquiry/Complaint Form

**STOP! PLEASE DOWNLOAD THIS FORM TO YOUR COMPUTER BEFORE FILLING IT OUT.**

**PART ONE** (See Page 1, PART ONE – Complainant Information):

Your Name: Stephanie Audria Albury

Organization:

Address: 3005 E 26th Ave Unit B

City, State, Zip Code: Tampa FL 33605

Phone: (813) 458-1317   813 330-4801

Email: Stephniealbury@gmail.com

ACAP Reference No.:

Does this complaint pertain to a matter currently in litigation?   Yes ___   No ✓

**PART TWO** (See Page 1, PART TWO – Attorney Information):

Attorney's Name: Darriapp + Diaz   Nadine S. Diaz   Florida Bar No. 754639

Address: 4504 N 4th America ave

City, State, Zip Code: Tampa FL 33605

Phone: 813 774-5341

**PART THREE** (See Page 1, PART THREE – Facts/Allegations): The specific thing or things I am complaining about are: (attach additional sheet).

**PART FOUR** (See Page 1, PART FOUR – Witnesses): The witnesses in support of my allegations are: (attach additional sheet).

**PART FIVE** (See Page 1, PART FIVE – Acknowledgement Oath and Signature):

[ ✓ ] YOU MUST PLACE YOUR MARK IN THE BOX ACKNOWLEDGING THE OATH AND PLACE YOUR SIGNATURE LINE BELOW.

Under penalties of perjury, I declare that the foregoing facts are true, correct and complete.

* * * Immediate TX Result Report ( Feb. 3. 2026  2:17PM) * * *

1}
2}

| Date | Time | Destination | Mode | TXtime | Page | Result | User Name | Fi N |
|------|------|-------------|------|--------|------|--------|-----------|------|
| Feb. 3. | 2:17PM | 8138778829 | G3TES | 0'30" | P. 2 | OK | | 22 |

3rd Request

Request Of Termination
Form & File

| C : Confidential | $ : Transfer | P : SEP Code | M : Memory |
|---|---|---|---|
| L : Send later | @ : Forwarding | E : ECM | S : Standard |
| D : Detail | F : Fine | U : Super Fine | 〉 : Reduction |
| H : Stored/D. Server | ✳ : LAN-Fax | + : Delivery | Q : RX Notice Req. |
| A : RX Notice | N : NGN | ◇ : Mail | ⟨·⟩ : 1P-FAX |
| ⌂ : Folder | ☁ : Cloud Fax | | |

Darrigo & Diaz

This Firm held up my
Time 4 yrs and 1 yr and
10mths and Stateing the
Couldn't Get my Medica
Records & Meet a dema
in August they never
even made a settleme
or Demand an Stated the
Couldnt the Statue Rung

## Fax Call Report                    HP Color LaserJet MFP E78330

Page 1

Fax Header Information            *2nd Request*

Library Services
813-242-3321
Jan/21/2026 10:57:25 AM

| Job | Date/Time | Type | Line | Identification | Duration | Pages | Result |
|-----|-----------|------|------|----------------|----------|-------|--------|
| 15360 | Jan/21/2026 10:56:05 AM | Send | Analog | 8138778829 | 01:15 | 3 | Success |

*First Request was
By Phone text then
email then FAX's*

Jan/21/2026 10:57:26 AM                                    English (United States

Request for file & Certifyed Term Letter 12-21-2025

My name is Stephanie Audra Albuz

and from Durrigo & Diaz isn Requesty

my certifed Copy of termination Letter i

was Texted by you Reciphumot & told it

was mailed   12-10-2025  I Have recieved

nothing  I stephanie audra Albuz

am also Requesting my file

as well  My address was verifed

Twice by ~~not~~ mail & you have a

Copy of my Idenifecation also sent you

address by text               Stephanie albuz

01/05/2025                    813 / 458-7317

12:05 pm                      813 / 330-4601



CareerSource
TAMPA BAY

A proud partner of the American Job Center network

9215 N. Florida Avenue, Suite 101
Tampa, FL 33612
Phone: 813-930-7400

# Fax

| To: Darriaga Diaz | From: Stephanie Albug |
|---|---|
| Fax: 813- 877 8829 | Pages: 2 |
| Phone: | Date: ① 12-21-2025 ② 1-21-2026 |
| Re: termination letter | cc: ③ 02-03-2026 |

Requests & File

Insert here.

No Responses from.

Receptionist



CareerSource
TAMPA BAY

A proud partner of the American Job Center network

9215 N. Florida Avenue, Suite 101
Tampa, FL 33612
Phone: 813-930-7400

# Fax

**To:** Darriago Diaz          **From:** Stephanie Albury

**Fax:** 813. 877 8829        **Pages:** 2

**Phone:**                    **Date:** ① 12-21-2025  ② 1-21-2026

**Re:** termination letter    **cc:** ① 02-03-2026

Requests & File

Insert here.

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA

IN RE:

_____,
                          Petitioner,

AND                                          Case No. _____
                                             Division _____

_____.
                          Respondent.

_____/

**MOTION TO/FOR:** Motion to Stay  Motion to toll Statue of Lim.

COMES NOW, _Stephanie Audra Albarey_ (your name), and requests that the
court grant this Motion, and as grounds therefore would show:

I would like the court to order: tolling pausing or extended
time for statue of limmtation it
is not enough to be in distress but i need
a continuance due to health reason and to
prose represent my self or time to seek anoth
Council Because Council i hired abandoned cas

The reasons the court should order this is because: I was severely injured
on frontier Airlines we had 2 surgies
and an in need of a third i had
a life changing experince but i also
have extraordinary mental issues
an have been mentally down i hired
a terrible lawfirm who terminated me in
claims of Being unsucceful in retuning medical
records an getting in touch with Frontier airlin
Adjuster Kept giving me different partners a non
of them seem to have done anything wit
the 2 year Period they were very unprofesson
and never even made a Demand or

Settlement offer So i've filed with Florida Bar

WHEREFORE, I request that the court grant this motion.

I HEREBY CERTIFY that a copy of the foregoing has been furnished by [check one only] ( ) mail ( ) faxed and mailed ( ) hand delivered to the person(s) listed below on {*date*} _____

**Other party or his/her attorney:**

Name: _____
Address: _____
City, State, Zip: _____

Dated: _____          _____
                                            Signature of Moving Party
                                            Printed Name: _____
                                            Address: _____
                                            City, State, Zip: _____
                                            Telephone: _____
                                            Fax: _____
                                            Dated: _____

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing instrument was acknowledged before me, by means of    physical presence or    online notarization, this _____ day of _____, _____(year), by _____ _____.

_____
NOTARY PUBLIC or DEPUTY CLERK

_____ [Print, type, or stamp commissioned name of notary or deputy clerk.]
_____ Personally known
_____ Produced identification / Type of identification produced: _____

Blank Motion (13th Judicial Circuit Form)                                    04/2020



AIG Aerospace Adjustment Services Inc.

## Automated Clearing House Authorization Form (ACH)

To receive payments electronically please complete, sign and return this
form to: angela.downing@aig.com

*Aig Travel Guard Adjustrs Name*

### Business/Individual Information

| Business /Individual Name: |
|---|
| Address: |
| Contact Name & Phone Number: |
| Email address: |

### Banking Information

| Bank Name: |
|---|
| Bank Address: |
| Routing Number: |
| Account Number: |
| Account Type: (Checking or Savings) |

This authorization is to remain in full force and effective until AIG has received written notification of its termination in such time and in such manner as to afford AIG a reasonable opportunity to act on it.

Name(s):
*Please print* _____    Title: _____

_____        _____
**Authorized Signature**                                   **Date**

Today's day to September 20th 2024 I'm doing the list for
downing for my reimbursement Epsom salt (5)bags $7.9
@ $17.99( 7)peroxide $5.99 (8)Cotton balls $4.99 (8)Willi
bandages $9.99Next change to Smart Hill waterproof bar
(8) Neosporin $12.99 (8) $19.99 Celine wine wash (8) $9
Epsom salt $8.99 (6)back team Max liquid bandage for h
finger splint $8.29 (7) betadine clear $14.99 (4)butterfly d
$19.99 ( 6)German booze formula $3599 (8)silicone star
face and body scar gel of cut your cure(6) $26.99 Benadr
pine ciology tape $17.99(7) gause pad $7.29 steril gloves
$37:49(8) iodine $9.99 (2)massage heating pad 36.99 ce
stabilizer $32.99 (2)hand support glove $13.99(4) compr
$15.99 wrapping bandage (2)$8.99 (2)elbow support $19
(1)$16.99 knee brace $24.99 (1)new sports Mueller spor
brace $31.99 (2)ankle stabilizer $25.99(1) water bottle $
splint $32.99(1) elastic bandage  neck brace (6)$44.96 c
p.m. $15.99 (1)fast heat therapy blanket $39.99 (8)Blue i
joint relief (8)$15.99 compression gel (6)pads $17.99(1)
wrap $30.99(8) icy Hot $9.99 (8)bio freeze overnight pat

12/15/25, 1:29 PM                          Gmail - REPLY TO INQUIRY: Stephanie Albury

Phone number: 813-458-7317

Email: stephinealbury@gmail.com

Incident: Stephanie was flying with Frontier airlines going from Cleveland to Tampa. She went to the restroom and mentioned that she was about to use the facilities, but she was unable to because there was severe turbulence. It caused her to lose her balance and she hit her head 3 times on a device that is used for people who are disabled.

Date: February 13, 2024

Location: Frontier Airlines

Injury: injury to her head, neck, lower and upper back, pelvic, and left shoulder pain

Hospitalized: Not on the day of the incident. She mentioned that she was embarrassed and in shock and did not go to the hospital. She called her primary care doctor because she's in a lot of pain and went to the ER yesterday (2/22/2024)

Who do you feel is responsible? She didn't say but she mentioned that she spoke to a front desk person in Frontier who told her to go online and report the incident, but she doesn't get any response.

How did she find out about us? Google search

Sincerely,


Monalissa Young

Office of Citizen Services

Executive Office of the Governor



**From:** Stephanie Audra Albury <noreply@flgov.com>
**Sent:** Friday, January 30, 2026 3:14 PM
**To:** GovernorRon.DeSantis@eog.myflorida.com
**Subject:** Unethical treatment and behavior


**Submitted**
Fri, 01/30/2026 - 15:13

**Sender Information**
Stephanie Audra Albury
stephinealbury@gmail.com
8134587317

**Subject**
Unethical treatment and behavior

**Message**
My name is Stephanie Audra auberry and I have been wrongfully done it is so unethical and just hard to believe but I believe it's only happening because things have changed CEOs aren't CEOs anymore the adjusters are trying to give me the runaround no one wants to provide me with the claim which I actually had earlier on but I was too injured and too out of it to know to do anything I've had a very life-changing experience to where I'm now permanently scarred still in therapy and using a walker a

**IP Address**
104.23.248.19

**User Agent**
Mozilla/5.0 (X11; CrOS x86_64 14541.0.0) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/135.0.0.0 Safari/537.36
Please note that under Florida law correspondence sent to the Governor's Office, which is not confidential or exempt pursuant to chapter 119 of the Florida Statutes, is a public record made available upon request.

Case 8:26-cv-00379-JLB-TGW    Document 1    Filed 02/13/26    Page 117 of 166 PageID
1137
2/5/26, 5:47 PM          OACP Complaint #2026011403449_stephanie Albury_Has Been Received - thread::3MtYYEc1O-q51uWz2lkLhl8:: - stephinealbury.



## OACP Complaint #2026011403449_stephanie Albury_Has Been Receive

≡° **AI Overview**

- The OACP received Stephanie Albury's complaint (#2026011403449) regarding Frontier Airlines flight F9 February 14, 2024.
- The complaint summary indicates the case reason was "Other Issue" and the trip involved travel from Cleveland (CLE) to Tampa (TPA).
- The OACP will direct Frontier Airlines to respond to the consumer regarding the complaint.

By Gemini; there may be mistakes. Learn more

**noreply.oacp@dot.gov** <noreply.oacp@dot.gov>
to me

OACP Complaint Number: 2026011403449

**Your complaint has been received by the U.S. Department of Transportation's Office of Aviation Consumer Pro**

**Consumer Complaint Process:**

- OACP will direct the identified airline and/or ticket agent to respond to you regarding your complaint.
- OACP will also receive a copy of the response from the airline and/or ticket agent.
- OACP does not investigate every consumer complaint received due to the volume of complaints received.
- OACP conducts targeted or sample reviews of consumer complaints to determine airlines' and travel agencies' c

Civil Rights Complaint Process:

Reply    Forward

☰  M Gmail        🔍 oc                                        ✕  ⚙

99+

Compose

Mail

Inbox                44,212
Starred
Chat
Snoozed
Important
Meet
Sent

Drafts                   355

Purchases                160

Social                 18,035

Updates                45,548

Forums                    494

Promotions             43,301

More

Labels

[Imap]/Sent

[Imap]/Trash           1,141

✉

**Consumer Complaint Process:**

- OACP will direct the identified airline and/or ticket agent to respond to you regarding your complaint.
- OACP will also receive a copy of the response from the airline and/or ticket agent.
- OACP does not investigate every consumer complaint received due to the volume of complaints received.
- OACP conducts targeted or sample reviews of consumer complaints to determine airlines' and travel agencies' c

**Civil Rights Complaint Process:**

If your complaint involves an allegation of discrimination based on disability, race, color, national origin, religion,
due to the volume of complaints received, and the thoroughness of this process, it may take some time to fully process you

**Airline and Ticket Agent Response Due Dates:**

- If your complaint involves an allegation of **discrimination based on disability,** airlines are required to provide a
  response within a reasonable time.
- Airlines are required to acknowledge receipt of all other air travel service complaints, including discrimination com
  agents to provide a response within 60 days.

**Publication and Tracking of Complaints and Data Filed with DOT:**

- All complaints involving air travel service issues are logged in DOT's Office of Aviation Consumer Protection data
- Consumer complaints help DOT spot trends in the airline industry and determine the extent to which regulated er
- Generally, we pursue investigations and potential enforcement action if a number of complaints indicate a pattern
- Every month, DOT publishes its Air Travel Consumer Report, which contains, among other things, information ab
  the public so that consumers and other stakeholders can compare the complaint records of individual airlines, tic

Your complaint summary is provided below.

**OACP Complaint Number: 2026011403449**

**Consumer Information:**

**I am a(n)** Passenger

**Passenger Information**

Name: stephanie audra Albury

**Flight Information:**

( Reply )    ( Forward )    😊



Stephanie Albury



Division of Consumer Services
## Consumer Assistance Portal

# Case Details

Actions ▼

CAS-11067-W5T4N6    Active

Details    Conversations    Documents

Select a section to view

Details    ▼

## Overview

| | |
|---|---|
| **Case ID** | CAS-11067-W5T4N6 |
| **Case Type** | Correspondence |
| **Submission Date** | 2/5/2026 |
| **Primary Insured** | Stephanie Albury |
| **Insured Property Address** | 2005 East 26th Ave Apt 32B, Tampa, Florida, Hillsborough, 33605 |
| **Respondent** | – |
| **Policy #** | – |
| **Type of Coverage** | – |
| **Policy Type** | – |
| **Description** | – |

## Florida Division of Consumer Services

200 East Gaines Street
Tallahassee, FL 32399 ⌕ (https://maps.app.goo.gl/rGnyorNDXqRyYUa57)

Copyright 2025 Florida Department of Financial Services

Cases (/en-US/consumer-portal/)

## My Account

Profile (/en-US/profile/)

Sign Out (/en-US/Account/Login/LogOff?returnUrl=%2Fen-US%2Fconsumer-portal%2Fdetails%2F%3Fid%3D8e9c01e1-d402-f111-8407-001dd80bca2d)

## Support

Consumer Ally
Ask. Learn. Act.

Case 8:26-cv-00379-JLB-TGW    Document 1    Filed 02/13/26    Page 120 of 166 PageID
120
2/5/26, 5:18 PM                    Gmail - Your case was succesfully created as CAS-11067-W5T4N6 CRM:0332273

# ⋈ Gmail

Stephinepj A A l Albury <stephinealbury@gmail.com>

---

**Your case was succesfully created as CAS-11067-W5T4N6 CRM:0332273**
3 messages

---

**DFS.Consumer.Services** <DFS.Consumer.Services@myfloridacfo.com>            Thu, Feb 5, 2026 at 3:54 PM
To: Stephanie Albury <stephinealbury@gmail.com>


## Case Successfully Created

Hello Stephanie,

Your case has been successfully created. Please log in to the Consumer
Assistance Portal using the button below to review the case.

Case Title              CAS-11067-W5T4N6
Case ID                 CAS-11067-W5T4N6


   Open Case


This email was sent from an unmonitored mailbox. Please do not reply.

Thank you,


Division of Consumer Services
Department of Financial Services
State of Florida

---

**Stephinepj A A l Albury** <stephinealbury@gmail.com>                        Thu, Feb 5, 2026 at 4:57 PM
To: tbs-hcplc-bw@eprintitservice.com

  [Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Thu, Feb 5, 2026 at 4:58 PM
To: stephinealbury@gmail.com

## Address not found

2/5/26, 5:52 PM                                Gmail - RE: Unethical treatment and behavior

 Gmail                        Stephinepj A A l Albury <stephinealbury@gmail.com

---

## RE: Unethical treatment and behavior
1 message

**Governor's Office of Citizen Services** <EOGCitizenServices@eog.myflorida.com>          Thu, Feb 5, 2026 at 4:4
To: "stephinealbury@gmail.com" <stephinealbury@gmail.com>                                                          PN

Dear Ms. Albury:

Thank you for contacting Governor Ron DeSantis. We are sorry to hear of your difficulties and appreciate the opportunity to respond to your email.

The Florida Constitution limits the Governor's intervention in matters that should be resolved through the court system. The person who can best assist you with your legal concerns is an attorney. The Florida Bar offers a Lawyer Referral Service which you may contact by calling toll-free (800) 342-8011, or by writing to 651 East Jefferson Street, Tallahassee, Florida, 32399-2300. You may also visit the Florida Bar's website at www.floridabar.org.

For individuals unable to afford a lawyer, Florida Legal Services or the county legal aid association has information about the availability of pro bono counsel. The main telephone number of Florida Legal Services is (407) 801-4350. Individuals dissatisfied with their legal representative should consider choosing a different attorney.

Your best source of assistance with a complaint about an attorney is the Florida Bar. The primary purpose of the Florida Bar is to ensure the highest standards of professionalism in the practice of law for the benefit of members and the public. Complaints may be filed in writing at the address below.

The Florida Bar

650 Apalachee Parkway

Tallahassee, Florida 32399-2300

Toll-free Telephone: (800) 342-8060

Online: www.floridabar.org

I understand you have contacted them. That was the appropriate thing to do. I encourage you to continue working with an them to reach a resolution regarding your concerns.

Thank you again for contacting Governor Ron DeSantis.



# The Florida Bar
**651 East Jefferson Street**
**Tallahassee, FL  32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.floridabar.org

January 15, 2026

Ms. Nadine S. Diaz
4504 N Armenia Ave
Tampa, FL 33603-2704

Re:    Nadine S. Diaz; The Florida Bar File No. 2026-10,499(13F)

Dear Ms. Diaz:

Enclosed is a copy of an inquiry/complaint and any supporting documents submitted by the above referenced complainant(s).  Your response to this complaint is required under the provisions of Rule 4-8.4(g), Rules of Professional Conduct of the Rules Regulating The Florida Bar, and is due in our office by **January 30, 2026**.  <u>Responses should not exceed 25 pages</u> and may refer to any additional documents or exhibits that are available on request.  Failure to provide a written response to this complaint is in itself a violation of Rule 4-8.4(g).  You may respond by US Mail or email to <u>acapintake@floridabar.org</u>.  **You are further required to furnish the complainant with a complete copy of your written response, including any documents submitted therewith.** you are also required to complete and return the enclosed Certificate of Disclosure form under Rule Regulating The Florida Bar 3-7.1(f).  Please note that Standing Board Policy 5.56(e) provides: "Absent unusual circumstances, bar counsel should not agree to extend deadlines for more than 10 days and should not grant a request for extension without a reasonable factual basis for the request, and should not grant more than 1 extension."

Finally, the filing of the attached complaint does not preclude communication between the lawyer and the complainant(s).  Please review the enclosed Notice for information on submitting your response.

Sincerely,

Allie F. Huston, Bar Counsel
Attorney Consumer Assistance Program
ACAP Hotline 866-352-0707

Enclosures

cc: Ms. Stephanie Audra Albury

02/03/2026

Requesting Barebones Complaint for a pause in Statue of limitation

My name is Stephanie Albury, and i am filing a baresbones complaint i am a person with extraordinary mental issues and Seizures i have documentation from ibis and dr robert c martinez my neurologist and now since also severely injured on frontier airlines more disabled then i already am  im now in need of council and or a need of a purse to pro se represent myself because lawyer after lawyer is denying me because of statue limitations law ive filed with the bar association no real help there they have returned my email and complaint but never my calls also since 12-10-2025 the unethical and terribly unprofessional law firm darrigo and Diaz I hired since they abandoned the case claiming due to not reaching frontiers adjusters getting my medical records an saying they didnt have enough time to do a demand needed 90 days when they should of and made me to believe they did a demand august of 2025 over text an they statue 2 year law basically was why they had to terminate an did then they called and asked did i want them to still do the demand after stating yes this was what i hired you for and you guys said no worries they then tried to give me off to another partner pursay called battle law group which says they no nothing of me so im begging the courts for a pause to help find an lawyer who can help me amend it  later or help me get court help o represent my case they know i have extraordinary mental issues and could barely walk 2years of wasted time with this firmwho stated they werent worried about a legal malpractice suit cause theyve been doing this for 23years i pray they have not but this is my request and reasonings for bares bones complaint



# GP Client Face Sheet

| | | | |
|---|---|---|---|
| **Client:** ALBURY,STEPHANIE A **ID:** 3083840 | **D.O.B.:** 12/01/1973 **Age:** 52 | **SSN:**XXX-XX-2369 **Gender:** F | |

| | | | | |
|---|---|---|---|---|
| Client ID: | 3083840 | | | |
| Client Name: | ALBURY,STEPHANIE A | | | |
| SSN | XXX-XX-2369 | **Fund Source:** | 90-Aetna Medicare | |
| Client Address: | 2005 E 26th Ave | **Maiden Name:** | | |
| | Unit B | **Client Alias:** | | |
| | TAMPA, FL | **Work Phone:** | | |
| | 33605 | **Home Phone:** | | |
| County: | Hillsborough | **Cell Phone:** | 813-458-7317 | |
| Gender: | F | **Birthdate:** | 12/01/1973 | **Ethnic Code:** Black/African-American |
| Marital Status: | Single | **Age:** | 52 | |
| Religion: | Catholic | **Primary Lang:** | ENGLISH | |

| | | |
|---|---|---|
| | **Primary Diagnosis:** | 295.70    SCHIZOAFFECTIVE DISORDER |
| **Admission Date:** 03/25/2025 | | |
| **Source of Admission:** Individual (Self-Referral) | | |
| **Presenting Problem:** No Entry | **Secondary DSM:** | Unknown |

| | | |
|---|---|---|
| | **Date of Diagnosis:** | 6/8/2010 |
| | **Parent/Guardian Name:** | |
| | **Home Phone:** | |
| **Outside Provider Name:** | **Relationship:** | |

**Phone:**
**Provider Type:**

| | | | | |
|---|---|---|---|---|
| **Emergency Contact:** | ANTONIO,BENNEFIELD | **Financially Responsible Name:** | ALBURY,STEPHANIE A | |
| **Address:** | | **Address:** | 2005 E 26th Ave | Unit B |
| | | | TAMPA, FL 33605 | |
| **Home Phone:** | 813-325-6025 | **Phone:** | | |
| **Work Phone:** | | **Relationship:** | Self | |
| **Relationship:** | Significant Other | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Income Source:** | | **Annual Income:** | | **Number of Dependents:** | |
| **Education Level:** | 11th Grade | **Occupation:** | No Entry | **Employment Status:** | Disabled |
| **Veteran Status:** | No | **Prison Status:** | | | |

Run Date: 1/23/2026 2:45:45 PM

<div align="right">Page 1 of 1</div>

Mental Health Care, Inc.
5707 North 22nd Street
Tampa, FL 33610

# Chart Review Diagnosis Entry Report

*Client : ALBURY,STEPHANIE A (3083840)     Episode : 4*

**Diagnosis Information**

---

**Date of Diagnosis**     9/17/2024          **Time of Diagnosis**     01:01 PM          **Type of Diagnosis**     Update

**Diagnosing Practioner**     (GRAY,SARA)(102770)

| | | | |
|---|---|---|---|
| **Axis IV Primary Support Group** | No Entry | **Axis IV Housing** | No Entry |
| **Axis IV Social/Environmental** | No Entry | **Axis IV Economic** | No Entry |
| **Axis IV Educational** | No Entry | **Axis IV Health Care Services** | No Entry |
| **Axis IV Occupational** | No Entry | **Axis IV Legal System/Crime** | No Entry |

**Axis V GAF**                         No Entry
**Prev. 12 Months Highest Level**      No Entry
**Prev. 12 Months Lowest Level**       No Entry

ICD9                    (Schizoaffective disorder, unspecified condition)(295.70)
ICD10                   ()(F25.0)

# Ibis Healthcare

## AUTHORIZATION TO USE AND DISCLOSE PROTECTED HEALTH INFORMATION

Patient's Name: _Stephanie Albury_

Dates of Treatment to Disclose: ☒ All Dates

Address: _2005 E 26th Ave Tpa Fl 33605_
_____(Street)_____(City)_____(State)_____(Zip)

DOB: _12-01-1973_    SS#: _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_    Phone: _(813) 330-4601_

I acknowledge and hereby consent to release information from my health record including psychiatric and substance use disorder treatment information. I understand that the information in my health record may include information relating to sexually transmitted disease, HIV or AIDS. I understand that my records are protected under Federal and State regulations governing the confidentiality and privacy of health information under CFR 45, CFR 42 Part 2, FS 394, 397, 381 and 90.503 cannot be disclosed without my written authorization unless provided for by the regulations.

Please check the information you want to disclose:

- ☐ Dates of Treatment Letter
- ☐ Labs//X-Ray/Imaging Results
- ☐ Urine Drug Screen/Breathalyzer Results
- ☐ Colonoscopy
- ☐ Primary Care Progress Notes
- ☐ Pap smear
- ☐ Mammogram

- ☒ Discharge/Transfer Summary
- ☒ Psychosocial Assessment
- ☒ Psychiatric Evaluation/History & Physical/Medication Management
- ☐ Treatment Plans/Treatment Progress
- ☒ Other (Please specify): _____

**I AUTHORIZE IBIS TO RELEASE TO OR OBTAIN FROM OR EXCHANGE WITH THE INDIVIDUAL OR ORGANIZATION/AGENCY IDENTIFIED BELOW:**

Name: _Stephanie A Albury_    Relationship: _Self_

Telephone/ Mobile: _____    Fax Number: _____

Address: _____
_____(Street)_____(City)_____(State)_____(Zip)

Type of Disclosure: ____ Written ____Verbal __X_Fax ____ Electronic    E-Mail Address: _____

The information that I am authorizing for disclosure will be used for the following purpose:

- ☐ Continuity of Healthcare Treatment
- ☒ Insurance/Disability
- ☒ My Personal Records
- ☐ Education
- ☒ Legal Reasons
- ☐ Employment
- ☐ Housing

This consent will expire on the following date, event or condition: _____

If I fail to specify an expiration date, event or condition, this authorization will automatically expire one year from the date signed. I understand the type of disclosure(s) authorized may be released past the date I sign until the expiration date of this authorization.

I understand that:
- I have the right to revoke this authorization at any time by notifying the Privacy Officer in writing at:
  - 5707 N. 22nd St., Tampa, Florida 33610 (I understand that the revocation will not apply to information that has already been disclosed in response to this authorization).
- If the requester or receiver is not a health plan or healthcare provider, then the disclosed information may no longer be protected by Federal Privacy Regulations and may be re-disclosed.
- I am entitled to receive a copy of this authorization.
- I may refuse to sign this authorization, and my refusal to sign will not affect my ability to obtain treatment, payment or eligibility for benefits.
- I hereby release Ibis Healthcare from liability which may arise as a result of information disclosed under this authorization if such information is later used to my detriment.

Signature of Patient/Guardian/Representative (circle one):    _Stephanie A Albury_    Date: _01/23/2026_

Signature of Patient's Legal Representative (if applicable):    _____    Date: _____

If signed by Legal Representative, Relationship to the patient: _____

Proper documentation establishing relationship is provided if required (specify documentation): _____

Signature of Witness: _Madeline L_    Date: _1/23/26_

Serviced at Seminole Heights: 5707 N. 22nd St., Tampa, FL 33610 | PHONE: (813) 239-8279 | FAX: (813) 239-8397 | E-mail address: rr@ibishc.org
Serviced at Ybor: 4422 E. Columbus Dr., Tampa, FL 33605 | FAX: (813) 384-4179 | E-mail address: recordsrequest@ibishc.org

PATIENT NAME: _____    MEDICAL RECORD #: _____

42 CFR PART 2 PROHIBITS UNAUTHORIZED ISE OR DISCLOSURE OF THESE RECORDS.

**Robert Martinez, M.D.P.A.**
402 W. M. L. KING JR. BLVD, TAMPA, FL 33604-3504
PHONE: (813) 223-4444 * FAX: (813) 229-9104

**ROBERT MARTINEZ, M.D.**
Diplomate Amercian Board of Psychiatry & Neurology
Electromyography, Electroneurography, Electroencephalography, Evoked Potentials

**ROBERT C. MARTINEZ, M.D.**
Diplomate American Board of Psychiatry & Neurology
Diplomate American Board of ABPN Clinical Neurophysiology
Diplomate American Board of Cliical Neurophysiology: With Added Comentency in Epilepsy Moni
Electromyography, Electroneurography, Eletroencephalography

# DISCHARGE SUMMARY

| | | | |
|---|---|---|---|
| **Patient** | *Albury, Stephanie A* | | |
| **Provider** | *ROBERT C MARTINEZ, MD* | | |
| **Referral Provider** | *Aleman Belkis* | | |
| | | **DOB** | *12/1/1973* |
| | | **Visit Date** | *11/12/2025 09:15 AM* |
| | | **Location** | *OFFICE* |

**ICD/CPT**

| Code | Description |
|---|---|
| G40.919 | Epilepsy, unsp, intractable, without status epilepticus |
| R41.82 | Altered mental status, unspecified |

**MEDICATIONS**

| | Formulation | Number | Refills | SIG | Pres.Date | Provider |
|---|---|---|---|---|---|---|
| 1 | gabapentin 600 mg tablet | 90 Tablet | 5 | Take 1 tablet by mouth three times a day | 11/12/2025 | ROBERT C MARTINEZ MD |
| 2 | Depakote ER 500 mg tablet,extended release | 120 Tablet | 5 | Take 2 tablets by mouth twice a day | 11/12/2025 | ROBERT C MARTINEZ MD |
| 3 | diclofenac sodium 75 mg tablet,delayed release | 60 Tablet | 6 | Take 1 tablet by mouth twice a day as needed for pain | 11/12/2025 | ROBERT C MARTINEZ MD |

**ASSESSMENT:-**

Differential Diagnosis: After taking their history and performing the physical examination, certain neurological conditions had to be considered. As part of my differential diagnosis I have considered skull fracture, concussion of brain, contusion of brain, brain hemorrhage, subdural hematoma, epidural hematoma, brain abscess, brain tumor, brain cancer, tension headaches, migraine headaches, Horton's headaches, traumatic aneurysm, organic brain syndrome or depression, meningitis, encephalitis, multiple sclerosis. I also had to rule out whether they were faking, malingering or suffered any kind of brain damage or depression. After consideration of these plus other things, my neurological impression is as follows.

**TREATMENT:-**

1

# DISCHARGE SUMMARY

| | | | | |
|---|---|---|---|---|
| **Patient** | *Albury, Stephanie A* | | **DOB** | *12/1/1973* |
| **Provider** | *ROBERT C MARTINEZ, MD* | | **Visit Date** | *11/12/2025 09:15 AM* |
| **Referral Provider** | *Aleman Belkis* | | | |
| | | | **Location** | *OFFICE* |

/ Reported chronic intractable seizures since child per patient. Patient states 1/week nocturnal generalized in description. last 11/25. Patient also with H/O Psychiatric issues so possible non-epileptic events also a possibility. 2023 MRI brain and EEG normal.
/ Chronic migraines.
/ Reported trauma while in airplane and chronic neck and back pain as well as head trauma and ongoing headaches and dizziness and symptoms. improving.
/ Mental health issues and hallucinations, no SI/HI and pending psych f/u.

- Medical records requested since last visit,

- Updated labs with depakote level and updated EEG

- Increase Depakote ER 500mg 2-2. Continue Gabapentin 600mg TID.
 Diclofenac 75mg BID PRN. Given episodes, recommended increasing medication and Depakote higher risk for side effects or toxic effect given dosing but patient states feels better increasing it vs gabapentin so warned potential issues and importance of labs to assess. They voiced understanding.

- Seizure precautions reviewed including no driving until cleared by physician.
 SUDEP reviewed as well.

- RTC after testing or sooner as needed.

- Discussed diagnosis, prognosis, plan of care with patient. They voiced
 understanding and agreed.

| | |
|---|---|
| **Follow Up** | 4 Month(s), |
| **Counseling** | Counseling given for BMI, Counseling given for Tobacco Cessation, Doctor has given Counseling |
| **Doctor Instructions** | Recommended Diet: High Fibre, Low cholesterol, Low Fat |

# Social Security Administration
# Benefit Verification Letter

004117
1/2

Date: December 19, 2025
BNC#: 25HL871B97933
REF: A, DI



T10 P2 185496-10-11-1 - 4117 BEV 1219
STEPHANIE AUDRA ALBURY
2005 E 26TH AVE UNIT B
TAMPA FL  33605-1273

004117

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2025, the full monthly Social Security benefit before any deductions is $856.50.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $856.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on July 17, 2019.

## Information About Past Social Security Benefits

From December 2024 to November 2025, the full monthly Social Security benefit before any deductions was $833.20.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $833.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

See Next Page

## Information About Supplemental Security Income Payments

Beginning December 2025, the current Supplemental Security Income payment is $154.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

We found that you became disabled under our rules on July 17, 2019.

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

## Medicare Information

You are entitled to hospital insurance under Medicare beginning January 2022.

You are entitled to medical insurance under Medicare beginning January 2022.

Your Medicare number is 5Q94H14UX96. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log into Medicare.gov, or call 1-800-MEDICARE (1-800-633-4227).

## Date of Birth Information

The date of birth shown on our records is December 1, 1973.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

## Need more help?

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-331-2317**.

       SOCIAL SECURITY
       7012 W HILLSBOROUGH AVE
       TAMPA FL 33634

                    *Social Security Administration*



0041
2/

 **Gmail**                                    Stephinepj A A l Albury <stephinealbury@gmail.com>

---

**Your case was succesfully created as CAS-11067-W5T4N6 CRM:0332273**
3 messages

---

**DFS.Consumer.Services** <DFS.Consumer.Services@myfloridacfo.com>         Thu, Feb 5, 2026 at 3:54 PM
To: Stephanie Albury <stephinealbury@gmail.com>


# Case Successfully Created

Hello Stephanie,

Your case has been successfully created. Please log in to the Consumer
Assistance Portal using the button below to review the case.

| | |
|---|---|
| Case Title | CAS-11067-W5T4N6 |
| Case ID | CAS-11067-W5T4N6 |


Open Case


This email was sent from an unmonitored mailbox. Please do not reply.

Thank you,

   Division of Consumer Services
Department of Financial Services
State of Florida

---

**Stephinepj A A l Albury** <stephinealbury@gmail.com>                    Thu, Feb 5, 2026 at 4:57 PM
To: tbs-hcplc-bw@eprintitservice.com

[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                Thu, Feb 5, 2026 at 4:58 PM
To: stephinealbury@gmail.com


# Address not found


Division of Consumer Services
**Consumer Assistance Portal**

⇄ ∨   **A** ∨   Stephanie Albury ∨

# Case Details

**Actions** ▼

CAS-11067-W5T4N6   | Active |

Details    Conversations    Documents

**Select a section to view**

| Details ▼ |

## Overview

| | |
|---|---|
| **Case ID** | CAS-11067-W5T4N6 |
| **Case Type** | Correspondence |
| **Submission Date** | 2/5/2026 |
| **Primary Insured** | Stephanie Albury |
| **Insured Property Address** | 2005 East 26th Ave Apt 32B, Tampa, Florida, Hillsborough, 33605 |
| **Respondent** | – |
| **Policy #** | – |
| **Type of Coverage** | – |
| **Policy Type** | – |
| **Description** | – |

## Florida Division of Consumer Services

200 East Gaines Street
Tallahassee, FL 32399 ⌖ (https://maps.app.goo.gl/rGnyorNDXqRyYUa57)

Copyright 2025 Florida Department of Financial Services

Cases (/en-US/consumer-portal/)

## My Account

Profile (/en-US/profile/)

Sign Out (/en-US/Account/Login/LogOff?returnUrl=%2Fen-US%2Fconsumer-portal%2Fdetails%2F%3Fid%3D8e9c01e1-d402-f111-8407-001dd80bca2d)

## Support

Consumer Ally
Ask. Learn. Act.

Request for file a Certifyed Term Letter 12-21-2025

My name is Stephanie Audra Albury

and from Darrigo & Diaz ian Requesty

my certifyed Copy of terminaton Letter i

was Texted by you Recoplumest & told it

was mailed  12-10-2025  I Have received

nothing  F stephanei audra Albury

am also Requesting my file

as well My address was verifyd

Twice by mail & you have a

Copy of my Idenyficatin also sent you

address by text            Stephane albuy
    01/05/2025            813 ) 458 - 7317
     12:05 pm            813 ) 330 - 460 /

12/15/25, 1:24 PM                          Gmail - Fwd: Your Flight Confirmation Code QKBPJE

 **Gmail**                                Stephinepj A A I Albury <stephinealbury@gmail.com>

---

### Fwd: Your Flight Confirmation Code QKBPJE
5 messages

---

**Carol Lewis** <cdlewis1122@gmail.com>                              Tue, Feb 27, 2024 at 3:33 PM
To: Stephinealbury@gmail.com

---------- Forwarded message ---------
From: **Carol Lewis** <cdlewis1122@gmail.com>
Date: Thu, Feb 22, 2024 at 10:32 AM
Subject: Re: Your Flight Confirmation Code QKBPJE
To: Frontier Airlines <flights.email@flyfrontier.com>

Stephinealbury@gmail.COM

On Tue, Feb 13, 2024 at 10:56 AM Frontier Airlines <flights@emails.flyfrontier.com> wrote:

# PURCHASE CONFIRMATION
Thank you for your purchase with us!

Your flight confirmation code is:    QKBPJE

You can check-in and retrieve your boarding pass 24 hours before your flight.

### Need to update or cancel/change your flight?

    ACCESS YOUR BOOKING

## PURCHASE SUMMARY

### AMOUNT PAID: $301.94

FLIGHTS

## DEPARTING FLIGHT 710 & 1491



### Las Vegas (LAS) to Tampa (TPA)
Depart: 2/13/2024 9:09 PM | Arrive: 2/14/2024 8:42 AM
Total Duration: 8 hr 33 min

This flight arrives 1 day after departure (+1)

### 1 Stop - Cleveland (CLE)

LAS to CLE
Depart: 2/13/2024 9:09 PM | Arrive: 2/14/2024 4:15 AM
Layover: 1 hr 40 min

CLE to TPA
Depart: 2/14/2024 5:55 AM | Arrive: 2/14/2024 8:42 AM

## PASSENGERS

### ADULT(S)



**1 - Carol Lewis**
Not a *FRONTIER Miles*ˢᵐ Member? Sign Up!

**2 - Antonio Bennefield**
Not a *FRONTIER Miles*ˢᵐ Member? Sign Up!

**3 - Stephanie Albury**
Not a *FRONTIER Miles*ˢᵐ Member? Sign Up!

## BUNDLES

### BUNDLE AND SAVE



**Bundle your trip and save!**
Get a Checked Bag, Carry-on Bag, Assigned Seat, Priority Boarding, Flight Flexibility
and more! Buy Now And Save!

## SERVICES                                                Subtotal: $0.00



## Self-Service

$0.00 | No Pre-Purchased Airport Agent Assistance

FREE - You have chosen Self-Service and will not need assistance from an airport agent. Please download our mobile app or visit flyfrontier.com.

If you prefer Agent Assistance at the airport ticket counter for things like checking in and printing your boarding pass, you may purchase that now. See exclusions.

 Reminder, bags and seats cost more at the airport.

## SEATS                                        Subtotal: $0.00

### SEATS - LAS to CLE



**1 - Carol Lewis**
Seat Assignment: 22C

**2 - Antonio Bennefield**
Seat Assignment: 22B

**3 - Stephanie Albury**
Seat Assignment: 22A

### SEATS - CLE to TPA



**1 - Carol Lewis**
Seat Assignment: 28C

**2 - Antonio Bennefield**
Seat Assignment: 28B

**3 - Stephanie Albury**
Seat Assignment: 28A

## BAGS                                         Subtotal: $53.00

### BAGS - LAS to TPA



**1 - Carol Lewis**
Carry-On | Qty 0
Checked | Qty 1

**2 - Antonio Bennefield**
You have not purchased bags. Buy Now!

**3 - Stephanie Albury**
You have not purchased bags. Buy Now!

12/15/25, 1:24 PM                    Gmail - Fwd: Your Flight Confirmation Code QKBPJE

| Payment Type | VISA |
|---|---|
| ***Approved*** | XXXXXXXXXXXX8125 |



**EARN 50,000 BONUS MILES**

Take to the skies with the FRONTIER Airlines World Mastercard® after qualifying account activity.

Rated Best Airline Card for Budget Travel by MONEY.com

---

**Stephinepj A A l Albury** <stephinealbury@gmail.com>                    Wed, Feb 28, 2024 at 2:09 PM
To: cpatterson@escobarlaw.com
Cc: tommiemack813@gmail.com

[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Wed, Feb 28, 2024 at 2:09 PM
To: stephinealbury@gmail.com



## Address not found

Your message wasn't delivered to **tommiemack813@gmail.com** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

The response was:

```
550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking
the recipient's email address for typos or unnecessary spaces. For more information, go to
https://support.google.com/mail/?p=NoSuchUser 21-20020a631755000000b005d8d6ddb533sor3706844pgx.4 -
gsmtp
```

Final-Recipient: rfc822; tommiemack813@gmail.com
Action: failed
Status: 5.1.1

2/3/26, 1:29 PM                    Screenshot_20260203-130450~2.png



← front                                    ✕

All contacts                 *Picture from Cell phone of*
                             *Stephanie Albury*

  **Front**ier Agent
         Mobile +1 410-491-3019

  **Front**ier aig Insurance
         Mobile (404) 757-0314



2/3/26, 1:12 PM

1000002311.png



1000002313.png

 **Frontier Airlines** ● 01:59 PM

I'm really sorry to hear that you're having such a tough time. Unfortunately, I can't assist with that issue. You might want to reach out directly to AIG or your insurance representative for help. Is there anything else I can assist you with regarding your travel?



**Frontier Airlines** • 01:58 PM

How can I help you today?

01:59 PM

I am trying to locate an internal incident report number because AIG insurance is trying to make me make another claim when I already have a claim but the AIG adjuster has been ignoring me dodging me I no longer have permission to send emails and I have a no claim number because she erased the encrypted email which had the claim number and $10,000 medical information my gosh I need that

 **Frontier Airlines** • 01:59 PM

I'm really sorry to hear that you're having such a tough

Ask your question here

1/30/26, 1:26 PM            Claim number # and 10,000 medical necessity letter for medical limit - stephinealbury@gmail.com - Gmail





**AIG Aerospace Adjustment Services Inc.**

*They say I have no Claim # TRYING to Make me Repeat claim Contact Frontier of Incident Report # Know Help*

## Automated Clearing House Authorization Form (ACH)

To receive payments electronically please complete, sign and return this form to: angela.downing@aig.com ←

*Adjuster* ⌐

### Business/Individual Information

**Business /Individual Name:**

**Address:**

**Contact Name & Phone Number:**

**Email address:**

### Banking Information

**Bank Name:**

**Bank Address:**

**Routing Number:**

**Account Number:**

**Account Type:** (Checking or Savings)

This authorization is to remain in full force and effective until AIG has received written notification of its termination in such time and in such manner as to afford AIG a reasonable opportunity to act on it.

Name(s):
*Please print* _____    Title: _____

_____    _____
Authorized Signature                         Date

Photo - Google Photos



1/30/26, 1:32 PM

Photo - Google Photos



Chipped tooth.

Due to

Plunging

Photo - Google Photos



1/30/26, 1:33 PM

Photo - Google Photos



1/30/26, 1:33 PM

Photo - Google Photos



1/30/26, 1:33 PM    Photo - Google Photos





1/30/26, 1:35 PM
Photo - Google Photos



1/30/26, 1:35 PM

Photo - Google Photos



1/30/26, 1:37 PM                                                   Photo - Google Photos



1/30/26, 1:37 PM    Photo - Google Photos



1/30/26, 1:38 PM                                                            Photo - Google Photos



IMG_20260130_133949.jpg





## Robert Martinez, M.D.P.A.

402 W. M. L. KING JR. BLVD, TAMPA, FL 33604-3504
PHONE: (813) 223-4444 * FAX: (813) 229-9104

**ROBERT MARTINEZ, M.D.**
Diplomate American Board of Psychiatry & Neurology
Electromyography, Electroneurography, Eletroencephalography, Evoked Potentials

**ROBERT C. MARTINEZ, M.D.**
Diplomate American Board of Psychiatry & Neurology
Diplomate American Board of ABPN Clinical Neurophysiology
Diplomate American Board of Clinical Neurophysiology With Added Competency in Epilepsy Monitoring
Electromyography, Electroneurography, Eletroencephalography

# DISCHARGE SUMMARY

| | | | | |
|---|---|---|---|---|
| **Patient** | *Albury, Stephanie A* | **DOB** | *12/1/1973* | |
| **Provider** | *ROBERT C MARTINEZ, MD* | **Visit Date** | *11/12/2025 09:15 AM* | |
| **Referral Provider** | *Aleman Belkis* | | | |
| | | **Location** | *OFFICE* | |

## ICD/CPT

| Code | Description |
|---|---|
| G40.919 | Epilepsy, unsp, intractable, without status epilepticus |
| R41.82 | Altered mental status, unspecified |

### MEDICATIONS

| | Formulation | Number | Refills | SIG | Pres.Date | Provider |
|---|---|---|---|---|---|---|
| 1 | gabapentin 600 mg tablet | 90 Tablet | 5 | Take 1 tablet by mouth three times a day | 11/12/2025 | ROBERT C MARTINEZ MD |
| 2 | Depakote ER 500 mg tablet,extended release | 120 Tablet | 5 | Take 2 tablets by mouth twice a day | 11/12/2025 | ROBERT C MARTINEZ MD |
| 3 | diclofenac sodium 75 mg tablet,delayed release | 60 Tablet | 6 | Take 1 tablet by mouth twice a day as needed for pain | 11/12/2025 | ROBERT C MARTINEZ MD |

**ASSESSMENT:-**

Differential Diagnosis: After taking their history and performing the physical examination, certain neurological conditions had to be considered. As part of my differential diagnosis I have considered skull fracture, concussion of brain, contusion of brain, brain hemorrhage, subdural hematoma, epidural hematoma, brain abscess, brain tumor, brain cancer, tension headaches, migraine headaches, Horton's headaches, traumatic aneurysm, organic brain syndrome or depression, meningitis, encephalitis, multiple sclerosis. I also had to rule out whether they were faking, malingering or suffered any kind of brain damage or depression. After consideration of these plus other things, my neurological impression is as follows.

**TREATMENT:-**

# DISCHARGE SUMMARY

| | | | | |
|---|---|---|---|---|
| **Patient** | *Albury, Stephanie A* | | **DOB** | *12/1/1973* |
| **Provider** | *ROBERT C MARTINEZ, MD* | | **Visit Date** | *11/12/2025 09:15 AM* |
| **Referral Provider** | *Aleman Belkis* | | | |
| | | | **Location** | *OFFICE* |

/ Reported chronic intractable seizures since child per patient. Patient states 1/week nocturnal generalized in description. last 11/25. Patient also with H/O Psychiatric issues so possible non-epileptic events also a possibility. 2023 MRI brain and EEG normal.
/ Chronic migraines.
/ Reported trauma while in airplane and chronic neck and back pain as well as head trauma and ongoing headaches and dizziness and symptoms. improving.
/ Mental health issues and hallucinations, no SI/HI and pending psych f/u.

- Medical records requested since last visit,

- Updated labs with depakote level and updated EEG

- Increase Depakote ER 500mg 2-2. Continue Gabapentin 600mg TID.
 Diclofenac 75mg BID PRN. Given episodes, recommended increasing medication and Depakote higher risk for side effects or toxic effect given dosing but patient states feels better increasing it vs gabapentin so warned potential issues and importance of labs to assess. They voiced understanding.

- Seizure precautions reviewed including no driving until cleared by physician.
 SUDEP reviewed as well.

- RTC after testing or sooner as needed.

- Discussed diagnosis, prognosis, plan of care with patient. They voiced
 understanding and agreed.

| | |
|---|---|
| **Follow Up** | 4 Month(s), |
| **Counseling** | Counseling given for BMI, Counseling given for Tobacco Cessation, Doctor has given Counseling |
| **Doctor Instructions** | Recommended Diet: High Fibre, Low cholesterol, Low Fat |

Run Date: 1/23/2026 2:45:45 PM

Page 1 of 1

Mental Health Care, Inc.
5707 North 22nd Street
Tampa, FL 33610

## Chart Review Diagnosis Entry Report

*Client : ALBURY,STEPHANIE A (3083840)    Episode : 4*

### Diagnosis Information

| | | | | |
|---|---|---|---|---|
| **Date of Diagnosis** | 9/17/2024 | **Time of Diagnosis** | 01:01 PM | **Type of Diagnosis** Update |

**Diagnosing Practioner**    (GRAY,SARA)(102770)

| | | | |
|---|---|---|---|
| **Axis IV Primary Support Group** | No Entry | **Axis IV Housing** | No Entry |
| **Axis IV Social/Environmental** | No Entry | **Axis IV Economic** | No Entry |
| **Axis IV Educational** | No Entry | **Axis IV Health Care Services** | No Entry |
| **Axis IV Occupational** | No Entry | **Axis IV Legal System/Crime** | No Entry |

| | |
|---|---|
| **Axis V GAF** | No Entry |
| **Prev. 12 Months Highest Level** | No Entry |
| **Prev. 12 Months Lowest Level** | No Entry |

ICD9             (Schizoaffective disorder, unspecified condition)(295.70)

ICD10            ()(F25.0)

RANSWORLD SYSTEMS INC.
OLLECTION AGENCY
00 VIRGINIA DR. SUITE 514
T WASHINGTON, PA 19034
77-420-4789
FFICE HOURS: 8AM - 5PM ET MON - FRI

183097-L024-AI-562

**tsi**

|||||||||||||||||||||||||||||||||||||||||||||||

STEPHANIE ALBURY
2005 E 26TH AVE 32B
TAMPA FL 33605-1271

| STATEMENT DATE: | JANUARY 28, 2026 |
| --- | --- |
| CLIENT NAME: | Florida Orthopaedic Inst |
| ACCOUNT #: | 977Y8-4932673A18 |
| CLIENT REF: | 4932673A18802G1 |
| BALANCE DUE: | $225.00 |

has been our experience that much of the debt assigned for professional collection is resolved before it reaches this stage in
e collection process. This matter, however, has not yet been resolved.

his account should be addressed. If left unresolved, our collection efforts may continue. If the creditor wishes for us to do so,
e will have this account referred to our team of professional telephone collectors to attempt to collect the above unpaid
mount.

ur request for payment does not affect your rights as described in our first letter.

end correspondence, other than payment, to this collection agency at P.O. BOX 17221, WILMINGTON, DE 19850.

Please send payment to:
Florida Orthopaedic Inst
PO BOX 9194
Belfast ME 04915

Our Client's Phone:
813-978-9700

4

lease mail your payment or pay online at <u>N/A</u>

his is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a
ebt collector. Calls to or from this company may be monitored or recorded.

**otice: See Reverse Side for Important Information.**
/e are required under some states' laws to notify consumers of certain rights as detailed in the list on the back of this notice.
onsumers have rights under state and federal law that are not described in this letter or in the list on the back of this notice.

2/10/26, 11:08 AM
Photo - Google Photos



2/10/26, 11:09 AM                                Photo - Google Photos

2/10/26, 11:10 AM                                    Photo - Google Photos



Photo - Google Photos



All Doctor Details     for     Stephanie Albug

Seen Dr Alaui - 3-12-24  to  5-7-24

MRI - 6-22-2024     Florida Ortho
                                    Drs

Emg    Dr Syed Zaffar.
           7-18- 2024

Seen old PCP. Hernes Cuentas Feb 21 2024 Sent to ER.

Surgeon Dr Hess   8-29- 24 to 10-17-2.
Florida ortho        ulnar Nerve Damages
   & TGH               from incident
                         actual Sergery done u.
                         10- 2- 2024

Therapy    5-24-2024              Mr.
                                               Roman
Florida Ortho  12-18-2024       Mr Gabe
                   1- 27 - 2025      PT
                   3 - 5 - 2025

I HAVE to go Back to Therapy

Florida Orthopedic
Village medical
Tpa Genal Hospital