UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHANIE AUDRA ALBURY,

      Plaintiff,

v.                               Case No:   8:26-cv-00379-JLB-T_W

FRONTIER AIRLINES, INC. and
FRONTIER GROUP HOLDINGS,
INC.,

      Defendants.

_____/

**ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 15), recommending that Plaintiff Stephanie Audra Albury's Amended Complaint (Doc. 12) be **DISMISSED** with prejudice as a shotgun pleading and for failure to state a claim.  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 15) is **ADOPTED in part** and made a part of this Order for its analysis of the shotgun-pleading issue.

2. Plaintiff's Amended Complaint (Doc. 12) is **DISMISSED without prejudice** as a shotgun pleading. Because the Court has already provided Plaintiff an opportunity to amend her complaint, it declines to do so again.

3. The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate any pending deadlines and motions, and close the file.

**ORDERED** in Tampa, Florida, on June 25, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE